| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Central District of California** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Lordon Enterprises, Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Lordon Management Co.** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **9 5** – **2 9 3 9 9 3 5** | |
| **4. Debtor's address** | **Principal place of business** **1275 Center Court Dr** Number    Street **Covina, CA 91724-3602** City           State    ZIP Code **Los Angeles** County | **Mailing address, if different from principal place of business** Number    Street City           State    ZIP Code **Location of principal assets, if different from principal place of business** Number    Street City           State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Lordon Enterprises, Inc.**  Case number *(if known)*
    Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  **5  3  1  3** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When ____/____/____  Case number _____<br>           District _____  When ____/____/____  Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>       District _____  When ____/____/____<br>       Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor  **Lordon Enterprises, Inc.**                                           Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City                           State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **3**

Debtor __Lordon Enterprises, Inc._____    Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### ■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-03-2025__
             MM/ DD/ YYYY

X _/s/ [signature]_____    ___Donald J. Melching_____
  Signature of authorized representative of debtor      Printed name

Title____**Chief Executive Officer**_____

**18. Signature of attorney**

X __/s/ Misty Perry Isaacson_____    Date __11/03/2025___
  Signature of attorney for debtor             MM/ DD/ YYYY

__Misty Perry Isaacson_____
Printed name

__Salvato Boufadel, LLP_____
Firm name

__505 N Tustin Ave Ste 282_____
Number    Street

__Santa Ana_____    __CA__    __92705____
City                                State      ZIP Code

__(714) 541-6072 ext. 2_____    __Misty@salvatoboufadel.com__
Contact phone                             Email address

__193204_____    __CA_____
Bar number                                State

United States Bankruptcy Court

Central District of California

In Re:   Lordon Enterprises, Inc.                                    Case No: _____

                                                                      Chapter: 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Donald J. Melching, declare under penalty of perjury that I am the Chief Executive Officer of Lordon Enterprises, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3rd day of November 2025.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Donald J. Melching, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that , Donald J. Melching of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute anddeliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that , Donald J. Melching, Chief Executive Officer of this Corporation, is authorized and directed to employ Misty Perry Isaacson, Cal Bar. No. 193204 and the law firm of Salvato Boufadel LLP to represent the Corporation in such bankruptcy case."

Executed on:    November 3, 2025           Signed: _____
                                                    Donald J. Melching, CEO

## RESOLUTION OF BOARD OF DIRECTORS OF
## LORDON ENTERPRISES, INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Donald J. Melching, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that , Donald J. Melching of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that , Donald J. Melching, Chief Executive Officer of this Corporation, is authorized and directed to employ Misty Perry Isaacson, Cal Bar. No. 193204 and the law firm of Salvato Boufadel, LLP to represent the Corporation in such bankruptcy case.

Executed on: __**November 3, 2025**__      Signed: _____
                                                  Donald J. Melching, CEO

Executed on: __**November 3, 2025**__      Signed: _____
                                                  Gloria M. Melching, CFO, Secretary

Fill in this information to identify the case:

Debtor name  **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Golf Projects Lindero, Inc.<br>c/o Gary Salomons, Esq.<br>4558 Sherman Oaks Ave<br>Sherman Oaks, CA 91403-3060 | | Judgment | Disputed | | | $14,106,770.78 |
| 2 | Sunwest Bank<br>660 E. Watertower St.<br>Meridian, ID 83642 | | Overdraft | Disputed | | | $254,801.02 |
| 3 | Dexell, Inc.<br>5962 La Place Ct<br>Carlsbad, CA 92008-8807 | | Software | | | | $228,000.00 |
| 4 | American Solutions for Business<br>8479 Solutions Ctr<br>Chicago, IL 60677-8004 | | Paper Products | | | | $11,459.65 |
| 5 | Audrey Faucetta<br>8762 Candlewood St<br>Rch Cucamonga, CA 91730-1125 | | Wages | | | | $2,536.70 |
| 6 | Pan Janitorial<br>Po Box 4283<br>La Puente, CA 91747-4283 | | Janitorial Service | | | | $2,508.05 |
| 7 | Alison Arnold<br>508 Ocean Dr<br>Oxnard, CA 93035 | | Wages | | | | $2,153.90 |
| 8 | Delana Lopez<br>133 N Lark Ellen Ave<br>West Covina, CA 91790 | | Wages | | | | $1,984.70 |

Debtor    **Lordon Enterprises, Inc.**    Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Darelyn Kaufman  1630 W Covina Blvd Spc 57  San Dimas, CA 91773-3426 | | Wages | | | | $1,961.90 |
| 10 | Debra Guzman  2256 La Sierra Way  Claremont, CA 91711 | | Wages | | | | $1,849.50 |
| 11 | Karina Almeida  3685 N Woodhurst Dr  Covina, CA 91724-3367 | | Wages | | | | $1,758.30 |
| 12 | Tammy Whitacre  12263 La Mirada Blvd Pmb 429  La Mirada, CA 90638-1329 | | Wages | | | | $1,576.70 |
| 13 | Karissa Hardy  434 Santa Cruz Cir  Port Hueneme, CA 93041-3040 | | Wages | | | | $1,563.90 |
| 14 | Wyllie Almeida  3977 Arrow Wood Rd  Sn Bernrdno, CA 92407-8962 | | Wages | | | | $1,542.70 |
| 15 | Yvonne Herendez  1960 Santa Lucia Ave.  Oxnard, CA 93030 | | Wages | | | | $1,341.50 |
| 16 | Francesca Sanchez  622 E Puente St  Covina, CA 91723-2824 | | Wages | | | | $1,271.10 |
| 17 | Faith Camperson  2170 Sonora St  Pomona, CA 91767-2413 | | Wages | | | | $1,236.70 |
| 18 | Christina George  2195 Scenic Ridge Dr  Chino Hills, CA 91709-1008 | | Wages | | | | $1,170.30 |
| 19 | Denis Wilkins  807 Dorothea Rd  La Habra, CA 90631 | | Wages | | | | $1,140.70 |
| 20 | Alex Troncoso  360 E. Orlando Way Apt N  Covina, CA 91723 | | Wages | | | | $1,121.50 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Misty Perry Isaacson<br>Bar Number: 193204<br>Salvato Boufadel, LLP<br>505 N Tustin Ave Ste 282<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072 ext. 2<br>Email: Misty@salvatoboufadel.com<br><br>☐ Debtor(s) appearing without attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lordon Enterprises, Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___7___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___11/03/2025___

_[signature]_
Donald J. Melching, Chief Executive Officer

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                             F 1007-1.MAILING.LIST.VERIFICATION

**LORDON ENTERPRISES, INC.**
1275 CENTER COURT DR
COVINA, CA 91724-3602


**SALVATO BOUFADEL, LLP**
**MPI LAW, P.C.**
505 N TUSTIN AVE STE 282
SANTA ANA, CA 92705


**U.S. TRUSTEE LOS ANGELES DIVISION**
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES, CA 90017

**ALEX TRONCOSO**
360 E. ORLANDO WAY APT N
COVINA, CA 91723

**ALISON ARNOLD**
508 OCEAN DR
OXNARD, CA 93035

**AMBER MCGEACHY**
1220 W SAN BERNARDINO RD APT 134
COVINA, CA 91722-3563

**AMERICAN SOLUTIONS FOR BUSINESS**
8479 SOLUTIONS CTR
CHICAGO, IL 60677-8004

**AUDREY FAUCETTA**
8762 CANDLEWOOD ST
RCH CUCAMONGA, CA 91730-1125

**BETHANY ALVARDO**
152 N. VISTA BONITA AVE. APT. 5
COVINA, CA 91722

**BMW BANK OF NORTH AMERICA**
PO BOX 78066
PHOENIX, AZ 85062-8066

**CANNON FINANCIAL SERVICE**
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

**CENTRAL COMMUNICATIONS**
PO BOX 95117
CHICAGO, IL 60694-5117

**CHRISTINA GEORGE**
2195 SCENIC RIDGE DR
CHINO HILLS, CA 91709-1008

**CHRISTINA SALGADO**
4637 N TRUJILLO DR
COVINA, CA 91722-2444

**CITI CARDS**
PO BOX 790046
SAINT LOUIS, MO 63179

**COX BUSINESS**
PO BOX 1259
OAKS, PA 19456-1259

**D&G LLC CENTER COURT**
1875 RANCHO TUJUNGA
COVINA, CA 91724

**DANIELLE LAPENA**
2210 CANTERBURY LN
LA HABRA, CA 90631-6315

**DARELYN KAUFMAN**
1630 W COVINA BLVD SPC 57
SAN DIMAS, CA 91773-3426

**DEBRA GUZMAN**
2256 LA SIERRA WAY
CLAREMONT, CA 91711

**DELANA  LOPEZ**
133 N LARK ELLEN AVE
WEST COVINA, CA 91790

**DENIS WILKINS**
807 DOROTHEA RD
LA HABRA, CA 90631

**DEXELL, INC.**
5962 LA PLACE CT
CARLSBAD, CA 92008-8807

**DIANNE CONTRERAS**
1108 S GLENVIEW RD
WEST COVINA, CA 91791-3523

**DJ SKY PARK, LLC**
1230 COLUMBIA ST. SUITE 1120
SAN DIEGO, CA 92101

**EYDA CARDENAS**
924 E RANCHCREEK RD
COVINA, CA 91724-3651

**EYE MED**
4000 LUXOTTICA PL
MASON, OH 45040-8114

**FAITH CAMPERSON**
2170 SONORA ST
POMONA, CA 91767-2413

**FRANCESCA SANCHEZ**
622 E PUENTE ST
COVINA, CA 91723-2824

**GAIL DIAZ DE SARKISIAN**
280 N OAKLAND AVE
PASADENA, CA 91101-8600

**GOLF PROJECTS LINDERO, INC.**
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403-3060

**GUADALUPE RUBALCAVA**
326 S BACKTON AVE
LA PUENTE, CA 91744

**ICW GROUP**
PO BOX 31001
PASADENA, CA 91110-3421

**JANE FREEMAN**
7101 YARMOUTH AVE
RESEDA, CA 91335-4835

**JENNIFER BRYANT**
1205 CYPRESS ST SPC 215
SAN DIMAS, CA 91773-3525

**JOY BIO**
358 TOWNSITE PROMENADE APT 205
CAMARILLO, CA 93010-7879

**KAISER FOUNDATION**
PO BOX 741562
LOS ANGELES, CA 90074-1567

**KARINA ALMEIDA**
3685 N WOODHURST DR
COVINA, CA 91724-3367

**KARISSA HARDY**
434 SANTA CRUZ CIR
PORT HUENEME, CA 93041-3040

**KRISTINE CONCEPCION**
1441 PASO REAL AVE SPC 200
ROWLAND HGHTS, CA 91748-2157

**MADISON BAUER**
1870 RANCHO TUJUNGA DR
COVINA, CA 91724-3545

**MICHELLE SOTO**
2142 S SAN ANTONIO AVE
ONTARIO, CA 91762

**NORDSTROM CARD**
PO BOX 6555
ENGLEWOOD, CO 80155

**PACIFIC COURIER**
11135 RUSH ST STE A
S EL MONTE, CA 91733-3520

**PAN JANITORIAL**
PO BOX 4283
LA PUENTE, CA 91747-4283

**PITNEY BOWES FINANCIAL**
27 WATERVIEW DR
SHELTON, CT 06484

**PITNEY BOWES PRESORT SERVICES, LLC**
10110 I ST
OMAHA, NE 68127-1129

**RACHEL KOSCIELNIAK**
625 BURDICK DR
POMONA, CA 91768

**RAE FRAUSTO**
453 FAXINA AVE
LA PUENTE, CA 91744-6167

**ROPAT LP**
C/O MOONCREST PROP. CO.
PO BOX 719
CAMARILLO, CA 93011-0719

**SABRINA NAVARRO**
20687 AMAR RD APT 2-330
WALNUT, CA 91789

**STEPHANEY KNIGHT**
10029 S NORWOOD AVE
TULSA, OK 74137-5538

**SUNWEST BANK**
660 E. WATERTOWER ST.
MERIDIAN, ID 83642

**SUSAN MATSUNE**
921 CRYSTAL WATER LN
WALNUT, CA 91789

**TAMMY RUSSELL**
1331 E THACKERY AVE
WEST COVINA, CA 91790-4345

**TAMMY WHITACRE**
12263 LA MIRADA BLVD PMB 429
LA MIRADA, CA 90638-1329

**UNITED CONCORDIA DENTAL**
PO BOX 31001
PASADENA, CA 91110-0001

**VERIZON BUSINESS CELL PHONE**
PO BOX 489
NEWARK, NJ 07101

**WYLLIE ALMEIDA**
3977 ARROW WOOD RD
SN BERNRDNO, CA 92407-8962

**YVONNE HERENDEZ**

1960 SANTA LUCIA AVE.
OXNARD, CA 93030


**ZOOM COMMUNICATIONS**

55 ALMADEN BLVD # 6
SAN JOSE, CA 95113-1608