# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Covina, CA**_____, California

_____
Donald J. Melching
Chief Executive Officer

Date: **11/16/2025**_____

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify the case:

Debtor name **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): **2:25-bk-19832-BR**    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................

   **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................................

   **$1,192,968.45**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................................

   **$1,192,968.45**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$14,185,907.92**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   **+    $475,436.27**

4. **Total liabilities**................................................................................................................................

   Lines 2 + 3a + 3b

   **$14,661,344.19**

Fill in this information to identify the case:

Debtor Name **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (If known): **2:25-bk-19832-BR**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Sunwest Bank** | **Checking account** | **5 0 6 9** | **$65,387.33** |
| 3.2. | **Sunwest Bank** | **Checking account** | **5 0 4 2** | **$113,349.91** |
| 3.3. | **Sunwest Bank** | **Checking account** | **5 0 1 8** | **$13,370.46** |
| 3.4. | **Sunwest Bank** | **Checking account** | **5 0 3 4** | **($79,137.14)** |
| 3.5. | **Sunwest Bank** | **Checking account** | **5 0 5 0** | **$6,194.07** |
| 3.6. | **Sunwest Bank** | **Checking account** | **5 0 2 6** | **$185.48** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 | **Sunwest Bank** | **$326,157.97** |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$445,508.08**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

Debtor    **Lordon Enterprises, Inc.**
_____    Case number *(if known)* **2:25-bk-19832-BR**
   Name

---

7.    **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1    **DJ Sky Park, LLC**                                                              $2,574.17

   7.2    **Ropart 1100, LP**                                                               $7,084.76

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1    _____    _____

   8.2    _____    _____

9.    **Total of Part 2**                                                                    | $9,658.93 |

   Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | Accounts receivable |

10.    **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

11.    **Accounts receivable**

   11a. 90 days old or less:    **$524,015.18**    -    **$0.00**    =.....➡    $524,015.18
                                 face amount           doubtful or uncollectible accounts

   11b. Over 90 days old:    _____    -    _____    =.....➡    _____
                              face amount           doubtful or uncollectible accounts

12.    **Total of Part 3**                                                                    | $524,015.18 |

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **Part 4:** | Investments |

13.    **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

                                                  Valuation method used    Current value of
                                                  for current value        debtor's interest

14.    **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1    _____    _____    _____

   14.2    _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
       including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                  % of
                                                    ownership:

---

Debtor    **Lordon Enterprises, Inc.**

Name

Case number *(if known)* **2:25-bk-19832-BR**

| 15.1. | | | | |
|---|---|---|---|---|
| 15.2. | | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    **Lordon Enterprises, Inc.**
_____    Case number *(if known)* _2:25-bk-19832-BR_
Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

❏ No

❏ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                    _____

34. **Is the debtor a member of an agricultural cooperative?**

❏ No

❏ Yes. Is any of the debtor's property stored at the cooperative?

  ❏ No

  ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❏ No

❏ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❏ No

❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❏ No

❏ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* **2:25-bk-19832-BR** |
|---|---|---|
| | Name | |

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Furniture & Equipment | $655,721.10 | | $31,050.64 |
| Leased Postage Machine - Covina | unknown | | unknown |
| Leased Copier Machine - Covina | unknown | | unknown |
| Billing Machine | unknown | | unknown |
| Leased Postage Machine - Camarillo | unknown | | unknown |
| Leased Copier Machine - Camarillo | unknown | | unknown |
| Leased Postage Machine - Irvine | unknown | | unknown |
| Leased Copier Machine - Irvine | unknown | | unknown |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $31,050.64 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* **2:25-bk-19832-BR** |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2007 Cadillac Escalade** | $66,152.00 | Kelley Blue Book | $24,842.00 |
| 47.2 **2021 BMW** | $127,174.00 | Kelley Blue Book | $51,441.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$76,283.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* **2:25-bk-19832-BR** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.1 | **Commercial Lease - Headquarters / 1275 Covina Court Drive Covina, CA 91724** | Lease | unknown | unknown |
| 55.2 | **Commercial Lease - Irvine / 17744 Sky Park Cir Ste 205 Irvine, CA 92614** | Lease | unknown | unknown |
| 55.3 | **Commercial Lease - Camarillo / 1100 Flynn Rd Ste 204 Camarillo, CA 93012-8741** | Lease | unknown | unknown |
| 55.4 | **Commercial Lease - Storage Facility / 5345 2nd St Baldwin Park, CA 91706** | Lease | unknown | unknown |

**56.    Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |
| **MyLordon.com** | **$3,900.00** | | unknown |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |
| **Customer lists** | unknown | | unknown |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

Debtor    **Lordon Enterprises, Inc.**    Case number *(if known)* **2:25-bk-19832-BR**
_____
Name

| **Goodwill Amortization - $22,958.46** | **$108,750.00** | **$0.00** |
|---|---|---|

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    —    _____  ➡  _____
Total face amount      doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____      Tax year _____      _____

_____      Tax year _____      _____

_____      Tax year _____      _____

**73.** **Interests in insurance policies or annuities**

| **State Farm Fidelity Bond** | **$0.00** |
|---|---|
| **State Farm Office Policy** | **$0.00** |
| **State Farm Fire Policy** | **$0.00** |
| **Evanston E&O Insurance** | **$0.00** |
| **State Farm Health Policy** | **$0.00** |
| **Hudson Excess Employment Practice Liability** | **$0.00** |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Lordon Enterprises, Inc.**

Name

Case number *(if known)*  **2:25-bk-19832-BR**

---

**Nature of claim**

**Amount requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Leasehold Improvements (Book Value)**                                $106,452.62

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                      $106,452.62

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **Lordon Enterprises, Inc.**
_____
Name

Case number *(if known)* **2:25-bk-19832-BR**
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $445,508.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,658.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $524,015.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,050.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $76,283.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................➜ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $106,452.62 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $1,192,968.45 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | $1,192,968.45 |

Fill in this information to identify the case:

Debtor name   **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the: _____ **Central** _____ District of ____ **California** ____
(State)

Case number (if known): _____ **2:25-bk-19832-BR** _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Golf Projects Lindero, Inc.** | Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank | $14,106,770.78 | $445,508.08 |
| **Creditor's mailing address** | **Describe the lien** | | |
| **c/o Gary Salomons, Esq.** | **Judgment** | | |
| **4558 Sherman Oaks Ave** | **Is the creditor an insider or related party?** | | |
| **Sherman Oaks, CA 91403-3060** | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| | ☑ No | | |
| **Date debt was incurred** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account** **number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Do multiple creditors have an interest in** **the same property?** | ☐ Contingent | | |
| ☐ No | ☐ Unliquidated | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☑ Disputed | | |
| **See continuation page.** | | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $14,185,907.92

Debtor    **Lordon Enterprises, Inc.**

Name

Case number (if known) **2:25-bk-19832-BR**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

**Sunwest Bank**

**Creditor's mailing address**

**660 E. Watertower St.**

**Meridian, ID 83642**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank, Sunwest Bank

**Describe the lien**

**Overdraft**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $79,137.14 | $445,508.08 |
|---|---|

**Remarks:** Bank levy 10/27/2025. Checks against balance had cleared post levy. Funds of approximately $326,157.97 in account at time of levy.

Debtor    **Lordon Enterprises, Inc.**
    Name

Case number (if known)  **2:25-bk-19832-BR**

| Part 1: | Additional Page |
|---------|-----------------|

**2.1  Creditor's name**

    **Golf Projects Lindero, Inc.**

**Specify each creditor, including this creditor, and its relative priority.**

For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**; For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**; For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**; For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**; For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**; For Sunwest Bank: 1) Sunwest Bank; **2) Golf Projects Lindero, Inc.**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: **Central District of California** |
| Case number (if known): **2:25-bk-19832-BR** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

Adriana Ramirez

c/o The Westmoreland Firm, P.C.

609 Deep Valley Dr Ste 200

Palos Verdes Peninsula, CA 90274

Date or dates debt was incurred    **01/27/2025**

Last 4 digits of account number    **- C J C**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.2** Nonpriority creditor's name and mailing address

Alex Troncoso

360 E. Orlando Way Apt N

Covina, CA 91723

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,816.72**

---

**3.3** Nonpriority creditor's name and mailing address

Alison Arnold

508 Ocean Dr

Oxnard, CA 93035

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,132.05**

---

**3.4** Nonpriority creditor's name and mailing address

Ally Eberhard

585 E Washington Blvd Apt 7

Pasadena, CA 91104-2221

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,391.46**

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Amber McGeachy**

**1220 W San Bernardino Rd Apt 134**

**Covina, CA 91722-3563**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,243.24**

---

**3.6** Nonpriority creditor's name and mailing address

**American Solutions for Business**

**8479 Solutions Ctr**

**Chicago, IL 60677-8004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paper Products**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,459.65**

---

**3.7** Nonpriority creditor's name and mailing address

**Amy Cristiano**

**19 Rising Hill Rd**

**Pomona, CA 91766-4960**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,402.85**

---

**3.8** Nonpriority creditor's name and mailing address

**Ashley Boardman**

**354 E Algrove St**

**Covina, CA 91723-2608**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,708.16**

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

**Audrey Faucetta**

**8762 Candlewood St**

**Rch Cucamonga, CA 91730-1125**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$3,832.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Bethany Alvardo**

**152 N. Vista Bonita Ave. Apt. 5**

**Covina, CA 91722**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$1,011.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**BMW Bank of North America**

**Po Box 78066**

**Phoenix, AZ 85062-8066**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$6,894.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle Lease**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Canon Financial Service**

**14904 Collection Center Dr**

**Chicago, IL 60693-0149**

Date or dates debt was incurred     **12/15/2022**

Last 4 digits of account number     **7   3   3   0**

As of the petition filing date, the claim is:     **$10,956.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Service**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

**Carmen Gonzalez**

**4817 N Bonnie Cove Ave**

**Covina, CA 91724-1648**

Date or dates debt was incurred        **10/31/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:        **$1,131.98**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Central Communications**

**PO Box 95117**

**Chicago, IL 60694-5117**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Answering Service**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Christina George**

**2195 Scenic Ridge Dr**

**Chino Hills, CA 91709-1008**

Date or dates debt was incurred        **10/31/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:        **$1,757.09**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Christina Salgado**

**4637 N Trujillo Dr**

**Covina, CA 91722-2444**

Date or dates debt was incurred        **10/31/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:        **$1,191.62**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,349.60**

Chyanne Rodriguez

1735 E Francisquito Ave Apt 18

West Covina, CA 91791-3865

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages

Date or dates debt was incurred     **10/31/2025**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Citi Cards

PO Box 790046

Saint Louis, MO 63179

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Cox Business

Po Box 1259

Oaks, PA 19456-1259

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Internet service

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,000.00**

D&G LLC Center Court

1875 Rancho Tujunga

Covina, CA 91724

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent - Corporate Office

Date or dates debt was incurred     **11/1/2025**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00**

**D&G LLC Center Court**

**1875 Rancho Tujunga**

**Covina, CA 91724**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** __Rent - Storage Facility__

Date or dates debt was incurred   __11/1/2025__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,138.34**

**Danielle Lapena**

**2210 Canterbury Ln**

**La Habra, CA 90631-6315**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** __Wages__

Date or dates debt was incurred   __10/31/2025__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,131.72**

**Darelyn Kaufman**

**1630 W Covina Blvd Spc 57**

**San Dimas, CA 91773-3426**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** __Wages__

Date or dates debt was incurred   __10/31/2025__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,315.17**

**Debra Guzman**

**2256 La Sierra Way**

**Claremont, CA 91711**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** __Wages__

Date or dates debt was incurred   __10/31/2025__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Debra Webb**

**1749 W Holt Ave Unit 103**

**Pomona, CA 91768**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is: **$1,145.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Delana Lopez**

**133 N Lark Ellen Ave**

**West Covina, CA 91790**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is: **$3,327.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Denis Wilkins**

**807 Dorothea Rd**

**La Habra, CA 90631**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is: **$1,744.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Desiree Zabala**

**1829 E Workman Ave Apt 23**

**West Covina, CA 91791**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is: **$1,365.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**Dexwell, Inc.**

**5962 La Place Ct**

**Carlsbad, CA 92008-8807**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$228,000.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Deziree Arevala**

**19550 E Cienega Ave Apt 4**

**Covina, CA 91724-4001**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,287.91**

---

**3.31** Nonpriority creditor's name and mailing address

**Diane Cisneros**

**2526 Delco Ave**

**S El Monte, CA 91733-2138**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,364.03**

---

**3.32** Nonpriority creditor's name and mailing address

**Dianne Contreras**

**1108 S Glenview Rd**

**West Covina, CA 91791-3523**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,070.97**

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**DJ Sky Park, LLC**

**1230 Columbia St. Suite 1120**

**San Diego, CA 92101**

Date or dates debt was incurred     **11/1/2025**

Last 4 digits of account number     **2   0   5   2**

As of the petition filing date, the claim is:        **$2,426.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Irvine**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Dondra Antoni**

**10832 Red Bluff Rd**

**Ventura, CA 93004-3437**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:        **$1,257.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Donnie Muldrow**

**c/o Ike Eric Orjiakor**

**15260 Ventura Blvd Ste 1200**

**Sherman Oaks, CA 91403-5347**

Date or dates debt was incurred     **09/06/2018**

Last 4 digits of account number     **0   9   8   6**

As of the petition filing date, the claim is:        **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Eyda Cardenas**

**924 E Ranchcreek Rd**

**Covina, CA 91724-3651**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:        **$1,107.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.37** | Nonpriority creditor's name and mailing address

**Eye Med**

**4000 Luxottica Pl**

**Mason, OH 45040-8114**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Eye Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Faith Camperson**

**2170 Sonora St**

**Pomona, CA 91767-2413**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$1,741.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**First Legal Network**

**PO Box 745087**

**Los Angeles, CA 90074-5087**

Date or dates debt was incurred    **10/20/2025**

Last 4 digits of account number  **3  4  7  0**

As of the petition filing date, the claim is:    **$58.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Costs**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Francesca Sanchez**

**622 E Puente St**

**Covina, CA 91723-2824**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$2,274.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address
**Gail Diaz de Sarkisian**

**280 N Oakland Ave**

**Pasadena, CA 91101-8600**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number —— —— —— ——

As of the petition filing date, the claim is: **$1,870.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**GMSR**

**6420 Wilshire Blvd Ste 1100**

**Los Angeles, CA 90048**

Date or dates debt was incurred _____

Last 4 digits of account number **0   1   0   1**

As of the petition filing date, the claim is: **$13,042.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**Guadalupe Rubalcava**

**326 S Backton Ave**

**La Puente, CA 91744**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number —— —— —— ——

As of the petition filing date, the claim is: **$1,212.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**ICW Group**

**Po Box 31001**

**Pasadena, CA 91110-3421**

Date or dates debt was incurred _____

Last 4 digits of account number —— —— —— ——

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Workers Compensation Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**Isabella Tashchian**

**14817 Foothill Blvd Apt 2148**

**Fontana, CA 92335-0712**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,208.89

---

**3.46** Nonpriority creditor's name and mailing address

**Jane Freeman**

**7101 Yarmouth Ave**

**Reseda, CA 91335-4835**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,948.09

---

**3.47** Nonpriority creditor's name and mailing address

**Jasmine Castro**

**16823 E Francisquito Ave**

**West Covina, CA 91790-5413**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,319.40

---

**3.48** Nonpriority creditor's name and mailing address

**Jennifer Bryant**

**16255 E Cypress St**

**Covina, CA 91722-2321**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,218.24

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,477.48**
---|---|---|---

**Jennifer Schwartz**

**1205 Cypress St Spc 215**

**San Dimas, CA 91773-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

Date or dates debt was incurred     **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,356.78**

**Jessica Ruiz**

**1735 E. Francisquito Ave Apt 7**

**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

Date or dates debt was incurred     **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,444.11**

**Joanne Young**

**380 Cahuenga Dr**

**Oxnard, CA 93035-4405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

Date or dates debt was incurred     **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,792.51**

**Joy Bio**

**358 Townsite Promenade Apt 205**

**Camarillo, CA 93010-7879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

Date or dates debt was incurred     **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.53

**Nonpriority creditor's name and mailing address**

**Kaiser Foundation**

**PO Box 741562**

**Los Angeles, CA 90074-1567**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Health Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

### 3.54

**Nonpriority creditor's name and mailing address**

**Karina Almeida**

**3685 N Woodhurst Dr**

**Covina, CA 91724-3367**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,871.36**

---

### 3.55

**Nonpriority creditor's name and mailing address**

**Karissa Hardy**

**434 Santa Cruz Cir**

**Port Hueneme, CA 93041-3040**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,514.78**

---

### 3.56

**Nonpriority creditor's name and mailing address**

**Kristine Concepcion**

**1441 Paso Real Ave Spc 200**

**Rowland Hghts, CA 91748-2157**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,244.08**

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Lelianie Querubin**

**261 W Stroube St**

**Oxnard, CA 93036-1227**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,394.15

---

**3.58** Nonpriority creditor's name and mailing address

**Madison Bauer**

**1870 Rancho Tujunga Dr**

**Covina, CA 91724-3545**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,630.21

---

**3.59** Nonpriority creditor's name and mailing address

**Melissa Larios**

**3228 Frazier St Apt C**

**Baldwin Park, CA 91706-4648**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,075.84

---

**3.60** Nonpriority creditor's name and mailing address

**Michelle Soto**

**2142 S San Antonio Ave**

**Ontario, CA 91762**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: On Leave

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Lordon Enterprises, Inc.** | | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.61** | Nonpriority creditor's name and mailing address

**Miriam Claire Fehring**

**c/o Ellen Levin, Esq.**

**5955 De Soto Ave Ste 125**

**Woodland Hls, CA 91367-5120**

Date or dates debt was incurred    **10/29/2024**

Last 4 digits of account number    **5  2  9  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.62** | Nonpriority creditor's name and mailing address

**Nordstrom Card**

**PO Box 6555**

**Englewood, CO 80155**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**Pacific Courier**

**11135 Rush St Ste A**

**S El Monte, CA 91733-3520**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Courier Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$647.46**

---

**3.64** | Nonpriority creditor's name and mailing address

**Pan Janitorial**

**Po Box 4283**

**La Puente, CA 91747-4283**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Janitorial Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,508.05**

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.65** Nonpriority creditor's name and mailing address

**Paychex**

**911 Panorama Trl S**

**Rochester, NY 14625-2311**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$48,570.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paycheck Processing**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred     _____

Last 4 digits of account number     **6  6  4  2**

Remarks: Postage Lease Camarillo

As of the petition filing date, the claim is:     **$594.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred     _____

Last 4 digits of account number     **4  4  9  4**

As of the petition filing date, the claim is:     **$594.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Lease Irvine**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred     _____

Last 4 digits of account number     **6  1  8  7**

As of the petition filing date, the claim is:     **$263.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Lease Covina**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.69**   Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred   _____

Last 4 digits of account number    **5  2  4  4**

As of the petition filing date, the claim is:                **$12,110.67**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Billing**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70**   Nonpriority creditor's name and mailing address

**Pitney Bowes Presort Services, LLC**

**10110 I St**

**Omaha, NE 68127-1129**

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71**   Nonpriority creditor's name and mailing address

**Rachel Koscielniak**

**625 Burdick Dr**

**Pomona, CA 91768**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                **$1,319.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72**   Nonpriority creditor's name and mailing address

**Rae Frausto**

**453 Faxina Ave**

**La Puente, CA 91744-6167**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                **$1,157.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.73** Nonpriority creditor's name and mailing address

**Rebecca Villareal**

**662 S J St**

**San Bernardino, CA 92410**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$455.75

---

**3.74** Nonpriority creditor's name and mailing address

**Ropat LP**

**c/o Mooncrest Prop. Co.**

**Po Box 719**

**Camarillo, CA 93011-0719**

Date or dates debt was incurred      **11/01/2025**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Camarillo**

Is the claim subject to offset?
☑ No
☐ Yes

$6,878.41

---

**3.75** Nonpriority creditor's name and mailing address

**Ruth Gallarzo**

**844 Sheridan Rd**

**San Bernardino, CA 92407**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$4,104.60

---

**3.76** Nonpriority creditor's name and mailing address

**Sabrina Navarro**

**20687 Amar Rd Apt 2-330**

**Walnut, CA 91789**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,302.34

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.77**   Nonpriority creditor's name and mailing address

**Shaylyn Anderson**

**10855 Terra Vista Pkwy Apt 65**

**Rch Cucamonga, CA 91730-6387**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,198.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address

**Stephaney Knight**

**10029 S Norwood Ave**

**Tulsa, OK 74137-5538**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,077.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address

**Susan Matsune**

**921 Crystal Water Ln**

**Walnut, CA 91789**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,319.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address

**Tammy Russell**

**1331 E Thackery Ave**

**West Covina, CA 91790-4345**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,451.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,797.53 |
|---|---|---|---|

**Tammy Whitacre**

**12263 La Mirada Blvd Pmb 429**

**La Mirada, CA 90638-1329**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **10/31/2025**

Basis for the claim:  **Wages**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United Concordia Dental**

**Po Box 69420**

**Pasadena, CA 17106-9420**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Employee Dental Insurance**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Verizon Business Cell Phone**

**PO Box 489**

**Newark, NJ 07101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Cell Phone Service**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,976.52 |
|---|---|---|---|

**Veronica Villanueva**

**759 Fine St**

**Fillmore, CA 93015-1318**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred    **10/31/2025**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.85** Nonpriority creditor's name and mailing address

**Wyllie Almeida**

**3977 Arrow Wood Rd**

**Sn Bernrdno, CA 92407-8962**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$2,499.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

**Yuliana Marin**

**1707 Benedict Way**

**Pomona, CA 91767-3505**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,347.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address

**Yvonne Herendez**

**1960 Santa Lucia Ave.**

**Oxnard, CA 93030**

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,708.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

**Zoom Communications**

**55 Almaden Blvd # 6**

**San Jose, CA 95113-1608**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,896.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Zoom/Telephone Service**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Yochelson, Vivian F.** | Line **3.61** | |
| **5955 De Soto Ave Ste 125** | ☐ Not listed. Explain ———————— | **5  2  9  8** |
| **Woodland Hls, CA 91367-5120** | ———————— | |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 4:**</td><td colspan="2">Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$475,436.27** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$475,436.27** |

Fill in this information to identify the case:

Debtor name   **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    **2:25-bk-19832-BR**    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease** | **BMW Bank of North America** |
| | | | **Po Box 78066** |
| | State the term remaining | **0 months** | **Phoenix, AZ 85062-8066** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Copier Leases Agreement - 7330** | **Canon Financial Service** |
| | | | **14904 Collection Center Dr** |
| | State the term remaining | **28 months** | **Chicago, IL 60693-0149** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease -Covina** | **D&G LLC Center Court** |
| | | | **1875 Rancho Tujunga** |
| | State the term remaining | **25 months** | **Covina, CA 91724** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease -Storage** | **D&G LLC Center Court** |
| | | | **1875 Rancho Tujunga** |
| | State the term remaining | **0 months** | **Covina, CA 91724** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Irvine** | **DJ Sky Park, LLC** |
| | | | **1230 Columbia St. Suite 1120** |
| | State the term remaining | **26 months** | **San Diego, CA 92101** |
| | List the contract number of any government contract | | |

Debtor    **Lordon Enterprises, Inc.**                                         Case number (if known) **2:25-bk-19832-BR**
_____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest — **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining — **17 months** | |
| | List the contract number of any government contract — | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest — **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining — **7 months** | |
| | List the contract number of any government contract — | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest — **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining — **16 months** | |
| | List the contract number of any government contract — | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest — **Postage Machine & Accessories (02/1/2022)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining — **29 months** | |
| | List the contract number of any government contract — | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease - Camarillo** | **Ropart, LP** <br> **c/o Mooncrest Property** <br> **Po Box 719** <br> **Camarillo, CA 93011-0719** |
| | State the term remaining — **21 months** | |
| | List the contract number of any government contract — | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest — | |
| | State the term remaining — | |
| | List the contract number of any government contract — | |

Debtor    **Lordon Enterprises, Inc.**
Name

Case number (if known)    **2:25-bk-19832-BR**

| ██ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Central** District of **California** (State) |
| Case number (If known): | **2:25-bk-19832-BR** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Lordon Enterprises, Inc.**
_____    Case number (if known) **2:25-bk-19832-BR**

Name

▐ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page  **2**  of  **2**

| Fill in this information to identify the case: |
| --- |

Debtor name      **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the:

     **Central District of California**

Case number (if known):    **2:25-bk-19832-BR**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▓   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/16/2025**
     MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Donald J. Melching**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | **2:25-bk-19832-BR** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.    **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to    Filing date<br><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,459,370.03** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,508,389.33** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,205,628.11** |

2.    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to    Filing date<br><br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  **Lordon Enterprises, Inc.**                                      Case number *(if known)*   **2:25-bk-19832-BR**
        Name

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Pitney Bowes Presort** <br> Creditor's name <br> **10110 I St** <br> Street <br><br> **Omaha, NE 68127-1129** <br> City    State    ZIP Code | **August 2025** <br><br> **September 2025** <br><br> **October 2025** | **$10,519.70** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease Payments** |
| **3.2.** **American Solutions for Business** <br> Creditor's name <br> **8479 Solutions Ctr** <br> Street <br><br> **Chicago, IL 60677-8004** <br> City    State    ZIP Code | **August 2025** <br><br> **September 2025** <br><br> **October 2025** | **$19,854.93** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other |
| **3.3.** **Kaiser Foundation** <br> Creditor's name <br> **PO Box 741562** <br> Street <br><br> **Los Angeles, CA 90074-1567** <br> City    State    ZIP Code | **August 2025** <br><br> **September 2025** <br><br> **October 2025** | **$83,410.73** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other |
| **3.4.** **Canon Financial Service** <br> Creditor's name <br> **14904 Collection Center Dr** <br> Street <br><br> **Chicago, IL 60693-0149** <br> City    State    ZIP Code | **August 2025** <br><br> **September 2025** <br><br> **October 2025** | **$35,152.24** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease Payments** |
| **3.5.** **GMSR** <br> Creditor's name <br> **6420 Wilshire Blvd Ste 1100** <br> Street <br><br> **Los Angeles, CA 90048** <br> City    State    ZIP Code | **August 2025** | **$10,545.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other |

Debtor   **Lordon Enterprises, Inc.**                                   Case number (if known)   **2:25-bk-19832-BR**
    Name

---

**3.6.**  **Ropart, LP**
Creditor's name

**Po Box 719**
Street

**c/o Mooncrest Property**

**Camarillo, CA 93011-0719**
City                     State      ZIP Code

**August 2025**
**September 2025**
**October 2025**

**$20,234.55**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Commercial Property Lease**

---

**3.7.**  **Nordstrom**
Creditor's name

**PO Box 6555**
Street

**Englewood, CO 80155-6555**
City                     State      ZIP Code

**September 2025**
**October 2025**

**$18,443.66**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Credit Card Payments**

---

**3.8.**  **Pitney Bowes Financial**
Creditor's name

**27 Waterview Dr**
Street

**Shelton, CT 06484-4301**
City                     State      ZIP Code

**September 2025**

**$12,010.67**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Lease Payments**

---

**3.9.**  **ICW Group**
Creditor's name

**Po Box 31001**
Street

**Pasadena, CA 91110-3421**
City                     State      ZIP Code

**September 2025**
**October 2025**
**October 2025**

**$90,685.66**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Workers Comp Insurance**

---

**3.10.**  **Pitney Bowes Financial**
Creditor's name

**27 Waterview Dr**
Street

**Shelton, CT 06484-4301**
City                     State      ZIP Code

**September 2025**
**October 2025**

**$80,000.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Postage**

---

**3.11.**  **Almeida, Karina**
Creditor's name

Street

City                     State      ZIP Code

**08/03/2025 - 11/03/2025**

**$23,916.87**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑     **Wages & Expense**
Other **Reimbursement**

---

Debtor  **Lordon Enterprises, Inc.**                                    Case number *(if known)*   **2:25-bk-19832-BR**

_____
Name

---

**3.12.**  **Almeida, Wyllie**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$21,443.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages and Expense**
  Other **Reimbursement**

---

**3.13.**  **Alvarado, Bethany**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$8,700.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

**3.14.**  **Anderson, Shaylyn**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$9,027.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

**3.15.**  **Arnold, Allision**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$30,437.43

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
  Other **Reimbursement**

---

**3.16.**  **Bio, Remelyn**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$14,496.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

**3.17.**  **Boardman, Ashley Rose**
Creditor's name

_____

Street
_____

_____

_____
City          State      ZIP Code

08/03/2025 -
11/03/2025

$33,007.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
  Other **Reimbursement**

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page 4

Debtor    **Lordon Enterprises, Inc.**    Case number *(if known)*    **2:25-bk-19832-BR**

Name

---

3.18. **Bryant, Jenn**

Creditor's name

08/03/2025 - 11/03/2025    $10,133.40

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

Street

City          State     ZIP Code

---

3.19. **Camperson, Faith**

Creditor's name

08/03/2025 - 11/03/2025    $16,801.21

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

Street

City          State     ZIP Code

---

3.20. **Cardenas, Eyda**

Creditor's name

08/03/2025 - 11/03/2025    $9,600.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

Street

City          State     ZIP Code

---

3.21. **Castro, Jasmine**

Creditor's name

08/03/2025 - 11/03/2025    $9,452.19

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

Street

City          State     ZIP Code

---

3.22. **Cisneros, Diane**

Creditor's name

08/03/2025 - 11/03/2025    $9,576.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

Street

City          State     ZIP Code

---

3.23. **Concepcion, Kristine**

Creditor's name

08/03/2025 - 11/03/2025    $9,600.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

Street

City          State     ZIP Code

---

Debtor    **Lordon Enterprises, Inc.**                          Case number *(if known)*    **2:25-bk-19832-BR**
_____
Name

3.24.    **Contreras, Diane**              <u>08/03/2025 -</u>       **$14,788.96**       ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ **Wages & Expense**
                                       _____                                        Other **Reimbursement**
_____
City          State    ZIP Code

3.25.    **Critchfield, Jennifer**         <u>08/03/2025 -</u>       **$10,431.00**       ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ Other **Wages**
                                       _____
_____
City          State    ZIP Code

3.26.    **Diaz d Sarkisian, G.**          <u>08/03/2025 -</u>       **$15,022.74**       ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ **Wages & Expense**
                                       _____                                        Other **Reimbursement**
_____
City          State    ZIP Code

3.27.    **Eberhard, Allysa**              <u>08/03/2025 -</u>       **$9,600.00**        ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ Other _____
                                       _____
_____
City          State    ZIP Code

3.28.    **Faucetta, Audrey**             <u>08/03/2025 -</u>       **$34,534.04**       ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ **Wages & Expense**
                                       _____                                        Other **Reimbursement**
_____
City          State    ZIP Code

3.29.    **Frausto, Rae**                 <u>08/03/2025 -</u>       **$9,318.43**        ☐ Secured debt
Creditor's name                        **11/03/2025**                                     ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
Street                                 _____                                        ☐ Services
                                                                                          ☑ Other **Wages**
                                       _____
_____
City          State    ZIP Code

Debtor   **Lordon Enterprises, Inc.**                                    Case number *(if known)*   **2:25-bk-19832-BR**
_____
Name

3.30.  **Freeman, Jane**                 **08/03/2025 -**        **$15,867.11**        ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ **Wages & Expense**
                                         _____                                      Other **Reimbursement**

City              State    ZIP Code

3.31.  **Gallarzo, Ruth**                **08/03/2025 -**        **$38,466.30**        ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ **Wages & Expense**
                                         _____                                      Other **Reimbursement**

City              State    ZIP Code

3.32.  **George, Christina**             **08/03/2025 -**        **$15,026.40**        ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ **Wages & Expense**
                                         _____                                      Other **Reimbursement**

City              State    ZIP Code

3.33.  **Gonzalez, Carmen**              **08/03/2025 -**        **$9,950.00**         ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other **Wages**
                                         _____

City              State    ZIP Code

3.34.  **Guzman, Debra**                 **08/03/2025 -**        **$26,456.21**        ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ **Wages & Expense**
                                         _____                                      Other **Reimbursement**

City              State    ZIP Code

3.35.  **Hardy, Karissa**                **08/03/2025 -**        **$24,343.79**        ☐ Secured debt
Creditor's name                          **11/03/2025**                                ☐ Unsecured loan repayments
                                                                                       ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ **Wages & Expense**
                                         _____                                      Other **Reimbursement**

City              State    ZIP Code

Debtor   **Lordon Enterprises, Inc.**                                              Case number *(if known)*   **2:25-bk-19832-BR**

_____
Name

---

3.36. **Kaufman, Darelyn**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025 -
11/03/2025**

**$25,580.38**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

3.37. **Knight, Stephaney**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025 -
11/03/2025**

**$13,425.07**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

3.38. **Koscielniak, Rachel**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025
-11/03/2025**

**$9,700.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.39. **LaPena, Danielle**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025 -
11/03/2025**

**$15,022.46**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

3.40. **Larios, Melissa**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025 -
11/03/2025**

**$8,907.17**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.41. **Lopez, Delana**
Creditor's name

Street

_____   _____
City              State    ZIP Code

**08/03/2025 -
11/03/2025**

**$27,025.63**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

Debtor  **Lordon Enterprises, Inc.**                                            Case number *(if known)*    **2:25-bk-19832-BR**

Name

---

3.42.  **Marin, Yuliana**                08/03/2025 -         $9,113.31         ☐ Secured debt
Creditor's name                          11/03/225                             ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

3.43.  **Matsune, Susan**                08/03/2025 -        $9,600.00          ☐ Secured debt
Creditor's name                          11/03/2025                            ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

3.44.  **Mcgeachy, Amber**               08/03/2025          $9,581.52          ☐ Secured debt
Creditor's name                          -11/03/2025                           ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

3.45.  **Navarro, Sabrina**              08/03/2025 -        $9,526.08          ☐ Secured debt
Creditor's name                          11/03/2025                            ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

3.46.  **Pineda, Diana**                 08/03/2025         $11,334.99          ☐ Secured debt
Creditor's name                          -11/03/2025                           ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

3.47.  **Querubin, Leliani**             08/03/2025 -        $9,086.78          ☐ Secured debt
Creditor's name                          11/03/2025                            ☐ Unsecured loan repayments
                                                                               ☐ Suppliers or vendors
Street                                                                         ☐ Services
                                                                               ☑ Other **Wages**

City            State    ZIP Code

---

Debtor  **Lordon Enterprises, Inc.**
_____    Case number (if known)  **2:25-bk-19832-BR**
Name

---

3.48.  **Rodriguez, Chyanne**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$10,845.45**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.49.  **Rubalcava, Guadalupe**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$10,200.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.50.  **Ruiz, Jessica**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$9,659.86**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.51.  **Russell, Tammy**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$10,000.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

3.52.  **Sanchez, Franesca**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$18,063.79**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

3.53.  **Schwartz, Jennifer**
_____
Creditor's name

_____
Street

_____

_____
City                    State    ZIP Code

**08/03/2025 -
11/03/2025**

**$19,075.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

Debtor   Lordon Enterprises, Inc.

Name

Case 2:25-bk-19832-BR   Doc 12   Filed 11/17/25   Entered 11/17/25 12:07:48   Desc
Main Document    Page 57 of 85   Case number (if known)   2:25-bk-19832-BR

3.54.  **Troncoso, Alexandra**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/2025**

**$14,432.88**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
   Other **Reimbursement**

3.55.  **Villanueva, Veronica**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/2025**

**$12,700.68**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
   Other **Reimbursement**

3.56.  **Webb, Debra**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/2025**

**$8,639.23**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

3.57.  **Whitacre, Tammy**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/2025**

**$23,167.19**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
   Other **Reimbursement**

3.58.  **Wilkins, Denis**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/225**

**$15,336.94**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
   Other **Reimbursement**

3.59.  **Wright, Breanna**
Creditor's name

Street

City          State    ZIP Code

**08/03/2025 -
11/03/225**

**$11,985.59**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
   Other **Reimbursement**

Debtor **Lordon Enterprises, Inc.**
Name

Case number *(if known)*  **2:25-bk-19832-BR**

---

**3.60.** **Young, Joanne**
Creditor's name

Street

City          State     ZIP Code

**08/03/2025 - 11/03/2025**

**$32,400.00**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Wages & Expense**
Other **Reimbursement**

---

**3.61.** **Zabala, Desiree**
Creditor's name

Street

City          State     ZIP Code

**08/03/2025 - 11/03/2025**

**$10,033.70**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Wages**

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **D&G LLC Center Court**<br>Creditor's name<br>**1875 Rancho Tujunga**<br>Street<br><br>**Covina, CA 91724**<br>City          State     ZIP Code | **Monthly Nov 2024 - Oct 2025** | **$48,000.00** | **Commercial Lease** |
| Relationship to debtor<br>**Shareholder's Business** | | | |
| **4.2.** **D&G LLC Center Court**<br>Creditor's name<br>**1875 Rancho Tujunga**<br>Street<br><br>**Covina, CA 91724**<br>City          State     ZIP Code | **Monthly Nov 2024 - Oct 2025** | **$252,000.00** | **Commercial Lease** |
| Relationship to debtor<br>**Shareholder's Business** | | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

---

Debtor    Lordon Enterprises, Inc.    Case number *(if known)*    2:25-bk-19832-BR
    Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Golf Projects Lindero, Inc.** | **Deposit Account funds held at Sunwest** | **10/27/2025** | _____ |
| Creditor's name | **Bank** | | |
| **4558 Sherman Oaks Ave** | | | |
| Street | | | |
| **c/o Gary Salomons, Esq.** | | | |
| **Sherman Oaks, CA 91403-3060** | | | |
| City                State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City                State      ZIP Code | | | |

---

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Golf Project Lindero v. Lake Lindero HOA et al.** | **Breach of Contract, Money had and Received, Interpleader, Tortious Interference with Contractual Relations, Tortious Interference with Prospective Economic Advantage** | **Los Angeles Superior Court** <br> Name <br><br> Street <br><br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **LC107621** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Muldrow V. Ladera HOA et al** | **Appeal** | **California 2nd Appellate District** <br> Name <br><br> Street <br><br><br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **B338036** | | | |

Debtor    **Lordon Enterprises, Inc.**                                    Case number *(if known)*    **2:25-bk-19832-BR**
Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Muldrow V. Ladera HOA et al** | **Quiet Title** | **Los Angeles Superior Court** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | Street | |
| | **BC720986** | | | |
| | | | City          State    ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Fehring v. Top O Topanga et al** | **Trip & Fall** | **Los Angeles Superior Court** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **24SMCV05298** | | | |
| | | | City          State    ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Granville v. Brown et al.** | **Dog bite** | **Orange County Superior Court** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **30-2024-01390378-cu-po-cjc** | | | |
| | | | City          State    ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Davidson v. Liberty Canyon et al.** | **Property damage dispute** | **Los Angeles Superior Court** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **23VECV05614** | | | |
| | | | City          State    ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ramirez v. Woodlake Village et al.** | **Property Damage** | **Orange County Superior Court** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **30-2025-01456495-CU-PO-CJC** | | | |
| | | | City          State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Lordon Enterprises, Inc.**       Case number *(if known)* **2:25-bk-19832-BR**
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City        State   ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City        State   ZIP Code

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Crohns** | | **2024** | **$30,000.00** |
| | Recipient's name | | **2025** | |
| | Street | | | |
| | City  State  ZIP Code | | | |

**Recipient's relationship to debtor**

**No relationship to Debtor**

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **St. Jude** | | **2024** | **$30,000.00** |
| | Recipient's name | | **2023** | |
| | Street | | | |
| | City  State  ZIP Code | | | |

**Recipient's relationship to debtor**

**No relationship to Debtor**

Debtor    **Lordon Enterprises, Inc.**                                          Case number *(if known)*    **2:25-bk-19832-BR**

Name

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Shriners** | | **2024** | **$30,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.4. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Tunnel to Towers** | | **2024** | **$10,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.5. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Covenant House** | | **2024** | **$1,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.6. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Salvation Army** | | **2024** | **$1,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.7. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Paralyzed Vets** | | **2024** | **$2,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.8. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Wounded Warriors** | | **2024** | **$1,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.9. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Disabled Vets** | | **2024** | **$1,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to debtor** | | | |

| 9.10. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Mercy Ships** | | **2024** | **$500.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to debtor** | | | |

Debtor   **Lordon Enterprises, Inc.**                                    Case number *(if known)*   **2:25-bk-19832-BR**

Name

| 9.11. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **American Lung Assoc.** | | **2024** | **$500.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to debtor** | | | |

| 9.12. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **American Kidney Assoc.** | | **2024** | **$500.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.13. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Humane Society** | | **2024** | **$750.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.14. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **City of Hope** | | **2024** | **$2,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.15. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Christian Appalacia** | | **2024** | **$500.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.16. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **ASPCA** | | **2024** | **$2,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.17. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Children's Hospital** | | **2024** | **$3,000.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.18. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Special Olympics** | | | **$100.00** |
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

Case 2:25-bk-19832-BR Doc 12 Filed 11/17/25 Entered 11/17/25 12:07:48 Desc
Main Document Page 66 of 85

| 9.19. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **American Diabetes** | | **2024** | **$350.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.20. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Feed the Children** | | **2024** | **$350.00** |
| | Recipient's name | | | |
| | | | **2023** | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.21. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Samaratan - Graham** | | | **$1,000.00** |
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.22. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Sloan Kettering** | | | **$250.00** |
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

Debtor   **Lordon Enterprises, Inc.**                                    Case number *(if known)*   **2:25-bk-19832-BR**

Name

| 9.23. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Parkinsons** | | | **$250.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.24. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Autism** | | | **$250.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.25. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Braille Institute** | | **2024** | **$350.00** |
| | Recipient's name | | **2023** | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.26. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Doctors without Borders** | | **2024** | **$200.00** |
| | Recipient's name | | **2023** | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

Case 2:25-bk-19832-BR   Doc 12   Filed 11/17/25   Entered 11/17/25 12:07:48   Desc
Main Document    Page 68 of 85

| 9.27. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **March of Dimes** | | | **$200.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.28. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Macular Degeneration** | | | **$100.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.29. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Make a Wish** | | **2023** | **$250.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.30. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **American Heart Assoc.** | | **2024** | **$500.00** |
| | Recipient's name | | **2023** | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

Debtor  **Lordon Enterprises, Inc.**    Case number *(if known)*  **2:25-bk-19832-BR**

Name

| 9.31. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Ronald McDonald House** | | **2023** | **$500.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.32. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **American Cancer** | | **2023** | **$100.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.33. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Howard Jarvis** | | **2023** | **$100.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

| 9.34. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Jesus Film Project** | | **2023** | **$100.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **No relationship to Debtor** | | | |

Debtor **Lordon Enterprises, Inc.**      Case number *(if known)* **2:25-bk-19832-BR**
Name

| 9.35. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Turning Point** | | **2023** | **$250.00** |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| 9.36. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Joel Eckstein Israel** | | **2023** | **$150.00** |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | **No relationship to Debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor **Lordon Enterprises, Inc.**                                    Case number (if known)  **2:25-bk-19832-BR**

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Salvato Boufadel, LLC** | **Attorney's Fee** | **11/3/2025** | **$75,000.00** |

**Address**

**505 N Tustin Ave Ste 282**
Street

**Santa Ana, CA 92705**
City                    State    ZIP Code

**Email or website address**

**misty@salvatoboufadel.com**

**Who made the payment, if not debtor?**

**Don and Gloria Melching**

---

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

---

**13.   Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---

Debtor   **Lordon Enterprises, Inc.**          Case number *(if known)*    **2:25-bk-19832-BR**

      Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|

Street

City      State    ZIP Code

| Relationship to debtor |
|---|

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.   **325 E Hillcrest Dr Ste 125**
Street

**Thousand Oaks, CA 91360-7779**
City      State    ZIP Code

From   **01/2023**    To   **12/2023**

14.1.   **300 E Esplanade Dr Ste 500**
Street

**Oxnard, CA 93036-1271**
City      State    ZIP Code

From   **09/8/2021**    To   **08/31/2023**

14.1.   **17852 17th St Ste 212**
Street

**Tustin, CA 92780-2143**
City      State    ZIP Code

From   **06/18/2001**    To   **01/2025**

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor  **Lordon Enterprises, Inc.** _____    Case number *(if known)* ___**2:25-bk-19832-BR**___
       Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ <br> City    State    ZIP Code | _____ <br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Mid Atlantic Administrators** | EIN:  9 5 – 2 9 3 9 9 3 5 |

     Has the plan been terminated?

     ☑ No

     ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor    **Lordon Enterprises, Inc.**    Case number *(if known)*    **2:25-bk-19832-BR**

Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | Address | |
| | City          State    ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **D&G LLC Center Court** | Don Melching, Jenn Schwartz, Lori | HOA Files | ☐ No |
| | Name | Melching, Chass Viallsenor | | ☑ Yes |
| | **1875 Rancho Tujunga** | | | |
| | Street | Address | | |
| | **Covina, CA 91724** | **5345 2nd St** | | |
| | City          State    ZIP Code | **Baldwin Park, CA 91706** | | |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor  **Lordon Enterprises, Inc.**                                   Case number *(if known)*    **2:25-bk-19832-BR**
         Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City            State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City            State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor **Lordon Enterprises, Inc.**

Name

Case number *(if known)* **2:25-bk-19832-BR**

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From _____ To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Bruce L. Hacker, CPA** Name **10670 Civic Center Dr Ste 200** Street **Rch Cucamonga, CA 91730-7654** City    State    ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ Name _____ Street _____ _____ City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bruce L. Hacker, CPA** Name **10670 Civic Center Dr Ste 200** Street **Rch Cucamonga, CA 91730-7654** City    State    ZIP Code | _____ _____ _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Lordon Enterprises, Inc.**
_____   Case number (if known)  **2:25-bk-19832-BR**
Name

| Name and address |
|---|

**26d.1.**

_____
Name

_____
Street

_____

_____
City                    State              ZIP Code

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**  _____
Name

_____
Street

_____

_____
City                    State              ZIP Code

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Melching** | **1875 Rancho Tujunga Dr Covina, CA 91724-3546** | **CEO, Shareholder** | **50.00%** |
| **Gloria Melching** | **1875 Rancho Tujunga Dr Covina, CA 91724-3546** | **Secretary & CFO, Shareholder** | **50.00%** |
| **Melching, Lori Anne** | **102 Calle Candida San Dimas, CA 91773-3955** | **Manager, No Shareholder Interest** | **0.00%** |
| **Bauer, Donalea** | **1870 Rancho Tujunga Dr Covina, CA 91724** | **VP of Operations, No Shareholder Interest** | **0.00%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____<br>To _____ |

Debtor **Lordon Enterprises, Inc.**
Name

Case number *(if known)* **2:25-bk-19832-BR**

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Melching, Donald** <br> Name <br><br> **1875 Rancho Tujunga Dr** <br> Street <br><br><br> **Covina, CA 91724-3546** <br> City          State        ZIP Code <br><br> **Relationship to debtor** <br><br> **CEO and Shareholder** | **$120,000.00** | **Monthly Distributions Nov 2024 - Oct 2025** | **Salary and distributions** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Bauer, Brenton** <br> Name <br><br> **1875 Rancho Tujunga Dr** <br> Street <br><br><br> **Covina, CA 91724** <br> City          State        ZIP Code <br><br> **Relationship to debtor** <br><br> **Grandson of Owners** | **$80,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Bauer, Chasen** <br> Name <br><br> **1875 Rancho Tujunga Dr** <br> Street <br><br><br> **Covina, CA 91724-3546** <br> City          State        ZIP Code <br><br> **Relationship to debtor** <br><br> **Grandson of Owners** | **$80,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Bauer, David**<br>Name<br><br>**1870 Rancho Tujunga Dr**<br>Street<br><br>**Covina, CA 91724-3545**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**Son-in-law of Owners** | **$96,000.00** | **11/2024 - 10/2025** | **Wages** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Melching, Kenzington**<br>Name<br><br>**102 Calle Candida**<br>Street<br><br>**San Dimas, CA 91773**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**Granddaughter of Owners** | **$80,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. **Melching, Lori Ann**<br>Name<br><br>**102 Calle Candida**<br>Street<br><br>**San Dimas, CA 91773**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**Daughter of Owners** | **$396,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. **Melching, Lexington**<br>Name<br><br>**102 Calle Candida**<br>Street<br><br>**San Dimas, CA 91773**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**Granddaughter of Owners** | **$80,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

Debtor   **Lordon Enterprises, Inc.**                                    Case number *(if known)*   **2:25-bk-19832-BR**
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.8. **Bauer, Donalea** <br> Name <br><br> **1870 Rancho Tujunga Dr** <br> Street <br><br><br> **Covina, CA 91724** <br> City        State        ZIP Code <br><br> Relationship to debtor <br><br> **Daughter of Owners** | **$432,000.00** | **11/2024 - 10/2025** | **Wages/Bonus** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/16/2025**
              MM/ DD/ YYYY

X _____                Printed name        **Donald J. Melching**
Signature of individual signing on behalf of the debtor


Position or relationship to debtor   **Chief Executive Officer**


Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Misty Perry Isaacson
Bar Number: 193204
MPI Law, P.C.
505 N Tustin Ave Ste 282
Santa Ana, CA 92705
Phone: (714) 541-6072 x2
Email: Misty@mpilawfirm.com

FOR COURT USE ONLY

☑ *Attorney for:*  **Lordon Enterprises, Inc.**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
Lordon Enterprises, Inc.

Debtor(s).

CASE NO.:  **2:25-bk-19832-BR**

ADVERSARY NO.:

CHAPTER: 11

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RBP 1007(A)(1)
AND 7007.1, AND LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____**Donald Melching**_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.      ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   **11/16/2025**    By:                       
                                Signature of Debtor, or attorney for Debtor

                Name:         **Donald Melching**         
                              Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                        Page 2                **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE:                                                          CHAPTER **11**
**Lordon Enterprises, Inc.**

DEBTOR(S)                                                    CASE NO  **2:25-bk-19832-BR**

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Donald Melching** | Common | 50% | |
| **Gloria Melching** | Common | 50% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ Chief Executive Officer _____ of the _____ Nonpublic Corporation _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **11/16/2025** _____          Signature: _____

Donald J. Melching, Chief Executive Officer

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**   Lordon Enterprises, Inc.

Case No.   **2:25-bk-19832-BR**

**Debtor**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ..................................................................... _____

Prior to the filing of this statement I have received ........................................................ _____

Balance Due ...................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................................**$75,000.00**_____

The undersigned shall bill against the retainer at an hourly rate of ......................................**$525.00- 625.00**_____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. ____**$1,738.00**____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify)   **Don and Gloria Melching**_____

4. The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my

law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Page 1 of 2

B2030 (Form 2030) (12/15)

      b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/17/2025** | **/s/ Misty Perry Isaacson** |
| *Date* | Misty Perry Isaacson |
| | *Signature of Attorney* |

Bar Number: 193204
MPI Law, P.C.
Salvato Boufadel, LLP
505 N Tustin Ave Ste 282
Santa Ana, CA 92705
Phone: (714) 541-6072 x2

*Name of law firm*

---