| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MPI Law, P.C.<br>Misty Perry Isaacson<br>of Counsel Salvato Boufadel, LLP<br>505 N Tustin Ave Ste 282<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072 ext. 2<br>Email: Misty@mpilawfirm.com<br>Bar Number: 193204<br>**Attorney for Debtor**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>**Lordon Enterprises, Inc.**<br><br>Debtor(s) | CASE NO.: **2:25-bk-19832-BR**<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added?   ☑ Yes   ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☑ Master Mailing List
☒ Other (*specify*) Amended List of Creditors Holding 20 Largest Unsecured Claims

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    11/16/2025

*/s/ Donald J. Melching*
Donald J. Melching
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          F 1007-1.1.AMENDED.SUMMARY

Case 2:25-bk-19832-BR    Doc 13    Filed 11/17/25    Entered 11/17/25 12:22:32    Desc
Main Document    Page 2 of 16

**Fill in this information to identify the case:**

Debtor name: **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): **2:25-bk-19832-BR**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Golf Projects Lindero, Inc.<br>c/o Gary Salomons, Esq.<br>4558 Sherman Oaks Ave<br>Sherman Oaks, CA 91403-3060 | | Judgment | Disputed | $14,106,770.78 | $445,508.08 | $13,740,399.84 |
| 2 | Dexwell, Inc.<br>5962 La Place Ct<br>Carlsbad, CA 92008-8807 | | Software | | | | $228,000.00 |
| 3 | Paychex<br>911 Panorama Trl S<br>Rochester, NY 14625-2311 | | Paycheck Processing | | | | $48,570.90 |
| 4 | GMSR<br>6420 Wilshire Blvd Ste 1100<br>Los Angeles, CA 90048 | | Legal Services | | | | $13,042.50 |
| 5 | Pitney Bowes Financial<br>27 Waterview Dr<br>Shelton, CT 06484-4301 | | Billing | | | | $12,110.67 |
| 6 | American Solutions for Business<br>8479 Solutions Ctr<br>Chicago, IL 60677-8004 | | Paper Products | | | | $11,459.65 |
| 7 | Canon Financial Service<br>14904 Collection Center Dr<br>Chicago, IL 60693-0149 | | Copier Service | | | | $10,956.13 |
| 8 | BMW Bank of North America<br>Po Box 78066<br>Phoenix, AZ 85062-8066 | | Vehicle Lease | | | | $6,894.72 |

| Debtor | Lordon Enterprises, Inc. | | | Case number (if known) | 2:25-bk-19832-BR |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ropat LP  c/o Mooncrest Prop. Co.  Po Box 719  Camarillo, CA 93011-0719 | | Rent - Camarillo | | | | $6,878.41 |
| 10 | Ruth Gallarzo  844 Sheridan Rd  San Bernardino, CA 92407 | | Wages | | | | $4,104.60 |
| 11 | Audrey Faucetta  8762 Candlewood St  Rch Cucamonga, CA 91730-1125 | | Wages | | | | $3,832.76 |
| 12 | Ashley Boardman  354 E Algrove St  Covina, CA 91723-2608 | | Wages | | | | $3,708.16 |
| 13 | Joanne Young  380 Cahuenga Dr  Oxnard, CA 93035-4405 | | Wages | | | | $3,444.11 |
| 14 | Delana Lopez  133 N Lark Ellen Ave  West Covina, CA 91790 | | Wages | | | | $3,327.60 |
| 15 | Debra Guzman  2256 La Sierra Way  Claremont, CA 91711 | | Wages | | | | $3,315.17 |
| 16 | Alison Arnold  508 Ocean Dr  Oxnard, CA 93035 | | Wages | | | | $3,132.05 |
| 17 | Darelyn Kaufman  1630 W Covina Blvd Spc 57  San Dimas, CA 91773-3426 | | Wages | | | | $3,131.72 |
| 18 | Karina Almeida  3685 N Woodhurst Dr  Covina, CA 91724-3367 | | Wages | | | | $2,871.36 |
| 19 | Tammy Whitacre  12263 La Mirada Blvd Pmb 429  La Mirada, CA 90638-1329 | | Wages | | | | $2,797.53 |
| 20 | Karissa Hardy  434 Santa Cruz Cir  Port Hueneme, CA 93041-3040 | | Wages | | | | $2,514.78 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Misty Perry Isaacson**<br>Bar Number: 193204<br>Salvato Boufadel, LLP<br>505 N Tustin Ave Ste 282<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072 ext. 2<br>Email: Misty@salvatoboufadel.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | CASE NO.: 2:25-bk-19832-BR |
|---|---|
| **Lordon Enterprises, Inc.** | CHAPTER: 11 |
| | AMENDED<br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __11/16/2025__

*[signature]*
Chief Executive Officer

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __11/16/2025__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                F 1007-1.MAILING.LIST.VERIFICATION

**LORDON ENTERPRISES, INC.**
1275 CENTER COURT DR
COVINA, CA 91724-3602

**MPI LAW, P.C.**
505 N TUSTIN AVE STE 282
SANTA ANA, CA 92705

**U.S. TRUSTEE LOS ANGELES DIVISION**
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES, CA 90017

**ADRIANA RAMIREZ**
C/O THE WESTMORELAND FIRM, P.C.
609 DEEP VALLEY DR STE 200
PALOS VERDES PENINSULA, CA 90274

**ALEX TRONCOSO**
360 E. ORLANDO WAY APT N
COVINA, CA 91723

**ALISON ARNOLD**
508 OCEAN DR
OXNARD, CA 93035

**ALLY EBERHARD**
585 E WASHINGTON BLVD APT 7
PASADENA, CA 91104-2221

**AMBER MCGEACHY**
1220 W SAN BERNARDINO RD APT 134
COVINA, CA 91722-3563

**AMERICAN SOLUTIONS FOR BUSINESS**
8479 SOLUTIONS CTR
CHICAGO, IL 60677-8004

**AMY CRISTIANO**
19 RISING HILL RD
POMONA, CA 91766-4960

**ASHLEY BOARDMAN**
354 E ALGROVE ST
COVINA, CA 91723-2608

**AUDREY FAUCETTA**
8762 CANDLEWOOD ST
RCH CUCAMONGA, CA 91730-1125

**BETHANY ALVARDO**
152 N. VISTA BONITA AVE. APT. 5
COVINA, CA 91722

**BMW BANK OF NORTH AMERICA**
PO BOX 78066
PHOENIX, AZ 85062-8066

**CANON FINANCIAL SERVICE**
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

**CARMEN GONZALEZ**
4817 N BONNIE COVE AVE
COVINA, CA 91724-1648

**CENTRAL COMMUNICATIONS**
PO BOX 95117
CHICAGO, IL 60694-5117

**CHRISTINA GEORGE**
2195 SCENIC RIDGE DR
CHINO HILLS, CA 91709-1008

**CHRISTINA SALGADO**
4637 N TRUJILLO DR
COVINA, CA 91722-2444

**CHYANNE RODRIGUEZ**
1735 E FRANCISQUITO AVE APT 18
WEST COVINA, CA 91791-3865

**CITI CARDS**
PO BOX 790046
SAINT LOUIS, MO 63179

**COX BUSINESS**
PO BOX 1259
OAKS, PA 19456-1259

**D&G LLC CENTER COURT**
1875 RANCHO TUJUNGA
COVINA, CA 91724

**DANIELLE LAPENA**
2210 CANTERBURY LN
LA HABRA, CA 90631-6315

**DARELYN KAUFMAN**
1630 W COVINA BLVD SPC 57
SAN DIMAS, CA 91773-3426

**DEBRA GUZMAN**
2256 LA SIERRA WAY
CLAREMONT, CA 91711

**DEBRA WEBB**
1749 W HOLT AVE UNIT 103
POMONA, CA 91768

**DELANA LOPEZ**
133 N LARK ELLEN AVE
WEST COVINA, CA 91790

**DENIS WILKINS**
807 DOROTHEA RD
LA HABRA, CA 90631

**DESIREE ZABALA**
1829 E WORKMAN AVE APT 23
WEST COVINA, CA 91791

**DEXWELL, INC.**
5962 LA PLACE CT
CARLSBAD, CA 92008-8807

**DEZIREE AREVALA**
19550 E CIENEGA AVE APT 4
COVINA, CA 91724-4001

**DIANE CISNEROS**
2526 DELCO AVE
S EL MONTE, CA 91733-2138

**DIANNE CONTRERAS**
1108 S GLENVIEW RD
WEST COVINA, CA 91791-3523

**DJ SKY PARK, LLC**
1230 COLUMBIA ST. SUITE 1120
SAN DIEGO, CA 92101

**DONDRA ANTONI**
10832 RED BLUFF RD
VENTURA, CA 93004-3437

**DONNIE MULDROW**
C/O IKE ERIC ORJIAKOR
15260 VENTURA BLVD STE 1200
SHERMAN OAKS, CA 91403-5347

**EYDA CARDENAS**
924 E RANCHCREEK RD
COVINA, CA 91724-3651

**EYE MED**
4000 LUXOTTICA PL
MASON, OH 45040-8114

**FAITH CAMPERSON**
2170 SONORA ST
POMONA, CA 91767-2413

**FIRST LEGAL NETWORK**
PO BOX 745087
LOS ANGELES, CA 90074-5087

**FRANCESCA SANCHEZ**
622 E PUENTE ST
COVINA, CA 91723-2824

**GAIL DIAZ DE SARKISIAN**
280 N OAKLAND AVE
PASADENA, CA 91101-8600

**GMSR**
6420 WILSHIRE BLVD STE 1100
LOS ANGELES, CA 90048

**GOLF PROJECTS LINDERO, INC.**
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403-3060

**GUADALUPE RUBALCAVA**
326 S BACKTON AVE
LA PUENTE, CA 91744

**ICW GROUP**
PO BOX 31001
PASADENA, CA 91110-3421

**ISABELLA TASHCHIAN**
14817 FOOTHILL BLVD APT 2148
FONTANA, CA 92335-0712

**JANE FREEMAN**
7101 YARMOUTH AVE
RESEDA, CA 91335-4835

**JASMINE CASTRO**
16823 E FRANCISQUITO AVE
WEST COVINA, CA 91790-5413

**JENNIFER BRYANT**
16255 E CYPRESS ST
COVINA, CA 91722-2321

**JENNIFER SCHWARTZ**

1205 CYPRESS ST SPC 215

SAN DIMAS, CA 91773-3525

**JESSICA RUIZ**

1735 E. FRANCISQUITO AVE APT 7

WEST COVINA, CA 91791

**JOANNE YOUNG**

380 CAHUENGA DR

OXNARD, CA 93035-4405

**JOY BIO**

358 TOWNSITE PROMENADE APT 205

CAMARILLO, CA 93010-7879

**KAISER FOUNDATION**

PO BOX 741562

LOS ANGELES, CA 90074-1567

**KARINA ALMEIDA**

3685 N WOODHURST DR

COVINA, CA 91724-3367

**KARISSA HARDY**

434 SANTA CRUZ CIR

PORT HUENEME, CA 93041-3040

**KRISTINE CONCEPCION**

1441 PASO REAL AVE SPC 200

ROWLAND HGHTS, CA 91748-2157

**LELIANIE QUERUBIN**

261 W STROUBE ST
OXNARD, CA 93036-1227

**MADISON BAUER**

1870 RANCHO TUJUNGA DR
COVINA, CA 91724-3545

**MELISSA LARIOS**

3228 FRAZIER ST APT C
BALDWIN PARK, CA 91706-4648

**MICHELLE SOTO**

2142 S SAN ANTONIO AVE
ONTARIO, CA 91762

**MIRIAM CLAIRE FEHRING**

C/O ELLEN LEVIN, ESQ.
5955 DE SOTO AVE STE 125
WOODLAND HLS, CA 91367-5120

**NORDSTROM CARD**

PO BOX 6555
ENGLEWOOD, CO 80155

**PACIFIC COURIER**

PO BOX 3035 STE A
S EL MONTE, CA 91733-0035

**PAN JANITORIAL**

PO BOX 4283
LA PUENTE, CA 91747-4283

**PAYCHEX**
911 PANORAMA TRL S
ROCHESTER, NY 14625-2311

**PITNEY BOWES FINANCIAL**
27 WATERVIEW DR
SHELTON, CT 06484-4301

**PITNEY BOWES PRESORT SERVICES, LLC**
10110 I ST
OMAHA, NE 68127-1129

**RACHEL KOSCIELNIAK**
625 BURDICK DR
POMONA, CA 91768

**RAE FRAUSTO**
453 FAXINA AVE
LA PUENTE, CA 91744-6167

**REBECCA VILLAREAL**
662 S J ST
SAN BERNARDINO, CA 92410

**ROPART, LP**
C/O MOONCREST PROPERTY
PO BOX 719
CAMARILLO, CA 93011-0719

**ROPAT LP**
C/O MOONCREST PROP. CO.
PO BOX 719
CAMARILLO, CA 93011-0719

**RUTH GALLARZO**
844 SHERIDAN RD
SAN BERNARDINO, CA 92407


**SABRINA NAVARRO**
20687 AMAR RD APT 2-330
WALNUT, CA 91789


**SHAYLYN ANDERSON**
10855 TERRA VISTA PKWY APT 65
RCH CUCAMONGA, CA 91730-6387


**STEPHANEY KNIGHT**
10029 S NORWOOD AVE
TULSA, OK 74137-5538


**SUNWEST BANK**
660 E. WATERTOWER ST.
MERIDIAN, ID 83642


**SUSAN MATSUNE**
921 CRYSTAL WATER LN
WALNUT, CA 91789


**TAMMY RUSSELL**
1331 E THACKERY AVE
WEST COVINA, CA 91790-4345


**TAMMY WHITACRE**
12263 LA MIRADA BLVD PMB 429
LA MIRADA, CA 90638-1329

**UNITED CONCORDIA DENTAL**
PO BOX 69420
PASADENA, CA 17106-9420

**VERIZON BUSINESS CELL PHONE**
PO BOX 489
NEWARK, NJ 07101

**VERONICA VILLANUEVA**
759 FINE ST
FILLMORE, CA 93015-1318

**WYLLIE ALMEIDA**
3977 ARROW WOOD RD
SN BERNRDNO, CA 92407-8962

**VIVIAN F. YOCHELSON**
5955 DE SOTO AVE STE 125
WOODLAND HLS, CA 91367-5120

**YULIANA MARIN**
1707 BENEDICT WAY
POMONA, CA 91767-3505

**YVONNE HERENDEZ**
1960 SANTA LUCIA AVE.
OXNARD, CA 93030

**ZOOM COMMUNICATIONS**
55 ALMADEN BLVD # 6
SAN JOSE, CA 95113-1608