GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
  Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

Proposed General Counsel for
Debtor and Debtor-in-Possession
LORDON ENTERPRISES, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LORDON ENTERPRISES, INC.,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:25-bk-19832-BR<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH MANDATORY CONTENTS OF CHAPTER 11 DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION** |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:25-bk-19832-br |
|---|---|
| LORDON ENTERPRISES, INC. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/19/2025, I did cause a copy of the following documents, described below,

ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH MANDATORY CONTENTS OF CHAPTER 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2025

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204
Attorney for Debtor
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA 92705
213-484-8400
misty@salvatoboufadel.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LORDON ENTERPRISES, INC. | CASE NO: 2:25-bk-19832-br<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 11/19/2025, a copy of the following documents, described below,

ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH MANDATORY CONTENTS OF CHAPTER 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA  92705

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

OFFICE OF THE U.S. TRUSTEE
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

ALISON ARNOLD
508 OCEAN DRIVE
OXNARD, CA 93035

AMERICAN SOLUTIONS FOR
BUSINESS
8479 SOLUTIONS CTR
CHICAGO, IL 60677-8004

ASHLEY BOARDMAN
354 E ALGROVE ST
COVINA, CA 91723

AUDREY FAUCETTA
8762 CANDLEWOOD ST
RCH CUCAMONGA, CA 91730-1125

BMW BANK OF NORTH AMERICA
PO BOX 78066
PHOENIX, AZ 85062-8066

CANON FINANCIAL SERVICE
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

DARELYN KAUFMAN 1630 W
COVINA BLVD SPC 57
SAN DIMAS, CA 91773-3426

DEBRA GUZMAN 2256
LA SIERRA WAY
CLAREMONT, CA 91711

DELANA LOPEZ 133 N
LARK ELLEN AVE
WEST COVINA, CA 91790

DEXWELL, INC.
5962 LA PLACE CT
CARLSBAD, CA 92008

GMSR
6420 WILSHIRE BLVD STE 1100
LOS ANGELES, CA 90048

GOLF PROJECTS LINDERO,INC.
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403

JOANNE YOUNG
380 CAHUENGA DRIVE
OXNARD, CA 93035-4405

KARINA ALMEIDA
3685 N WOODHURST DR
COVINA, CA 91724-3367

KARISSA HARDY
434 SANTA CRUZ CIR
PORT HUENEME, CA 93041-3040

PAYCHEX
911 PANORAMA TRL S
ROCHESTER, NY 14625

PITNEY BOWES FINANCIAL
27 WATERVIEW DR
SHELTON, CT 06484-4301

ROPART, LP
C/O MOONCREST PROPERTY
PO BOX 719
CAMARILLO, CA 93011-0719

RUTH GALLARZO
844 SHERIDAN RD
SAN BERNARDINO, CA 92407

SUNWEST BANK 660
E. WATERTOWER ST.
MERIDIAN, ID 83642

TAMMY WHITACRE
12263 LA MIRADA BLVD
PMB 429
LA MIRADA, CA 90638-1329