| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MPI Law, P.C.<br>Misty Perry Isaacson<br>of Counsel Salvato Boufadel, LLP<br>505 N Tustin Ave Ste 282<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072 ext. 2<br>Email: Misty@mpilawfirm.com<br>Bar Number: 193204<br>**Attorney for Debtor**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Lordon Enterprises, Inc.**<br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-19832-BR<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?    ☐ Yes   ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

| ☑ Schedule A/B | ☐ Schedule C | ☐ Schedule D | ☐ Schedule E/F | ☑ Schedule G |
|---|---|---|---|---|
| ☐ Schedule H | ☐ Schedule I | ☐ Schedule J | ☐ Schedule J-2 | ☐ Statement of Financial Affairs |
| ☐ Statement About Your Social Security Numbers | | ☐ Statement of Intention | | ☐ Master Mailing List |

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **11/19/2025**

_____
Donald J. Melching
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                Page 1                                F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor Name | **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Central** District of **California** (State) |
| Case number (If known): | **2:25-bk-19832-BR** |

☑ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Sunwest Bank | Checking account | 5 0 6 9 | $65,387.33 |
   | 3.2. | Sunwest Bank | Checking account | 5 0 4 2 | $113,349.91 |
   | 3.3. | Sunwest Bank | Checking account | 5 0 1 8 | $13,370.46 |
   | 3.4. | Sunwest Bank | Checking account | 5 0 3 4 | ($79,137.14) |
   | 3.5. | Sunwest Bank | Checking account | 5 0 5 0 | $6,194.07 |
   | 3.6. | Sunwest Bank | Checking account | 5 0 2 6 | $185.48 |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1 | Sunwest Bank | $326,157.97 |

5. **Total of Part 1**  $445,508.08
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

Debtor **Lordon Enterprises, Inc.**                                                                                   Case number *(if known)* **2:25-bk-19832-BR**
        Name

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **DJ Sky Park, LLC**                                                                                                                    $2,574.17

   7.2 **Ropart 1100, LP**                                                                                                                     $7,084.76

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____                                                                                _____

   8.2 _____                                                                                _____

9. **Total of Part 2**                                                                                                                         $9,658.93

   Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                                                           **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    **$524,015.18**    -    **$0.00**    =.....→                                               $524,015.18
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    =.....→                                             _____
                              face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                                                                                         $524,015.18

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____           _____           _____

    14.2 _____           _____           _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                           % of ownership:

Debtor  **Lordon Enterprises, Inc.**                                                   Case number *(if known)* **2:25-bk-19832-BR**
           Name

|     |     |     |     |
| --- | --- | --- | --- |
| 15.1. |  |  |  |
| 15.2. |  |  |  |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____

    16.2 _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- | --- | --- |

19. **Raw materials**

    _____    MM / DD / YYYY

20. **Work in progress**

    _____    MM / DD / YYYY

21. **Finished goods, including goods held for resale**

    _____    MM / DD / YYYY

22. **Other inventory or supplies**

    _____    MM / DD / YYYY

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor  **Lordon Enterprises, Inc.**                                    Case number *(if known)* **2:25-bk-19832-BR**
         Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

Debtor **Lordon Enterprises, Inc.**  Case number *(if known)* **2:25-bk-19832-BR**
　　　　Name

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Furniture & Equipment | $655,721.10 | | $31,050.64 |
| Leased Postage Machine - Covina | unknown | | unknown |
| Leased Copier Machine - Covina | unknown | | unknown |
| Billing Machine | unknown | | unknown |
| Leased Postage Machine - Camarillo | unknown | | unknown |
| Leased Copier Machine - Camarillo | unknown | | unknown |
| Leased Postage Machine - Irvine | unknown | | unknown |
| Leased Copier Machine - Irvine | unknown | | unknown |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1
    42.2
    42.3

43. **Total of Part 7**                                                                                        **$31,050.64**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor **Lordon Enterprises, Inc.**　　　　　　　　　　　　　　　　　　　　　Case number *(if known)* **2:25-bk-19832-BR**
　　　　Name

| | |
|---|---|
| 46. | **Does the debtor own or lease any machinery, equipment, or vehicles?** |
| | ☐ No. Go to Part 9. |
| | ☑ Yes. Fill in the information below. |

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2007 Cadillac Escalade** | $66,152.00 | Kelley Blue Book | $24,842.00 |
| 47.2  **2021 BMW** | $127,174.00 | Kelley Blue Book | $51,441.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

| | | |
|---|---|---|
| 51. | **Total of Part 8** | |
| | Add lines 47 through 50. Copy the total to line 87. | **$76,283.00** |

| | |
|---|---|
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** |
| | ☐ No |
| | ☑ Yes |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** |
| | ☑ No |
| | ☐ Yes |

**Part 9:**　　Real property

| | |
|---|---|
| 54. | **Does the debtor own or lease any real property?** |
| | ☐ No. Go to Part 10. |
| | ☑ Yes. Fill in the information below. |
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Lordon Enterprises, Inc.**                                                                                       Case number *(if known)* **2:25-bk-19832-BR**
         Name

| | | | |
|---|---|---|---|
| 55.1 **Commercial Lease - Headquarters /** 1275 Covina Court Drive Covina, CA 91724 | Lease | unknown | unknown |
| 55.2 **Commercial Lease - Irvine /** 17744 Sky Park Cir Ste 205 Irvine, CA 92614 | Lease | unknown | unknown |
| 55.3 **Commercial Lease - Camarillo /** 1100 Flynn Rd Ste 204 Camarillo, CA 93012-8741 | Lease | unknown | unknown |
| 55.4 **Commercial Lease - Storage Facility /** 5345 2nd St Baldwin Park, CA 91706 | Lease | unknown | unknown |

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| MyLordon.com | $3,900.00 | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **7**

Debtor **Lordon Enterprises, Inc.**  Case number *(if known)* **2:25-bk-19832-BR**
　　　　Name

| | | |
|---|---|---|
| **Goodwill Amortization - $22,958.46** | $108,750.00 | $0.00 |

66. **Total of Part 10**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　　Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 11:　All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____ _ _____ = → _____
    　　Total face amount　　　　doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____    Tax year _____    _____
    _____    Tax year _____    _____
    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    | | |
    |---|---:|
    | State Farm Fidelity Bond | $0.00 |
    | State Farm Office Policy | $0.00 |
    | State Farm Fire Policy | $0.00 |
    | Evanston E&O Insurance | $0.00 |
    | State Farm Health Policy | $0.00 |
    | Hudson Excess Employment Practice Liability | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  **Lordon Enterprises, Inc.**  Case number *(if known)* **2:25-bk-19832-BR**
      Name

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    Leasehold Improvements (Book Value)      $106,452.62

Amended    226 Property Management Agreements (See attached List)      unknown

78. **Total of Part 11**      $106,452.62
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Lordon Enterprises, Inc.**　　　　　　　　　　　　　　　　　　　Case number *(if known)* **2:25-bk-19832-BR**
　　　　Name

# Part 12:　Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $445,508.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,658.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $524,015.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,050.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $76,283.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $106,452.62 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $1,192,968.45 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. | | $1,192,968.45 |

Official Form 206A/B　　　　　　　　　　Schedule A/B: Assets — Real and Personal Property　　　　　　　　　　page **10**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Central** District of **California** (State) |
| Case number (If known): | **2:25-bk-19832-BR** Chapter **11** |

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease** | **BMW Bank of North America** |
| | | | **Po Box 78066** |
| | State the term remaining | **0 months** | **Phoenix, AZ 85062-8066** |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Copier Leases Agreement - 7330** | **Canon Financial Service** |
| | | | **14904 Collection Center Dr** |
| | State the term remaining | **28 months** | **Chicago, IL 60693-0149** |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease -Covina** | **D&G LLC Center Court** |
| | | | **1875 Rancho Tujunga** |
| | State the term remaining | **25 months** | **Covina, CA 91724** |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease -Storage** | **D&G LLC Center Court** |
| | | | **1875 Rancho Tujunga** |
| | State the term remaining | **0 months** | **Covina, CA 91724** |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Irvine** | **DJ Sky Park, LLC** |
| | | | **1230 Columbia St. Suite 1120** |
| | State the term remaining | **26 months** | **San Diego, CA 92101** |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of **3**

| Debtor | **Lordon Enterprises, Inc.** | Case number (if known) | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **226 Property Management Agreements** | **Multiple Property Management Agreements** |
| *Amended* | | **See attached redacted due to proprietary business information and confidential client information. List to be provided to U.S. Trustee** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining | **17 months** | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining | **7 months** | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine & Accessories (12/13/2021)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining | **16 months** | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine & Accessories (02/1/2022)** | **Pitney Bowes Financial** <br> **27 Waterview Dr** <br> **Shelton, CT 06484-4301** |
| | State the term remaining | **29 months** | |
| | List the contract number of any government contract | | |

Debtor **Lordon Enterprises, Inc.**  Case number (if known) **2:25-bk-19832-BR**
     Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Camarillo** | **Ropart, LP** |
| | | | **c/o Mooncrest Property** |
| | State the term remaining | **21 months** | **Po Box 719** |
| | List the contract number of any government contract | | **Camarillo, CA 93011-0719** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

|    | Term Expiration Date | Contract Number |
|----|----------------------|-----------------|
| 1  | 11/30/2026           | 7424            |
| 2  | 07/31/2026           | 7908            |
| 3  | 12/31/2025           | 8366            |
| 4  | 09/30/2026           | 6073            |
| 5  | 07/31/2026           | 8387            |
| 6  | 12/30/2025           | 6999            |
| 7  | 12/30/2025           | 7100            |
| 8  | 02/28/2026           | 6956            |
| 9  | 02/28/2026           | 8709            |
| 10 | 12/31/2025           | 8445            |
| 11 | 12/31/2025           | 7136            |
| 12 | 07/31/2026           | 8161            |
| 13 | 01/31/2026           | 5596            |
| 14 | 12/31/2025           | 7249            |
| 15 | 01/31/2026           | 5192            |
| 16 | 06/30/2026           | 7973            |
| 17 | 12/31/2025           | 8748            |
| 18 | 04/30/2026           | 7834            |
| 19 | 06/30/2026           | 5344            |
| 20 | 05/30/2026           | 7692            |
| 21 | 04/30/2026           | 7417            |
| 22 | 12/31/2025           | 8757            |
| 23 | 01/31/2026           | 6208            |
| 24 | 12/31/2025           | 5174            |
| 25 | 08/31/2026           | 5869            |
| 26 | 05/30/2026           | 6595            |
| 27 | 09/30/2026           | 8190            |
| 28 | 07/31/2026           | 6174            |
| 29 | 04/30/2026           | 7521            |
| 30 | 05/30/2026           | 7936            |
| 31 | 11/30/2026           | 5969            |
| 32 | 11/30/2026           | 7775            |
| 33 | 05/30/2026           | 6486            |
| 34 | 12/31/2025           | 8844            |
| 35 | 12/31/2025           | 7549            |
| 36 | 01/31/2026           | 5835            |
| 37 | 10/31/2026           | 8279            |
| 38 | 10/31/2026           | 6975            |
| 39 | 07/31/2026           | 6769            |
| 40 | 07/31/2026           | 8441            |
| 41 | 12/31/2025           | 8762            |
| 42 | 06/30/2026           | 7044            |
| 43 | 12/30/2025           | 8645            |

| 44 | 06/30/2026 | 6197 |
|---|---|---|
| 45 | 10/31/2026 | 7325 |
| 46 | 08/31/2026 | 6580 |
| 47 | 10/31/2026 | 7365 |
| 48 | 07/31/2026 | 6637 |
| 49 | 12/31/2025 | 8561 |
| 50 | 12/31/2025 | 7944 |
| 51 | 12/31/2025 | 6207 |
| 52 | 04/30/2026 | 5663 |
| 53 | 08/31/2026 | 7144 |
| 54 | 10/31/2026 | 8301 |
| 55 | 07/31/2026 | 5342 |
| 56 | 03/30/2026 | 7293 |
| 57 | 06/30/2026 | 6316 |
| 58 | 02/28/2026 | 5065 |
| 59 | 05/30/2026 | 8691 |
| 60 | 12/31/2025 | 5739 |
| 61 | 11/30/2026 | 6691 |
| 62 | 12/30/2025 | 8329 |
| 63 | 12/30/2025 | 5421 |
| 64 | 12/30/2025 | 6905 |
| 65 | 07/31/2026 | 8140 |
| 66 | 05/30/2026 | 6020 |
| 67 | 08/31/2026 | 6037 |
| 68 | 12/31/2025 | 7803 |
| 69 | 02/28/2025 | 7208 |
| 70 | 12/31/2025 | 6474 |
| 71 | 08/31/2026 | 6335 |
| 72 | 02/28/2026 | 5112 |
| 73 | 07/31/2026 | 6596 |
| 74 | 01/31/2026 | 8277 |
| 75 | 07/31/2026 | 6253 |
| 76 | 08/31/2026 | 5345 |
| 77 | 10/31/2026 | 6098 |
| 78 | 07/31/2026 | 6780 |
| 79 | 01/31/2026 | 5347 |
| 80 | 09/30/2026 | 7788 |
| 81 | 02/28/2026 | 5468 |
| 82 | 12/30/2025 | 7545 |
| 83 | 01/31/2026 | 6731 |
| 84 | 12/31/2025 | 5856 |
| 85 | 12/31/2025 | 7711 |
| 86 | 06/30/2026 | 8037 |
| 87 | 09/30/2026 | 6883 |

| | | |
|---|---|---|
| 88 | 06/30/2026 | 6339 |
| 89 | 04/30/2026 | 5827 |
| 90 | 12/31/2025 | 8799 |
| 91 | 12/31/2025 | 5886 |
| 92 | 06/30/2026 | 5413 |
| 93 | 03/31/2026 | 8914 |
| 94 | 12/31/2025 | 8000 |
| 95 | 12/31/2025 | 7951 |
| 96 | 08/31/2026 | 7425 |
| 97 | 12/31/2025 | 6601 |
| 98 | 01/31/2026 | 5175 |
| 99 | 06/30/2026 | 6455 |
| 100 | 09/30/2026 | 8447 |
| 101 | 04/30/2026 | 5803 |
| 102 | 09/30/2026 | 6262 |
| 103 | 02/28/2026 | 6651 |
| 104 | 02/28/2026 | 7677 |
| 105 | 08/31/2026 | 7696 |
| 106 | 10/31/2026 | 8547 |
| 107 | 09/30/2026 | 5771 |
| 108 | 04/30/2026 | 6437 |
| 109 | 12/31/2025 | 7012 |
| 110 | 12/31/2025 | 6757 |
| 111 | 09/30/2026 | 7241 |
| 112 | 12/31/2025 | 7846 |
| 113 | 08/31/2026 | 5965 |
| 114 | 12/31/2025 | 8376 |
| 115 | 01/31/2026 | 5206 |
| 116 | 12/31/2025 | 7164 |
| 117 | 09/30/2026 | 7182 |
| 118 | 02/28/2026 | 8781 |
| 119 | 02/28/2026 | 5640 |
| 120 | 12/31/2025 | 5105 |
| 121 | 12/31/2025 | 5609 |
| 121 | 07/31/2026 | 6474 |
| 122 | 08/31/2026 | 8915 |
| 123 | 08/31/2026 | 7179 |
| 124 | 10/31/2026 | 8032 |
| 125 | 07/31/2026 | 5254 |
| 126 | 07/31/2026 | 7639 |
| 127 | 06/30/2026 | 5285 |
| 128 | 06/30/2026 | 7282 |
| 129 | 03/31/2026 | 6452 |
| 130 | 12/31/2025 | 6571 |

| | | |
|---|---|---|
| 131 | 09/30/2026 | 6463 |
| 132 | 06/30/2026 | 7464 |
| 133 | 01/31/2026 | 7480 |
| 134 | 12/31/2025 | 5335 |
| 135 | 01/31/2026 | 7440 |
| 136 | 10/31/2026 | 5925 |
| 137 | 04/30/2026 | 5560 |
| 138 | 08/30/2026 | 5711 |
| 139 | 10/31/2026 | 8792 |
| 140 | 12/31/2025 | 8206 |
| 141 | 01/31/2026 | 7404 |
| 142 | 01/31/2026 | 7378 |
| 143 | 12/31/2025 | 7497 |
| 144 | 06/31/2026 | 7611 |
| 145 | 06/31/2026 | 8534 |
| 146 | 02/28/2026 | 7019 |
| 147 | 10/31/2026 | 6159 |
| 148 | 03/31/2026 | 7062 |
| 149 | 10/31/2026 | 6132 |
| 150 | 05/31/2026 | 6253 |
| 151 | 06/30/2026 | 9000 |
| 152 | 03/31/2026 | 6554 |
| 153 | 05/31/2026 | 5360 |
| 154 | 05/31/2026 | 5348 |
| 155 | 12/31/2025 | 6063 |
| 156 | 06/30/2025 | 5080 |
| 157 | 12/31/2025 | 5691 |
| 158 | 01/31/2026 | 5654 |
| 159 | 02/28/2026 | 7357 |
| 160 | 12/31/2025 | 7313 |
| 161 | 06/30/2025 | 6483 |
| 162 | 07/31/2026 | 8167 |
| 163 | 04/30/2026 | 7866 |
| 164 | 10/31/2026 | 8449 |
| 165 | 12/31/2025 | 7689 |
| 166 | 01/31/2026 | 5066 |
| 167 | 07/31/2026 | 7343 |
| 168 | 01/31/2026 | 5359 |
| 169 | 03/31/2026 | 8074 |
| 170 | 09/30/2026 | 5955 |
| 171 | 07/31/2026 | 6666 |
| 172 | 04/30/2026 | 8649 |
| 173 | 10/31/2026 | 7123 |
| 174 | 12/31/2025 | 8767 |

| | | |
|---|---|---|
| 175 | 02/28/2026 | 6373 |
| 176 | 05/30/2026 | 7965 |
| 177 | 07/31/2026 | 6993 |
| 178 | 09/30/2026 | 6906 |
| 179 | 02/28/2026 | 6221 |
| 180 | 08/31/2026 | 7221 |
| 181 | 10/31/2026 | 6996 |
| 182 | 02/28/2026 | 8573 |
| 183 | 09/30/2026 | 6174 |
| 184 | 04/30/2026 | 5307 |
| 185 | 04/30/2026 | 5021 |
| 186 | 05/30/2026 | 6364 |
| 187 | 08/31/2026 | 8149 |
| 188 | 12/31/2025 | 7750 |
| 189 | 05/30/2026 | 5834 |
| 190 | 12/31/2025 | 5095 |
| 191 | 12/31/2025 | 6072 |
| 192 | 10/31/2026 | 6824 |
| 193 | 11/30/2026 | 8270 |
| 194 | 09/30/2026 | 6445 |
| 195 | 05/30/2025 | 5362 |
| 196 | 12/31/2025 | 6720 |
| 197 | 05/30/2026 | 8582 |
| 198 | 04/30/2026 | 8508 |
| 199 | 05/30/2026 | 8340 |
| 200 | 03/31/2026 | 6829 |
| 201 | 11/30/2026 | 8760 |
| 202 | 12/30/2025 | 5151 |
| 203 | 12/30/2025 | 5067 |
| 204 | 02/28/2026 | 7328 |
| 205 | 02/28/2026 | 8168 |
| 206 | 02/28/2026 | 6981 |
| 207 | 05/30/2026 | 5247 |
| 208 | 11/30/2026 | 5913 |
| 209 | 04/30/2026 | 6450 |
| 210 | 02/28/2026 | 6427 |
| 211 | 03/31/2026 | 7929 |
| 212 | 05/30/2026 | 6839 |
| 213 | 04/30/2026 | 7586 |
| 214 | 02/28/2026 | 8683 |
| 215 | 02/28/2026 | 5256 |
| 216 | 05/30/2026 | 7903 |
| 217 | 02/28/2026 | 5710 |
| 218 | 02/28/2026 | 8222 |

| 219 | 04/30/2026 | 5071 |
|-----|------------|------|
| 220 | 07/31/2026 | 5890 |
| 221 | 02/28/2026 | 6719 |
| 222 | 11/30/2026 | 7621 |
| 223 | 06/30/2026 | 8856 |
| 224 | 03/31/2026 | 5288 |
| 225 | 07/31/2026 | 5678 |
| 226 | 08/31/2026 | 6098 |