Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Donalea Bauer |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Daughter of Owners |
| 3. Date when relationship with Debtor commenced: | 6/11/1959 |
| 4. Position title: | Vice President Operations |
| 5. Position Description: | Manage clients and employees |
| 6. Assigned Duties: | Manage clients and employees |
| 7. Date employed in current position: | 06/18/1977 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 60 |
| 10. Total amount of compensation and payment interval: | $5,500 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $11,000 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $132,000 |
| Loans: | |
| Perquisites (Specify): | $300,000 Year end bonus |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:  12/1/2025

Donald Melching

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

### NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | Brenton Bauer |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Grandson of Owners |
| 3. Date when relationship with Debtor commenced: | 9/3/1986 |
| 4. Position title: | Administration |
| 5. Position Description: | Consultant for health care options and health plan benefits |
| 6. Assigned Duties: | Review of Corporate officer health programs, review of proposal for medical plans and assist in corporate medical review. |
| 7. Date employed in current position: | Approx. 10 years |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | No set hours per week |
| 10. Total amount of compensation and payment interval: | $1,250 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $2,500 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $30,000 |
| Loans: | |
| Perquisites (Specify): | Year end bonus $50,000 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:  12/01/2025

Donald Melching

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX
Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

    Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1.  Name of Insider: | Chasen Bauer |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Grandson of Owners |
| 3.  Date when relationship with Debtor commenced: | 6/21/1989 |
| 4.  Position title: | Administration |
| 5.  Position Description: | Administrative work, Storage facilities work |
| 6.  Assigned Duties: | Administrative office, handles inventorying HOA storage, storage delivery and retrieval; picks up records from management companies for new account transitions |
| 7.  Date employed in current position: | Approx. 9 years |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9.  Number of hours worked per week: | 20-40/week |
| 10.  Total amount of compensation and payment interval: | $1,250 - (2x Month) |
| 11.  Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $2,500 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | 765.38 |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $30,000.00 |
| Loans: | |
| Perquisites (Specify): | Health Insurance - $9,184.56; Year end bonus $50,000 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:  12/01/2025

Donald Melching

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

## NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | David Bauer |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Son-in-Law of Owners |
| 3. Date when relationship with Debtor commenced: | 6/19/1977 |
| 4. Position title: | Budget Director |
| 5. Position Description: | Budget Management for HOAs |
| 6. Assigned Duties: | HOA Budgets |
| 7. Date employed in current position: | 6/19/1977 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 60 |
| 10. Total amount of compensation and payment interval: | $4,000 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $8,000 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | $4,363.41 |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $96,000 |
| Loans: | |
| Perquisites (Specify): | Family health insurance - $52,360.92 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:    12/01/2025

Donald Melching

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX
Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

## NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | Kenzington Melching |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Granddaughter of Owners |
| 3. Date when relationship with Debtor commenced: | 2/02/2007 |
| 4. Position title: | Administration |
| 5. Position Description: | Administrative assistant with secretarial and accounting departments |
| 6. Assigned Duties: | Processes invoices, types letters, types work orders, walkthough and filings. |
| 7. Date employed in current position: | June 2023 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | Varies depending on school requirements |
| 10. Total amount of compensation and payment interval: | $1,250 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $2,500 |
| Perquisites (total, detail below): | N/A |

INSIDER COMPENSATION (Page 1 of 2)

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $30,000 |
| Loans: | |
| Perquisites (Specify): | $50,000 Year end bonus |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:   12/01/2025

Donald Melching
Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

### NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | Lexington Melching |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Granddaughter of Owners |
| 3. Date when relationship with Debtor commenced: | 7/27/2008 |
| 4. Position title: | Administration |
| 5. Position Description: | Administrative |
| 6. Assigned Duties: | Copyroom, printing, mailroom, phone call, fliers, typing documents |
| 7. Date employed in current position: | June 2023 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | Varies depending on school schedule |
| 10. Total amount of compensation and payment interval: | $1,250 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $2,500 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $30,000 |
| Loans: | |
| Perquisites (Specify): | $50,000 Year end bonus |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: **12/01/2025**

Donald Melching

Print Name and Title of Authorized Agent for Debtor          Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| Misty Perry Isaacson, CA SBN 193204<br>SALVATO BOUFADEL, LLP<br>505 N. Tustin Avenue, Suite 282<br>Santa Ana, CA 92705<br>Telephone: (213) 423-0933<br>Email: misty@salvatoboufadel.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Lordon Enterprises, Inc.<br><br><div align="right">Debtor(s)</div> | Chapter 11 Case Number<br><br>2:25-bk-19832-BR |
|---|---|

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Lori Melching |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Daughter of Owners |
| 3. Date when relationship with Debtor commenced: | 11/15/1962 |
| 4. Position title: | Officer |
| 5. Position Description: | Administrative Office Manager/Oversees Maintenance Division |
| 6. Assigned Duties: | Handles/Assists with payroll, accounting, billing, calls, reimbursements, and data entry |
| 7. Date employed in current position: | 3/1/1985 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 40 |
| 10. Total amount of compensation and payment interval: | $4,000 - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $8,000 |
| Perquisites (total, detail below): | N/A |

| Revised September 2012 | INSIDER COMPENSATION (Page 1 of 2) | USTR16-12.0 |
|---|---|---|

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | $2,033.97 |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12.  Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13.  Date and amount of last increase in compensation: | N/A |
| 14.  Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15.  Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $96,000 |
| Loans: | |
| Perquisites (Specify): | Family health insurance - $24,407.64; Year end bounus $300,000 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:   **12/01/2025**

Donald Melching

Print Name and Title of Authorized Agent for Debtor        Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

<table>
<tr><td>

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

</td><td>

File with U.S. TRUSTEE Only

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Lordon Enterprises, Inc.<br><br>                                      Debtor(s) | Chapter 11 Case Number<br><br>2:25-bk-19832-BR |
|---|---|

| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |
|---|---|

| | |
|---|---|
| 1.  Name of Insider: | Kaitlyn Bauer |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Granddaughter of Owners |
| 3.  Date when relationship with Debtor commenced: | 5/26/1994 |
| 4.  Position title: | Administration |
| 5.  Position Description: | adminiatrive |
| 6.  Assigned Duties: | types minutes, newsletters, walkthroughs, other papwork |
| 7.  Date employed in current position: | |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9.  Number of hours worked per week: | approx 20 |
| 10.  Total amount of compensation and payment interval: | $1,250 - (2x Month) |
| 11.  Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $2,500 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | 30,000 |
| Loans: | |
| Perquisites (Specify): | $50,000 year end Bonus |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 11-13-25

Donald Melching

Print Name and Title of Authorized Agent for Debtor    Signature of Authorized Agent for Debtor

Don Melching   Pres         Don Melching

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:

   Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1.  Name of Insider: | Madison Bauer |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Granddaughter of Owners |
| 3.  Date when relationship with Debtor commenced: | 02/02/2000 |
| 4.  Position title: | Asst. to VP, Manager, and Human Resources |
| 5.  Position Description: | Asstit VP in duties; Manage HOAs, HR document filing/assistance, managen |
| 6.  Assigned Duties: | Manager to HOAs; Assist VP in Duties; HR Duties, manage communities |
| 7.  Date employed in current position: | 06/1/2023 |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9.  Number of hours worked per week: | 40 |
| 10.  Total amount of compensation and payment interval: | $3,695.75 - (2x Month) |
| 11.  Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $7,391.50 |
| Perquisites (total, detail below): | N/A |

Revised September 2012          **INSIDER COMPENSATION (Page 1 of 2)**          USTR16-12.0

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | 5/1/2025 - $1,000/month |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | 89,224.25 |
| Loans: | none |
| Perquisites (Specify): | $50,000 year end Bonus |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 11-13-25

Donald Melching

Print Name and Title of Authorized Agent for Debtor     Signature of Authorized Agent for Debtor

*Don Melching Pres*     *Don Melching*

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Attorney Name, Address, Telephone and FAX

Misty Perry Isaacson, CA SBN 193204
SALVATO BOUFADEL, LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, CA 92705
Telephone: (213) 423-0933
Email: misty@salvatoboufadel.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Lordon Enterprises, Inc.

Debtor(s)

Chapter 11 Case Number

2:25-bk-19832-BR

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Donald Melching |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | President |
| 3. Date when relationship with Debtor commenced: | 1966 |
| 4. Position title: | President |
| 5. Position Description: | Owner |
| 6. Assigned Duties: | oversee corporation, corporate documents, contracts, meeting with clients, etc. |
| 7. Date employed in current position: | 1966 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 40 |
| 10. Total amount of compensation and payment interval: | $1,500 Salary and $5,000 Distribution - (2x Month) |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $13,000 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | $3,736.56 |
| Life Insurance: | N/A |
| Business Expenses: | N/A |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | HOA Management Fees and income |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $13,000 p/month          $156,000 – ✱ |
| Loans: | |
| Perquisites (Specify): | Family health insurance - $44,838.72     435,591.00 2024 year end |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 11-13-25

Donald Melching

Print Name and Title of Authorized Agent for Debtor          Signature of Authorized Agent for Debtor

Don Melching Pres

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTING/INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/02/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Robert S McWhorter**    rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _12/02/2025_ | _Misty Perry Isaacson_ | _**/s/ Misty Perry Isaacson**_ |
| Date | Printed Name | Signature |

Salvato Boufadel
LLP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

LORDON ENTERPRISES, INC.

CASE NO: 2:25-bk-19832-BR

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 12/2/2025, I did cause a copy of the following documents, described below,

Notice of Setting/Increasing Insider Compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/2/2025

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204
Attorney for Debtor
Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA 92705
213-484-8400
misty@salvatoboufadel.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

LORDON ENTERPRISES, INC.

CASE NO: 2:25-bk-19832-BR

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 12/2/2025, a copy of the following documents, described below,

Notice of Setting/Increasing Insider Compensation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/2/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA  92705

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

OFFICE OF THE U.S. TRUSTEE
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

ALISON ARNOLD
508 OCEAN DRIVE
OXNARD, CA 93035

AMERICAN SOLUTIONS FOR
BUSINESS
8479 SOLUTIONS CTR
CHICAGO, IL 60677-8004

ASHLEY BOARDMAN
354 E ALGROVE ST
COVINA, CA 91723

AUDREY FAUCETTA
8762 CANDLEWOOD ST
RCH CUCAMONGA, CA 91730-1125

BMW BANK OF NORTH AMERICA
PO BOX 78066
PHOENIX, AZ 85062-8066

CANON FINANCIAL SERVICE
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

DARELYN KAUFMAN 1630 W
COVINA BLVD SPC 57
SAN DIMAS, CA 91773-3426

DEBRA GUZMAN 2256
LA SIERRA WAY
CLAREMONT, CA 91711

DELANA LOPEZ 133 N
LARK ELLEN AVE
WEST COVINA, CA 91790

DEXWELL, INC.
5962 LA PLACE CT
CARLSBAD, CA 92008

GMSR
6420 WILSHIRE BLVD STE 1100
LOS ANGELES, CA 90048

GOLF PROJECTS LINDERO,INC.
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403

JOANNE YOUNG
380 CAHUENGA DRIVE
OXNARD, CA 93035-4405

KARINA ALMEIDA
3685 N WOODHURST DR
COVINA, CA 91724-3367

KARISSA HARDY
434 SANTA CRUZ CIR
PORT HUENEME, CA 93041-3040

PAYCHEX
911 PANORAMA TRL S
ROCHESTER, NY 14625

PITNEY BOWES FINANCIAL
27 WATERVIEW DR
SHELTON, CT 06484-4301

ROPART, LP
C/O MOONCREST PROPERTY
PO BOX 719
CAMARILLO, CA 93011-0719

RUTH GALLARZO
844 SHERIDAN RD
SAN BERNARDINO, CA 92407

SUNWEST BANK 660
E. WATERTOWER ST.
MERIDIAN, ID 83642

TAMMY WHITACRE
12263 LA MIRADA BLVD
PMB 429
LA MIRADA, CA 90638-1329