GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
**SALVATO BOUFADEL, LLP**
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

Proposed General Counsel for
Debtor and Debtor-in-Possession
LORDON ENTERPRISES, INC.

## IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-19832-BR |
| LORDON ENTERPRISES, INC., | Chapter 11 |
|    Debtor and<br>   Debtor-in-Possession. | DECLARATION OF DONALD MELCHING IN SUPPORT OF INSIDER COMPENSATION REQUEST<br><br>[NO HEARING REQUIRED] |

## <u>DECLARATION OF DONALD MELCHING</u>

I, Donald Melching declare:

1. I am the President of the Debtor in the above-captioned Chapter 11 case.  I am authorized to submit this declaration in support of the Notice of Setting/Increasing Insider Compensation (UST Form USTR16-12.0) filed on behalf of the Debtor (the "Notice").  I have personal knowledge of the facts stated in this declaration and, if called as a witness could and would testify competently thereto.

2. In connection with the completion of Question No. 15 on the Notice, the Debtor disclosed all compensation, bonuses, perquisites, and other benefits received by insiders during the twelve months preceding the bankruptcy filing, including certain bonuses paid prepetition.

3.     The Debtor is not seeking approval of any of the prepetition bonuses or other compensation items disclosed in Question No. 15.  Those amounts are disclosed solely in compliance with the U.S. Trustee's reporting requirements.  The Debtor does not currently request authority to pay, reimburse, or otherwise compensate any insider for any such historical bonuses or benefits during the Chapter 11 case

4.     The only compensation for which the Debtor seeks approval at this time is the insider's ongoing monthly salaries, as listed in Questions Nos. 10-11 of the Notice, and the payment of health insurance premiums for those insiders whose health insurance coverage has historically been provided as part of their compensation package.  No other perquisites, bonuses, commissions, or discretionary payments are currently being requested.

5.     The proposed compensation is necessary to retain personnel who perform essential duties required for the Debtor's continued operations and its ability to reorganize successfully.

6.     Payment of the proposed salary and insurance premiums will be made from the Debtor's ordinary operating revenues, as identified in Question No. 12 of the Notice.

7.     The Debtor submits this declaration to ensure clarity that the request before the Court and the U.S. Trustee pertains *only* to ongoing postpetition salary and health-insurance premiums, and does not include any request to authorize payment of historical bonuses or other compensation previously paid during the prior twelve-month period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 5, 2025, at Covina, California.

Donald Melching

Salvato Boufadel, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DONALD MELCHING IN SUPPORT OF INSIDER COMPENSATION REQUEST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/05/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Robert S McWhorter**    rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/05/2025 | Misty Perry Isaacson | **/s/ Misty Perry Isaacson** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**