GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com

SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

Proposed General Counsel for
Debtor and Debtor-in-Possession
LORDON ENTERPRISES, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LORDON ENTERPRISES, INC.<br><br>        Debtor and<br>        Debor-in-Possession. | Case No. 2:25-bk-19832-BR<br><br>Chapter 11<br><br>**DEBTOR AND DEBTOR-IN-POSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF**<br><br>[Local Bankruptcy Rule 2014-1(b)]<br><br>[No hearing required, unless an objection is timely filed with the court and served upon the applicant.] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

**JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND TO**

**ALL PARTIES IN INTEREST:**

Lordon Enterprises, Inc., Debtor and Debtor-in-Possession herein (the "Debtor"), applies

to this Court for an order authorizing the employment of Armory Consulting Co. (the "Armory"),

as Debtor's financial advisor, effective as of December 3, 2025, pursuant to the provisions of

11 U.S.C. Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.  This

Application is made and based upon the within points and authorities, the declaration of James Wong ("<u>Wong Declaration</u>") and upon any additional evidence, both oral and documentary, that may be presented to the Court at or before the hearing on this Application, should any be held. The Debtor respectfully represents as follows:

1.      The Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code on November 3, 2025, in the Central District of California, Los Angeles Division.

2.      The Applicant is the Debtor and Debtor-in-Possession in this Chapter 11 case.

3.      The Debtor desires to employ Armory as his financial advisor effective as of December 3, 2025.

4.      Armory will render services to Debtor at Armory's hourly rates, which may be subject to adjustment in the future.

<b><u>Qualifications of Armory</u></b>

5.      Armory is a financial advisory firm located in Irvine, California, which provides financial restructuring, insolvency, and corporate reorganization services, and is well qualified to represent Debtor in proceedings of this nature.

6.      Armory's principal responsible for rendering services to the Debtor is James Wong. A statement of his qualifications is attached to the Wong Declaration as **Exhibit "A"** and is incorporated herein by this reference.  He may be assisted by other professionals at Armory, as necessary.  The professionals who comprise Armory have a thorough understanding of the restructuring process and have substantial experience advising constituents in Chapter 11, including debtors, shareholders, lenders, and creditor committees.

<b><u>Services to be Rendered</u></b>

7.      Subject to further order of this Court, Armory is expected to provide the following services which will not overlap, or in any manner, duplicate any services rendered by Debtor's counsel:

a.      Provide strategic financial guidance to prepare and assist the Company through its bankruptcy;

b.      Manage reporting requirements pertaining to the Bankruptcy Court and the

U.S. Trustee's office, including (as applicable) Schedules and Statement of Financial Affairs, monthly operating reports, 7-Day Package, and cash flow projections;

c.    Manage preparation of periodic cash flow forecasts (i.e., 13 weeks or similar), long term financial projections, and variance analysis, as needed;

d.    Assist with negotiating and serving as a liaison between the Company and its creditors or their representatives;

e.    Assist with the projections in developing a plan of reorganization;

f.    Prepare the liquidation analysis;

g.    Assist with preparing a valuation and/or appraisal of the Company's business and/or assets;

h.    Evaluate the rejection of any executory contracts and unexpired leases;

i.    Assist in the evaluation and analysis of avoidance actions and causes of action;

j.    Provide testimony, including deposition testimony, before the Bankruptcy Court on matters within Armory's expertise and consistent with Armory's scope of services herein;

k.    Oversee analysis of creditors' claims; and

l.    Provide additional services as may be mutually agreed upon in writing between Company and Armory.

### No Adverse Interest and Disclosure of Connections

8.    Prior to being retained by the Debtor, Armory submitted the names of the Debtor's Creditors, Members and Officers for review in Armory's conflict database system.

9.    Armory maintains and systematically updates its conflict check system in the regular course of business, and it is the regular practice of Armory to make and maintain these records. Based on a review of the conflict check results of the submitted list Creditors, Members, and Officers Armory does not hold or represent any interest adverse to the creditors herein or the bankruptcy estate, and Armory is a "disinterested person" as that term is defined in § 101(14) of

the Bankruptcy Code.  Also, to the best of Mr. Wong's knowledge, Armory has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.  Moreover,

- Armory has not received any lien or other interest in property of the Debtor or of a third party to secure payment of Armory's fees or expenses incurred in this case.

- Armory is not a creditor, an equity security holder, or an insider of the Debtor.

- Armory does not have any previous connection with any insider of the Debtor or any insider of an insider of the Debtor.

- Armory is not and was not an investment banker for any outstanding security of the Debtor.  Armory has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of any security of the Debtor.

- Neither Armory nor any member of Armory is, nor was, within two years before the Petition Date, a director, officer, or employee of the Debtor or of any investment banker for any security of the Debtor.

- As set forth in the annexed Wong Declaration, to the best of Mr. Wong's knowledge, Armory does not hold or represent any interest adverse to the interest of the Debtor's estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

The Debtor submits that its proposed employment of Armory is in the best interests of the Debtor's estate.

### Professional Compensation

10.    Subject to Court approval in accordance with §330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to Armory on an hourly basis,

plus reimbursement of actual, necessary expenses and other charges incurred by Armory.  As set forth above, James Wong will be the professional at Armory primarily responsible for providing financial advisory services to the Debtor; he will be assisted by other professionals at Armory, as necessary.  Mr. Wong's normal billing rate is $625.00 per hour for insolvency and related advisory services.  To the extent any of Armory's staff are needed to render services for matters, their rates are $475.00 to $575.00 per hour.

11.    The Debtor desires to employ Armory with reasonable fees to be determined by the Court.  No compensation will be paid to Armory except as ordered by the Court pursuant to any approved interim compensation procedures or upon application to, and approval by, the Court after notice and a hearing.  Armory has not received any retainers from the Debtor.

12.    Armory maintains time sheets and billing records in connection with its representation of the Debtor.

13.    The hourly rates set forth above are Armory's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate Armory for the work of its members and to cover fixed and routine overhead expenses. It is Armory's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mileage reimbursement, parking, tolls, and postage.  Armory will charge the Debtor for these expenses in a manner and at rates consistent with charges made to Armory's other clients.

14.    It is contemplated that Armory will seek interim compensation during the case, and final compensation at the conclusion of the case, as permitted by §§ 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  Armory understands that its compensation in this case is subject to the prior approval of the Court, after notice and a hearing, in accordance with §§ 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the United States Trustee Guidelines. There is no agreement between Armory and any other entity for the sharing of compensation received or to be received for services rendered in connection with the case, except among the members of Armory.

15.    Armory intends to apply to this Court for compensation in conformity with

Bankruptcy Code §§ 330 and 331 and understands that its compensation will be subject to the approval of the Court.

16.    To the best of Debtor's knowledge, and based upon the Wong Declaration, neither Armory nor any of the advisors comprising or employed by it, have any connection with the United States Trustee, or any person employed in the office of the United States Trustee, Debtor, Debtor's accountant, Debtor's creditors, any other party in interest, or its respective attorneys or accountants.

17.    Armory is a disinterested person within the meaning of 11 U.S.C. § 101(14). Furthermore, Armory does not have an interest adverse to Debtor's estate in accordance with 11 U.S.C. §327.

18.    None of the advisors comprising or employed by Armory is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee.

**WHEREFORE**, Debtor prays that the Court enter its Order as follows:

Authorizing Debtor, based upon the foregoing and pursuant to 11 U.S.C. §327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ Armory as his financial advisor effective as of the Petition Date, with compensation to be in accordance with the terms set forth herein; and

Granting such other and further relief as the Court deems just and appropriate.

**Donald Melching**

By: _____
Its: Chief Executive Officer

6

Respectfully presented by:
**ARMORY CONSULTING CO.**


By: _____
    James Wong
[Proposed] Financial Advisor for
Debtor and Debtor-in-Possession


Submitted by:

**SALVATO BOUFADEL LLP**


By: /s/ Misty Perry Isaacson
    Gregory M. Salvato
    Joseph Boufadel
    Misty Perry Isaacson

    Proposed Attorneys for
    Debtor and Debtor-in-Possession

## DECLARATION OF JAMES WONG

I, James Wong, declare and state:

1.     I am the principal of Armory Consulting Co. ("Armory") and am authorized to and make this declaration on behalf of Armory.[1]  I make this declaration in support of the Application for an order authorizing the Debtor to employ Armory as his financial advisor, effective as of December 3, 2025.  I have personal knowledge of the facts stated herein, and if called upon to testify to such facts, I could and would testify competently thereto.

2.     Armory is a corporate turnaround and management consulting firm that provides financial restructuring, operational turnaround, secured and unsecured creditor advisory, and investigative accounting services.  Armory is comprised of financial advisors who specialize in insolvency, bankruptcy and corporate reorganization and is well qualified to represent Debtor in proceedings of this nature.

3.     I will be the professional at Armory primarily responsible for providing financial advisory services to the Debtor and will be assisted by other professionals at Armory, as necessary. A copy of my resume is attached hereto as Exhibit "A" and is incorporated herein by this reference.   My standard billing rate is $625.00 per hour for insolvency and related advisory services.  To the extent any of Armory's staff are needed to render services, their rates shall be $475.00 to $575.00 per hour.

4.     Debtor requires the services of Armory to render the following types of professional services, which will not overlap, or in any manner, duplicate any services rendered by Debtor's counsel:

    a.   Provide strategic financial guidance to prepare and assist the Company through its bankruptcy;

    b.   Manage reporting requirements pertaining to the Bankruptcy Court and the U.S. Trustee's office, including (as applicable) Schedules and Statement of Financial Affairs, monthly operating reports, 7-Day Package, and cash flow projections;

    c.   Manage preparation of periodic cash flow forecasts (i.e., 13 weeks or similar), long

---

[1]  Capitalized terms not defined herein shall have the meaning set forth in the Application.

term financial projections, and variance analysis, as needed;

d. Assist with negotiating and serving as a liaison between the Company and its creditors or their representatives;

e. Assist with the projections in developing a plan of reorganization;

f. Prepare the liquidation analysis;

g. Assist with preparing a valuation and/or appraisal of the Company's business and/or assets;

h. Evaluate the rejection of any executory contracts and unexpired leases;

i. Assist in the evaluation and analysis of avoidance actions and causes of action;

j. Provide testimony, including deposition testimony, before the Bankruptcy Court on matters within Armory's expertise and consistent with Armory's scope of services herein;

k. Oversee analysis of creditors' claims; and

l. Provide additional services as may be mutually agreed upon in writing between Company and Armory.

5.      Armory intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 330 and 331 and understands that its compensation will be subject to the approval of the Court.

6.      Armory has not received any retainers from the Debtor.

7.      To the best of Debtor's knowledge, neither Armory nor any of the advisors comprising or employed by it, have any connection with the United States Trustee, or any person employed in the office of the United States Trustee, Debtor, Debtor's accountant, Debtor's creditors, any other party in interest, or its respective attorneys or accountants.

8.      Armory is a disinterested person within the meaning of 11 U.S.C. § 101(14). Furthermore, Armory does not have an interest adverse to Debtor's estate in accordance with 11 U.S.C. §327.

9.      At the conclusion of this case, Armory will file an appropriate application seeking final allowance of all fees and costs, regardless of whether interim compensation has been paid to

Armory.  Upon allowance of such fees and costs, the Debtor will pay to Armory the difference between the amounts allowed to Armory and any interim compensation paid to Armory.  I understand and agree that, if aggregate interim payments made to Armory exceed the amount that is ultimately allowed to Armory, Armory will be required to, and will, promptly repay to the Debtor such difference.

10.    It is Armory's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mileage reimbursement, parking, tolls, and postage.  Armory will charge the Debtor for these expenses in a manner and at rates consistent with charges made generally to Armory's other clients.

11.    None of the advisors comprising or employed by Armory is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee.

12.    To the best of my knowledge, none of the advisors comprising or employed by Armory is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED December 3, 2025, at Irvine, California.

James Wong

- 3 -

# James Wong

3943 Irvine Blvd., #253, Irvine, CA 92602

(714) 222-5552 phone

jwong@armoryconsulting.com

www.armoryconsulting.com

## Summary of Qualifications

James is the founding principal of Armory Consulting Co., which provides corporate restructuring and related professional services. He has over 25 years of financial advisory and turnaround management experience, including crisis management, organizational redesign, debtor, and creditor advisory, trustee, receiverships, expert witness, and forensic accounting. James has provided court testimony via in-person, video, deposition, and declaration on numerous occasions across most in-court clients.

He has represented numerous debtors, unsecured creditors committees, and sponsors of capital in special situations. He has been appointed as a plan agent or plan trustee, board member, and advisor in various bankruptcy, assignment for benefit of creditors, and distressed-situation matters. His related experiences include start-up company business plan development, financial forecasting, valuations, and investment banking.

James has represented numerous plaintiffs in PAGA-related class action matters to assess ability-to-pay.

He has been appointed as interim Chief Restructuring Officer, CEO, CFO, Receiver, and Assignee of a variety of companies in a multitude of industries.

## Selected Industry/ Category Experience

| | | | |
|---|---|---|---|
| Agriculture | Distribution | Manufacturing | Retail, Brick & Mortar |
| Aerospace | Food/ Beverage | Media/ Entertainment | Retail, Online |
| Automotive | Gaming/ Hospitality | Not-For-Profit | Start-Ups/ Technology |
| Boating | Healthcare/ Fitness | Real Estate | Toy |
| Cannabis | Import/ Export | Restaurant | Transportation |
| Construction | Individuals | Solar | Trucking |

## Prior Employment

Grant Thornton- Restructuring Services, Director

XRoads Solutions Group, Director

KPMG- Corporate Recovery, Manager

Merrill Lynch

## Education

Stanford University, Graduate School of Business, M.S.

UCLA, B.A.

## Presentations/ Panels/ Awards

*Expert Webcast*, Panelist – "Essential Personal, Corporate and Valuation Planning for Business Owners During the Global Crisis," March 2020

*ABI, Deal of the Year Award- Asset Sale, Honorable Mention,* Playhut's Sale to Basic Fun*,* 2018

*Bankruptcy Finance for Lawyers*, Wage Justice Center, February 2018

*Small Enough to Fail Bankruptcy Blog* – "What 2017 May Bring for the Restructuring Community", February 2017

*Bank Webinar* – "Fishy Business- Reflections on Detecting Potential Indicators of Mismanagement, Accounting Irregularities and other Borrower Misconduct," May 2014

*Special Assets Management Association* – "Retaining Bankruptcy Professionals," May 2010

*American Trucking Association* – "Trucking Industry: Survival Mode," October 2009

*Grant Thornton Symposium for Not-For-Profit Executives* – "Board Governance and Survival Strategies in Today's Turbulent Times," March 2009

## Interviews/ Media Mentions

James has been quoted, referenced or authored in a variety of mainstream and trade publications for his various casework, including the following: *Wall Street Journal; Daily Bankruptcy Review; Bloomberg; Turnaround Management Association; LA Times; LA Business Journal; Orange County Register; Orange County Business Journal; Reuters; Speedboat Magazine; Trailer Body Builders; Autotransporte (Mexico); Undercurrent News; Intrafish News; Apparel News; Fashion Week Daily; PR Newswire, The Hollywood Reporter, and Variety, among others.*

## Professional Memberships/ Certifications

National Association of Federal Equity Receivers

American Bankruptcy Institute

Turnaround Management Association

Certified Turnaround Professional (2020)

## Community Involvement

USC, Viterbi School of Engineering, ISE 460, *Guest Lecturer*, 2017-2018

Cal State University, Dominguez Hills, Entrepreneurship Institute, *Guest Lecturer*, 2018

Concordia University, Teen Entrepreneurship Academy, *Mentor Volunteer*, 2017

Stanford University, Orange County Chapter, *Advisory Board member*, 2010 - 2012

Clean Tech Open, *Business Plan Mentor and Advisor*, 2010-2011

## Other

Can operate forklifts, skid steers, and excavators, and tow heavy equipment.

**James Wong**

**Addendum- Selected Representative Matters**

| Client Name | Case # or Client Type | Industry/ Sector | Role(s) [1] |
|---|---|---|---|
| Siella Medical | 25-12139 MH (SubV) | Healthcare, medical devices | Financial Advisor |
| Best Cheer Stone | 25-11344 SC (SubV) | Construction | Financial Advisor |
| Fiberco | 25-10912 SY (SubV) | Construction | Financial Advisor |
| Yukon | 25-10880 BR | Real estate | Financial Advisor |
| Project Malta | Dissolution | Gaming | Fiduciary |
| United Fiber | 24-16470 SY | Construction | UCC's FA |
| Professional Parts Group | ABC | Transportation, auto parts | Assignee |
| Project Winery | Restructure/Operate | Food & bev, winery | CRO |
| Project Trucking | Lender/ Advisory | Transportation | Financial Advisor |
| Ms. Burke | 24-14882 BB (SubV) | Individual (furniture) | Financial Advisor |
| Sunmeadows | 24-11012 TA | Real estate, residential | Financial Advisor |
| Modus Systems | 24-10655 SC | Commercial restroom technology | CRO |
| Heycart, Inc. | 24-10483 TA | Kitchenware, online retailer | Financial Advisor |
| Victory Products | 24-10111 TA (SubV) | Apparel, wholesale | Financial Advisor |
| Mr. Chavez | 24-10030 SC (SubV) | Individual (family litigation) | Financial Advisor |
| B&B 4365 Ohio St., LLC | 23-03488 MM | Real estate, condominiums | CRO |
| Ben Nye Co. | 24-11857 DS (SubV) | Beauty & wellness, cosmetics | Financial Advisor |
| Mr. Casden | 23-16904 BR | Individual | Financial Advisor |
| Twenty Fifty, LLC | 23-11778 SC | Real estate, office bldg. | Financial Advisor |
| Hart Co. | 23-11937 SC (SubV) | Healthcare, medical software | Financial Advisor |
| Grocer | Refinance/ Restructure | Retail, grocery chain | Management Consultant |
| Pilot Auto | Refinance/ Restructure | Transportation, auto parts | Management Consultant |
| Tru Grit | 22-14320 ABL | Fitness, gym equipment | CRO |
| Fanjoy | 23-57565 PWB | Retail, online influencer | Receiver |
| Fragrant Jewels | ABC | Beauty & wellness, candles | Assignee |
| Pureform Global | ABC | Cannabis | Assignee |
| D2D Imports/ Virgin Scent | ABC | Beauty & wellness, PPE | Assignee |
| Palms Golf Club | 23-12125 RB | Golf club | Financial Advisor |
| HCI | ABC | Construction, telecom | Assignee |
| CircleUp | Business Consulting | Retail, various | Management Consultant |
| Laundry Los Angeles | ABC | Commercial laundry | Assignee |
| Project Motion | Business Consulting | Fitness center chain | Management Consultant |
| Harvest King Trading | ABC | Seafood distributor/ importer | Assignee's FA |
| Better 4 You Breakfast | 22-10994 BB | Food & bev, school meals | CRO |
| Project Microwave | Business Consulting | Tech.- border surveillance | Financial Advisor |
| Technical Marketing Assoc. | M&A | Wholesale footwear | Management Consultant |

[1]  All roles represent the Debtor/ company/ individual, unless otherwise noted.  CRO = Chief Restructuring Officer.
FA = financial advisor.  UCC = Unsecured Creditors Committee.

EXHIBIT A

| James Wong | | | |
| --- | --- | --- | --- |
| **Addendum- Selected Representative Matters** | | | |
| | | | |
| **Client Name** | **Case # or Client Type** | **Industry/ Sector** | **Role(s) [1]** |
| Figueroa Mountain Brewing | 20-11208 MB | Food & bev, brewery | CRO |
| J.H. Bryant, Jr. Inc. | 21-12463 ER (SubV) | Construction, retail | Financial Advisor |
| Mr. Butler | 21-10458 BR (SubV) | Individual (printing) | Financial Advisor |
| Verano Recovery | 21-14127 BB (SubV) | Land developer | Financial Advisor |
| Horizon Communications | 22-10260 ES | Telecom cabling distributor | Financial Advisor |
| Acceler8 Real Estate Group | 22-00165 CS | Real estate | Financial Advisor |
| Coto Invest., dba O'Cairns | 20-11239 DS | Hotel | Financial Advisor |
| Jaguar Distribution | 20-11358 MB | Independent film distributor | FA/CRO |
| On Target | ABC | Construction, telecom | Assignee's FA |
| Mr. Kamell | 20-10269 TA | Individual (lawyer) | Financial Advisor |
| Upgrade Labs | 20-15422 BB (SubV) | Fitness, lifestyle | Financial Advisor |
| Quality Reimbursement Svcs | 19-20918 WB | Healthcare, litigation services | Financial Advisor |
| John B. Rudy Co. | Refinance/ Restructure | Telecom cabling distributor | Financial Advisor |
| Playhut | 18-15972 WB | Children's toy distributor | FA/CRO |
| Ruby's Franchise Systems | 18-13324 CB | Restaurant chain | Financial Advisor |
| Project Lithography | 18-11454 SK | Commercial printing | Financial Advisor |
| Avery Land Group | 16-14995 AL | Land developer | CRO |
| Triumph Group | Business Consulting | Aerospace parts supplier | Management Consultant |
| Project Emaciation | Business Consulting | Real estate, office bldg/ moving | Management Consultant |
| Pac Anchor | 17-18213 ER | Transportation, trucking | UCC's FA |
| Sof'ella Foods | Business Consulting | Food & bev | Management Consultant |
| Goodwill, SOLAC | Business Consulting | Retail, thrift stores, 501c3 | Interim CFO services |
| Pacific 9 Transportation | 16-11202 MW | Transportation, trucking | UCC's FA |
| Quantum Fuel Systems | 16-11202 MW | Transportation, CNG | Debtor's FA |
| Kitson | ABC | Retail, apparel | CRO/CFO |
| Nuquest International | 15-16017 CB | Effectuate Chapter 7 liquidation | CRO |
| AVT | 15-14464 MW | Retail, vending machines | UCC's FA |
| Project Red Herring | Refinance/ Restructure | Seafood distributor/ importer | Management Consultant |
| Ennis Adversary Proceedings | 13-01108 | Real estate developer | Expert Witness |
| Project Negrete | Business Consulting | Construction | Financial Advisor |
| Royal Dining Catering | 14-11024 VK | Food & bev, school meals | CRO |
| Project Art Framing | Business Consulting | Wholesale art & framing | Management Consultant |
| Martifer Solar USA | 14-10355 AL | Commercial solar engineering | Financial Advisor |
| Mirage Bottling | 12-35770 ER | Water bottling | CRO |
| Dr. Rodriguez, DDS | 13-02156 MM | Healthcare, dental practice | Financial Advisor |
| Genus Home Care | 12-30788 MJ | Healthcare, home health | Chapter 11 Trustee's FA |

[1] All roles represent the Debtor/ company/ individual, unless otherwise noted. CRO = Chief Restructuring Officer.
FA = financial advisor. UCC = Unsecured Creditors Committee.

EXHIBIT A

**James Wong**

**Addendum- Selected Representative Matters**

| Client Name | Case # or Client Type | Industry/ Sector | Role(s) [1] |
|---|---|---|---|
| Yihe | 13-6278 FFM | Seafood distributor/ importer | Receiver |
| Global Vision | Business Consulting | Food & bev | Management Consultant |
| Bottled Water Media | 12-24815 WJ | Water bottling | CFO |
| Project Maya | Business Consulting | Movie theater chain | Board Member |
| Project SAT | Business Consulting | College preparation tutoring | Management Consultant |
| The Bergman Companies | Business Consulting | Construction, GC | Management Consultant |
| Bluescape | 13-00313 CL | Individual (meteorology) | Financial Advisor |
| TL Fabrications, LP | 11-61549 BB | Construction/ fabrications sub | Financial Advisor |
| Bethel & Corinthian | 11-11180 GM | Healthcare, nursing homes | UCC's FA |
| Dr. Rosen | 09-34595 SB | Individual (healthcare) | UCC's FA |
| Mr. Catlin | 09-43616 C | Individual (real estate) | UCC's FA |
| Pressure Sentinel | Start-Up | Transportation, start-up | Management Consultant |
| Eliminator Custom Boats | 14-19226/ 10-35393 DS | Transportation, speedboat mfg | UCC's FA. Debtor's CEO. |
| Mssrs. Reynen & Bardis | 08-25145/ 08-34878 | Individuals (home builder/ land) | UCC's FA |
| Cupertino Square Mall, LLC | 08-54897 | Real estate, 1.2MM sq ft mall | Financial Advisor |
| Pomare, aka Hilo Hattie | 08-01448 | Retail, gen merch/ apparel | Financial Advisor |
| Project Evergreen | N/A | Retail, gaming | Receiver's FA (Canada) |
| Project Blow Mold | N/A | Water bottling | Receiver |
| Ms. Fu | 09-22699 TA | Individual (furniture wholesaler) | Financial Advisor |
| Project Mills | M&A | Transportation, auto parts | Management Consultant |
| Project SoCool | Start-Up | Transportation, start-up | Management Consultant |
| Fresh Choice | 04-54318 ASW | Restaurant chain | Financial Advisor |
| Winn-Dixie | 05-11063 | Retail, grocery chain | Financial Advisor |
| Project Charleston | Refinance/ Restructure | Aquarium, 501c3 | Financial Advisor |
| Transit Group | 01-12820 KSJ | Transportation, trucking | UCC's FA |
| Daewoo Motor America | 02-24411 SB | Transportation, auto importer | Financial Advisor |
| Aladdin | 01-20141 | Hotel, gaming | Financial Advisor |
| CIMM'S (Burger King) | 01-32272 ES | Restaurant chain franchisee | UCC's FA |
| Fruehauf Trailer (FdM subsid.) | 96-0163 | Transportation, trucking | General Manager |
| Comprehensive Care Corp. | Reorg/ Restructure | Healthcare, hospitals | Management |
| Private Equity Fund | Investment Advisory | Municipality (County of Orange) | Financial Analyst |
| Greyhound Lines | Refinance/ Restructure | Transportation, bus | Financial Analyst |

[1]  All roles represent the Debtor/ company/ individual, unless otherwise noted.  CRO = Chief Restructuring Officer.
FA = financial advisor.  UCC = Unsecured Creditors Committee.

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION; DEBTOR AND DEBTOR-IN-POSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/10/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Robert S McWhorter**    rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/10/2025 | Misty Perry Isaacson | **/s/ Misty Perry Isaacson** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

LORDON ENTERPRISES, INC.

CASE NO: 2:25-bk-19832-BR

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 12/10/2025, I did cause a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION

DEBTOR AND DEBTOR-INPOSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/10/2025

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204
Attorney for Debtor
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA 92705
213-484-8400
misty@salvatoboufadel.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

LORDON ENTERPRISES, INC.

CASE NO: 2:25-bk-19832-BR

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 12/10/2025, a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION

DEBTOR AND DEBTOR-INPOSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS
FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of
Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/10/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA  92705

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
0973-2
CASE 2:25-BK-19832-BR
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
TUE NOV 18 09:53:20 PST 2025

ALEX TRONCOSO
360 E. ORLANDO WAY APT N
COVINA, CA 91723-3008

AMERICAN SOLUTIONS FOR BUSINESS
8479 SOLUTIONS CTR
CHICAGO, IL 60677-8004

BETHANY ALVARDO
152 N. VISTA BONITA AVE. APT. 5
COVINA, CA 91722

CHRISTINA GEORGE
2195 SCENIC RIDGE DR
CHINO HILLS, CA 91709-1008

COX BUSINESS
PO BOX 1259
OAKS, PA 19456-1259

DANIELLE LAPENA
2210 CANTERBURY LN
LA HABRA, CA 90631-6315

DELANA LOPEZ
133 N LARK ELLEN AVE
WEST COVINA, CA 91791-1324

DIANNE CONTRERAS
1108 S GLENVIEW RD
WEST COVINA, CA 91791-3523

FAITH CAMPERSON
2170 SONORA ST
POMONA, CA 91767-2413

LORDON ENTERPRISES, INC.
1275 CENTER COURT DR
COVINA, CA 91724-3602

ALISON ARNOLD
508 OCEAN DR
OXNARD, CA 93035-4640

AUDREY FAUCETTA
8762 CANDLEWOOD ST
REH CUCAMONGA, CA 91730-1125

CANNON FINANCIAL SERVICE
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

CHRISTINA SALGADO
4637 N TRUJILLO DR
COVINA, CA 91722-2444

D&G LLC CENTER COURT
1875 RANCHO TUJUNGA
COVINA, CA 91724-3546

DARELYN KAUFMAN
1630 W COVINA BLVD SPC 57
SAN DIMAS, CA 91773-3426

DENIS WILKINS
807 DOROTHEA RD
LA HABRA, CA 90631-8109

EYDA CARDENAS
924 E RANCHCREEK RD
COVINA, CA 91724-3651

FRANCESCA SANCHEZ
622 E PUENTE ST
COVINA, CA 91723-2824

LOS ANGELES DIVISION
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012-3332

AMBER MCGEACHY
1220 W SAN BERNARDINO RD APT 134
COVINA, CA 91722-3563

BMW BANK OF NORTH AMERICA
PO BOX 78066
PHOENIX, AZ 85062-8066

CENTRAL COMMUNICATIONS
PO BOX 95117
CHICAGO, IL 60694-5117

CITI CARDS
PO BOX 790046
SAINT LOUIS, MO 63179-0046

DJ SKY PARK, LLC
1230 COLUMBIA ST. SUITE 1120
SAN DIEGO, CA 92101-8536

DEBRA GUZMAN
2256 LA SIERRA WAY
CLAREMONT, CA 91711-1510

DEXELL, INC.
5962 LA PLACE CT
CARLSBAD, CA 92008-8807

EYE MED
4000 LUXOTTICA PL
MASON, OH 45040-8114

GAIL DIAZ DE SARKISIAN
280 N OAKLAND AVE
PASADENA, CA 91101-8600

GOLF PROJECTS LINDERO, INC.
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403-3060

JANE FREEMAN
7101 YARMOUTH AVE
RESEDA, CA 91335-4835

KAISER FOUNDATION
PO BOX 741562
LOS ANGELES, CA 90074-1567

KRISTINE CONCEPCION
1441 PASO REAL AVE SPC 200
ROWLAND HGHTS, CA 91748-2157

MADISON BAUER
1870 RANCHO TUJUNGA DR
COVINA, CA 91724-3545

PACIFIC COURIER
11135 RUSH ST STE A
S EL MONTE, CA 91733-3520

PITNEY BOWES PRESORT SERVICES, LLC
10110 I ST
OMAHA, NE 68127-1129

ROPAT LP
C/O MOONCREST PROP. CO.
PO BOX 719
CAMARILLO, CA 93011-0719

SUNWEST BANK
660 E. WATERTOWER ST.
MERIDIAN, ID 83642-6286

TANUNY WHITACRE
12263 LA MIRADA BLVD PMB 429
LA MIRADA, CA 90638-1329

GUADALUPE RUBALCAVA
326 S BACKTON AVE
LA PUENTE, CA 91744-5702

JENNIFER BRYANT
1205 CYPRESS ST SPC 215
SAN DIMAS, CA 91773-3525

KARINA ALMEIDA
3685 N WOODHURST DR
COVINA, CA 91724-3367

KRUSCHEN, DOUGLAS
P.O. BOX 465
MSC: F5D9T3B7X4K
AGOURA HILLS, CA 91376

MICHELLE SOTO
2142 S SAN ANTONIO AVE
ONTARIO, CA 91762-6355

PAN JANITORIAL
PO BOX 4283
LA PUENTE, CA 91747-4283

RACHEL KOSCIELNIAK
625 BURDICK DR
POMONA, CA 91768

SABRINA NAVARRO
20687 AMAR RD APT 2-330
WALNUT, CA 91789-5044

SUSAN MATSUNE
921 CRYSTAL WATER LN
WALNUT, CA 91789-1465

U.S. TRUSTEE
LOS ANGELES DIVISION
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES, CA 90017-3560

ICW GROUP
PO BOX 31001
PASADENA, CA 91110-3421

JOY BIO
358 TOWNSITE PROMENADE APT 205
CAMARILLO, CA 93010-7879

KARISSA HARDY
434 SANTA CRUZ CIR
PORT HUENEME, CA 93041-3040

MPI LAW, P.C.
505 N TUSTIN AVE STE 282
SANTA ANA, CA 92705-3712

NORDSTROM CARD
PO BOX 6555
ENGLEWOOD, CO 80155-6555

PITNEY BOWES FINANCIAL
27 WATERVIEW DR
SHELTON, CT 06484-4361

RAE FRAUSTO
453 FAXINA AVE
LA PUENTE, CA 91744-6167

STEPHANEY KNIGHT
10029 S NORWOOD AVE
TULSA, OK 74137-5538

TANUNY RUSSELL
1331 E THACKERY AVE
WEST COVINA, CA 91790-4345

UNITED CONCORDIA DENTAL
PO BOX 31001
PASADENA, CA 91110-0001

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017-3560

YVONNE HERENDEZ
1960 SANTA LUCIA AVE.
OXNARD, CA 93030-5504

VERIZON BUSINESS CELL PHONE
PO BOX 489
NEWARK, NJ 07101-0489

ZOOM COMMUNICATIONS
55 ALMADEN BLVD# 6
SAN JOSE, CA 95113-1612

WYLLIE ALMEIDA
3977 ARROW WOOD RD
SN BERNRDNO, CA 92407-8962

MISTY A PERRY ISAACSON MPI LAW, P.C.
505 N. TUSTIN
SUITE 282
SANTA ANA, CA 92705-3712