| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory M. Salvato, CA SBN 126285<br>gsalvato@salvatoboufadel.com<br>Misty Perry Isaacson, CA SBN 193204<br>misty@salvatoboufadel.com<br>Joseph Boufadel, CA SBN 267312<br>jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL, LLP<br>505 N. Tustin Ave., Suite 282<br>Santa Ana, California 92705<br>Tel: (213) 484-8400<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LORDON ENTERPRISES, INC. | CASE NO.: 2:25-bk-19832-BR<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s). | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s)  LORDON ENTERPRISES, INC. DEBTOR AND DEBTOR-IN-POSESSION                                    ,
   filed a motion or application (Motion) entitled  Debtor and Debtor-in-Possession's Application to Employ Armory
   Consulting Co. as Financial Advisor and Declaration of James Wong in Support Thereof                              .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☒  The full Motion is attached to this notice; or

   ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*           Page 1           F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

    a.   If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

    b.   If you fail to comply with this deadline:

        (1)   Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

        (2)   Movant will lodge an order that the court may use to grant the Motion; and

        (3)   The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 12/09/2025

/s/ Misty Perry Isaacson
Signature of Movant or attorney for Movant

Misty Perry Isaacson
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION; DEBTOR AND DEBTOR-IN-POSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/10/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **Ron Maroko**     ron.maroko@usdoj.gov
- **Robert S McWhorter**     rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/2025 | Misty Perry Isaacson | /s/ Misty Perry Isaacson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LORDON ENTERPRISES, INC. | CASE NO: 2:25-bk-19832-BR<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 12/10/2025, I did cause a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION

DEBTOR AND DEBTOR-INPOSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/10/2025

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204
Attorney for Debtor
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA 92705
213-484-8400
misty@salvatoboufadel.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LORDON ENTERPRISES, INC. | CASE NO: 2:25-bk-19832-BR<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 12/10/2025, a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION

DEBTOR AND DEBTOR-INPOSSESSION'S APPLICATION TO EMPLOY ARMORY CONSULTING CO. AS FINANCIAL ADVISOR AND DECLARATION OF JAMES WONG IN SUPPORT THEREOF

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
MPI LAW, P.C.; Of Counsel Salvato Boufadel, LLP
505 N. Tustin Ave., Suite 282
Santa Ana, CA  92705

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
LABEL MATRIX FOR LOCAL NOTICING          ALEX TRONCOSO                         AMERICAN SOLUTIONS FOR BUSINESS
0973-2                                   360 E. ORLANDO WAY APT N              8479 SOLUTIONS CTR
CASE 2:25-BK-19832-BR                    COVINA, CA 91723-3008                 CHICAGO, IL 60677-8004
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
TUE NOV 18 09:53:20 PST 2025


BETHANY ALVARDO                          CHRISTINA GEORGE                      COX BUSINESS
152 N. VISTA BONITA AVE. APT. 5          2195 SCENIC RIDGE DR                  PO BOX 1259
COVINA, CA 91722                         CHINO HILLS, CA 91709-1008            OAKS, PA 19456-1259


DANIELLE LAPENA                          DELANA LOPEZ                          DIANNE CONTRERAS
2210 CANTERBURY LN                       133 N LARK ELLEN AVE                  1108 S GLENVIEW RD
LA HABRA, CA 90631-6315                  WEST COVINA, CA 91791-1324            WEST COVINA, CA 91791-3523


FAITH CAMPERSON                          LORDON ENTERPRISES, INC.              ALISON ARNOLD
2170 SONORA ST                           1275 CENTER COURT DR                  508 OCEAN DR
POMONA, CA 91767-2413                    COVINA, CA 91724-3602                 OXNARD, CA 93035-4640


AUDREY FAUCETTA                          CANNON FINANCIAL SERVICE              CHRISTINA SALGADO
8762 CANDLEWOOD ST                       14904 COLLECTION CENTER DR            4637 N TRUJILLO DR
REH CUCAMONGA, CA 91730-1125             CHICAGO, IL 60693-0149                COVINA, CA 91722-2444


D&G LLC CENTER COURT                     DARELYN KAUFMAN                       DENIS WILKINS
1875 RANCHO TUJUNGA                      1630 W COVINA BLVD SPC 57             807 DOROTHEA RD
COVINA, CA 91724-3546                    SAN DIMAS, CA 91773-3426              LA HABRA, CA 90631-8109


EYDA CARDENAS                            FRANCESCA SANCHEZ                     LOS ANGELES DIVISION
924 E RANCHCREEK RD                      622 E PUENTE ST                       255 EAST TEMPLE STREET
COVINA, CA 91724-3651                    COVINA, CA 91723-2824                 LOS ANGELES, CA 90012-3332


AMBER MCGEACHY                           BMW BANK OF NORTH AMERICA             CENTRAL COMMUNICATIONS
1220 W SAN BERNARDINO RD APT 134         PO BOX 78066                          PO BOX 95117
COVINA, CA 91722-3563                    PHOENIX, AZ 85062-8066                CHICAGO, IL 60694-5117


CITI CARDS                               DJ SKY PARK, LLC                      DEBRA GUZMAN
PO BOX 790046                            1230 COLUMBIA ST. SUITE 1120          2256 LA SIERRA WAY
SAINT LOUIS, MO 63179-0046               SAN DIEGO, CA 92101-8536              CLAREMONT, CA 91711-1510
```

DEXELL, INC.
5962 LA PLACE CT
CARLSBAD, CA 92008-8807

EYE MED
4000 LUXOTTICA PL
MASON, OH 45040-8114

GAIL DIAZ DE SARKISIAN
280 N OAKLAND AVE
PASADENA, CA 91101-8600

GOLF PROJECTS LINDERO, INC.
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403-3060

JANE FREEMAN
7101 YARMOUTH AVE
RESEDA, CA 91335-4835

KAISER FOUNDATION
PO BOX 741562
LOS ANGELES, CA 90074-1567

KRISTINE CONCEPCION
1441 PASO REAL AVE SPC 200
ROWLAND HGHTS, CA 91748-2157

MADISON BAUER
1870 RANCHO TUJUNGA DR
COVINA, CA 91724-3545

PACIFIC COURIER
11135 RUSH ST STE A
S EL MONTE, CA 91733-3520

PITNEY BOWES PRESORT SERVICES, LLC
10110 I ST
OMAHA, NE 68127-1129

ROPAT LP
C/O MOONCREST PROP. CO.
PO BOX 719
CAMARILLO, CA 93011-0719

SUNWEST BANK
660 E. WATERTOWER ST.
MERIDIAN, ID 83642-6286

TANUNY WHITACRE
12263 LA MIRADA BLVD PMB 429
LA MIRADA, CA 90638-1329

GUADALUPE RUBALCAVA
326 S BACKTON AVE
LA PUENTE, CA 91744-5702

JENNIFER BRYANT
1205 CYPRESS ST SPC 215
SAN DIMAS, CA 91773-3525

KARINA ALMEIDA
3685 N WOODHURST DR
COVINA, CA 91724-3367

KRUSCHEN, DOUGLAS
P.O. BOX 465
MSC: F5D9T3B7X4K
AGOURA HILLS, CA 91376

MICHELLE SOTO
2142 S SAN ANTONIO AVE
ONTARIO, CA 91762-6355

PAN JANITORIAL
PO BOX 4283
LA PUENTE, CA 91747-4283

RACHEL KOSCIELNIAK
625 BURDICK DR
POMONA, CA 91768

SABRINA NAVARRO
20687 AMAR RD APT 2-330
WALNUT, CA 91789-5044

SUSAN MATSUNE
921 CRYSTAL WATER LN
WALNUT, CA 91789-1465

U.S. TRUSTEE
LOS ANGELES DIVISION
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES, CA 90017-3560

ICW GROUP
PO BOX 31001
PASADENA, CA 91110-3421

JOY BIO
358 TOWNSITE PROMENADE APT 205
CAMARILLO, CA 93010-7879

KARISSA HARDY
434 SANTA CRUZ CIR
PORT HUENEME, CA 93041-3040

MPI LAW, P.C.
505 N TUSTIN AVE STE 282
SANTA ANA, CA 92705-3712

```
NORDSTROM CARD                        PITNEY BOWES FINANCIAL                RAE FRAUSTO
PO BOX 6555                           27 WATERVIEW DR                       453 FAXINA AVE
ENGLEWOOD, CO 80155-6555              SHELTON, CT 06484-4361                LA PUENTE, CA 91744-6167




STEPHANEY KNIGHT                      TANUNY RUSSELL                        UNITED CONCORDIA DENTAL
10029 S NORWOOD AVE                   1331 E THACKERY AVE                   PO BOX 31001
TULSA, OK 74137-5538                  WEST COVINA, CA 91790-4345            PASADENA, CA 91110-0001




UNITED STATES TRUSTEE (LA)            YVONNE HERENDEZ                       VERIZON BUSINESS CELL PHONE
915 WILSHIRE BLVD, SUITE 1850         1960 SANTA LUCIA AVE.                 PO BOX 489
LOS ANGELES, CA 90017-3560            OXNARD, CA 93030-5504                 NEWARK, NJ 07101-0489




ZOOM COMMUNICATIONS                   WYLLIE ALMEIDA                        MISTY A PERRY ISAACSON MPI LAW, P.C.
55 ALMADEN BLVD# 6                    3977 ARROW WOOD RD                    505 N. TUSTIN
SAN JOSE, CA 95113-1612               SN BERNRDNO, CA 92407-8962            SUITE 282
                                                                            SANTA ANA, CA 92705-3712
```