GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
   Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

Proposed General Counsel for
Debtor and Debtor-in-Possession
LORDON ENTERPRISES, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-19832-BR |
| LORDON ENTERPRISES, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | STIPULATION AUTHORIZING PARTIAL ALLOWANCE OF INSIDER COMPENSATION AND EXTENSION OF DEADLINE FOR OBJECTION TO NOTICE OF SETTING INSIDER COMPENSATION |
| | [No Hearing Required] |

This Stipulation for Partial Allowance of Insider Compensation and Extension of Deadline for Objection to Notice of Setting Insider Compensation ("Stipulation") is entered into between Lordon Enterprises, Inc. ("Debtor") and Golf Projects Lindero, Inc. ("GPL").

## RECITALS

A.    Debtor commenced the above captioned chapter 11 case on November 3, 2025, by filing a voluntary petition for relief under chapter 11 of title 11 of the United

States Code (the "Petition Date").

B.  On December 2, 2025, Debtor filed Notices Setting Insider Compensation (the "Notices") of the following insiders:

| Name of Insider | Monthly Compensation (Paid twice a month) | Monthly Health Insurance Premiums |
|---|---|---|
| 1. Donalea Bauer | $11,000 | |
| 2. Brenton Bauer | $2,500 | |
| 3. Chasen Bauer | $2,500 | $765.38 |
| 4. David Bauer | $8,000 | $4,363.41 |
| 5. Kenzington Melching | $2,500 | |
| 6. Lexington Melching | $2,500 | |
| 7. Lori Melching | $8,000 | $2,033.97 |
| 8. Kaitlyn Bauer | $2,500 | |
| 9. Madison Bauer | $7,391.50 | |
| 10. Donald Melching | $13,000 | $3,736.56 |

C.  Debtor and GPL have agreed to a partial allowance of compensation of certain insiders subject to the terms and conditions set forth herein.

## STIPULATION

1.  **Recitals.** The parties acknowledge and agree that the foregoing recitals are included solely for purposes of background and context to this Stipulation. The recitals shall not be deemed to constitute admissions by any party and shall not be construed to have independent legal effect except to the extent expressly incorporated into the operative provisions of this Stipulation.

2.  **Allowed Compensation.** Subject to the terms of this Stipulation, GPL consents to the Debtor's partial allowance of insider compensation as follows:

    a.  The Debtor shall be authorized to pay fifty percent (50%) of insider salaries identified in the Notices that have accrued since the Petition Date; provided,

1 however, that Brenton Bauer shall not be entitled to receive any post-petition salary at this
2 time.
3       b.    Beginning with the next pay period (December 31, 2025), Lori
4 Melching and Chasen Bauer shall be compensated by Debtor solely for the hours they
5 perform services for the Debtor. To the extent the Lori Melching or Chasen Bauer incur
6 additional compensation attributable to services performed for Tri-Mark Construction
7 going forward, Tri-Mark Construction shall pay such compensation directly to Lori
8 Melching and Chasen Bauer, and shall not reimburse the Debtor for any such salaries paid
9 by the Debtor.
10       c.    The Debtor shall be authorized to pay the health care premiums for
11 those insiders identified in the Notices as eligible for such coverage.
12     3.    <u>Reservation of Rights to Object</u>. Notwithstanding the parties' Stipulation to
13 the partial allowance of certain insider compensation, GPL reserves all rights to further
14 object to the Notices, and the deadline for asserting any such objections is extended to
15 January 7, 2026.
16     4.    <u>Binding Effect</u>. Upon execution by all parties hereto, the Stipulation shall be
17 effective retroactively as of the Petition Date.
18     5.    <u>Amendment</u>. This Stipulation may be amended only by writing signed by or
19 on behalf of GPL and the Debtor.
20     6.    <u>Counterparts</u>. This Stipulation may be executed in any number of
21 counterparts, each of which when so executed and delivered shall be an original but all of
22 which shall together constitute one and the same agreement. Electronic signatures
23 transmitted by facsimile or email transmission shall be deemed equivalent to original
24 signatures.
25 ///
26 ///
27 ///
28

Salvato Boufadel LLP

Stipulation Authorizing Partial Allowance of    -3-    *In re Lordon Enterprises, Inc., Debtor.*
Insider Compensation                                   Chapter 11 Case No.2:25-bk-19832-BR

7. <u>Retention of Jurisdiction</u>.  This Court shall retain jurisdiction to enforce the terms of this Stipulation.

Dated:  December 23, 2025

SALVATO BOUFADEL, LLP

/s/ Misty Perry Isaacson

_____

Misty Perry Isaacson, Attorneys for Lordon Enterprises, Inc.

Dated: December __23___, 2025

BG LAW, LLP

_____

Steven T. Gubner
Jessica Bagdanov, Attorneys for Golf Projects Lindero, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION AUTHORIZING PARTIAL ALLOWANCE OF INSIDER COMPENSATION AND EXTENSION OF DEADLINE FOR OBJECT TO NOTICE OF SETTIGN INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/23/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **Eamon Jafari**     jafari@barringtonlegal.com, gould@barringtonlegal.com
- **Ron Maroko**     ron.maroko@usdoj.gov
- **Robert S McWhorter**     rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/23/2025 | Misty Perry Isaacson | /s/ Misty Perry Isaacson |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                             F 9013-3.1.PROOF.SERVICE