| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **MPI Law, P.C.**<br>**Misty  Perry Isaacson**<br>**of Counsel Salvato Boufadel, LLP**<br>**505 N Tustin Ave Ste 282**<br>**Santa Ana, CA 92705**<br>**Phone: (714) 541-6072 ext. 2**<br>**Email: Misty@mpilawfirm.com**<br>**Bar Number: 193204**<br>**Attorney for Debtor**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Lordon Enterprises, Inc.**<br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-19832-BR<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website  www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added?   ☑ Yes   ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☐ Master Mailing List

☐ Other (**specify**) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:   **01/17/2026**

_____
Donald J. Melching
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify the case:**

Debtor Name **Lordon Enterprises, Inc.**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (If known): **2:25-bk-19832-BR**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** | | | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Sunwest Bank | Checking account | 5 0 6 9 | $65,387.33 |
| 3.2. | Sunwest Bank | Checking account | 5 0 4 2 | $113,349.91 |
| 3.3. | Sunwest Bank | Checking account | 5 0 1 8 | $13,370.46 |
| 3.4. | Sunwest Bank | Checking account | 5 0 3 4 | ($79,137.14) |
| 3.5. | Sunwest Bank | Checking account | 5 0 5 0 | $6,194.07 |
| 3.6. | Sunwest Bank | Checking account | 5 0 2 6 | $185.48 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | Sunwest Bank | | | $326,157.97 |
| --- | --- | --- | --- | --- |

5. **Total of Part 1** | | | | **$445,508.08** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* 2:25-bk-19832-BR |
|---|---|---|
| | Name | |

---

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **DJ Sky Park, LLC**     $2,574.17

7.2 **Ropart 1100, LP**     $7,084.76

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.     $9,658.93

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| 11a. 90 days old or less: | $524,015.18 | - | $0.00 | =....➔ | $524,015.18 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | _____ | - | _____ | =....➔ | |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $524,015.18

---

| **Part 4:** | **Investments** |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ |
|---|---|---|
| 14.2 | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership:

---

Debtor    **Lordon Enterprises, Inc.**_____    Case number *(if known)* **2:25-bk-19832-BR**_____
          Name

15.1._____   _____   _____   _____

15.2._____   _____   _____   _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1  _____   _____   _____

16.2  _____   _____   _____

17.    **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.    **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

23.    **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24.    **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor    **Lordon Enterprises, Inc.**
Name

Case number *(if known)* **2:25-bk-19832-BR**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* **2:25-bk-19832-BR** |
|---|---|---|
| | Name | |

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| | _____ | | _____ |
| **40.** **Office fixtures** | | | |
| | _____ | | _____ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Furniture & Equipment** | $655,721.10 | | $31,050.64 |
| **Leased Postage Machine - Covina** | unknown | | unknown |
| **Leased Copier Machine - Covina** | unknown | | unknown |
| **Billing Machine** | unknown | | unknown |
| **Leased Postage Machine - Camarillo** | unknown | | unknown |
| **Leased Copier Machine - Camarillo** | unknown | | unknown |
| **Leased Postage Machine - Irvine** | unknown | | unknown |
| **Leased Copier Machine - Irvine** | unknown | | unknown |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.  →  $31,050.64

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* __2:25-bk-19832-BR__ |
|---|---|---|
| | Name | |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2007 Cadillac Escalade** | $66,152.00 | Kelley Blue Book | $24,842.00 |
| 47.2 **2021 BMW** | $127,174.00 | Kelley Blue Book | $51,441.00 |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.  Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| | |
|---|---|
| **51.  Total of Part 8**<br>Add lines 47 through 50. Copy the total to line 87. | $76,283.00 |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Lordon Enterprises, Inc.**
_____
Name

Case number *(if known)* **2:25-bk-19832-BR**

| | | | |
|---|---|---|---|
| 55.1 **Commercial Lease - Headquarters** / 1275 Covina Court Drive Covina, CA 91724 | Lease | unknown | unknown |
| 55.2 **Commercial Lease - Irvine** / 17744 Sky Park Cir Ste 205 Irvine, CA 92614 | Lease | unknown | unknown |
| 55.3 **Commercial Lease - Camarillo** / 1100 Flynn Rd Ste 204 Camarillo, CA 93012-8741 | Lease | unknown | unknown |
| 55.4 **Commercial Lease - Storage Facility** / 5345 2nd St Baldwin Park, CA 91706 | Lease | unknown | unknown |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| MyLordon.com | $3,900.00 | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* **2:25-bk-19832-BR** |
|---|---|---|
| | Name | |

| **Goodwill Amortization - $22,958.46** | **$108,750.00** | | **$0.00** |
|---|---|---|---|

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

> **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---
**Part 11:**    **All other assets**
---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = → _____
                            Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

| **State Farm Fidelity Bond** | **$0.00** |
|---|---|
| **State Farm Office Policy** | **$0.00** |
| **State Farm Fire Policy** | **$0.00** |
| **Evanston E&O Insurance** | **$0.00** |
| **State Farm Health Policy** | **$0.00** |
| **Hudson Excess Employment Practice Liability** | **$0.00** |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Lordon Enterprises, Inc.**

Name

Case number *(if known)* **2:25-bk-19832-BR**

---

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Leasehold Improvements (Book Value)**                                          $106,452.62

**226 Property Management Agreements (See attached List)**                        unknown

**Non transferrable Sunwest Bank Credit for payment of third party expenses that provide services to Debtor and managed HOAs (Expiration 02/2026)**         $1,923,876.65

78. **Total of Part 11**                                                         $2,030,329.27

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Lordon Enterprises, Inc.**
Name                                                    Case number *(if known)* **2:25-bk-19832-BR**

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $445,508.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,658.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $524,015.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,050.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $76,283.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................... ➡ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,030,329.27 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $3,116,845.10 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $3,116,845.10 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lordon Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | **2:25-bk-19832-BR** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

  Adriana Ramirez

  c/o The Westmoreland Firm, P.C.

  609 Deep Valley Dr Ste 200

  Palos Verdes Peninsula, CA 90274

Date or dates debt was incurred   **01/27/2025**

Last 4 digits of account number   **_ C J C**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

  Alex Troncoso

  360 E. Orlando Way Apt N

  Covina, CA 91723

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** **$1,816.72**

---

**3.3** Nonpriority creditor's name and mailing address

  Alison Arnold

  508 Ocean Dr

  Oxnard, CA 93035

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** **$3,132.05**

---

**3.4** Nonpriority creditor's name and mailing address

  Ally Eberhard

  585 E Washington Blvd Apt 7

  Pasadena, CA 91104-2221

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number   ____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** **$1,391.46**

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span> **Additional Page**

---

**3.5** | Nonpriority creditor's name and mailing address

**Amber McGeachy**

**1220 W San Bernardino Rd Apt 134**

**Covina, CA 91722-3563**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$1,243.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**American Solutions for Business**

**8479 Solutions Ctr**

**Chicago, IL 60677-8004**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$11,459.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Paper Products**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Amy Cristiano**

**19 Rising Hill Rd**

**Pomona, CA 91766-4960**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$1,402.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Ashley Boardman**

**354 E Algrove St**

**Covina, CA 91723-2608**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$3,708.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.9
**Nonpriority creditor's name and mailing address**

**Audrey Faucetta**

**8762 Candlewood St**

**Rch Cucamonga, CA 91730-1125**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,832.76

---

### 3.10
**Nonpriority creditor's name and mailing address**

**Bethany Alvardo**

**152 N. Vista Bonita Ave. Apt. 5**

**Covina, CA 91722**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,011.89

---

### 3.11
**Nonpriority creditor's name and mailing address**

**BMW Bank of North America**

**Po Box 78066**

**Phoenix, AZ 85062-8066**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vehicle Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,894.72

---

### 3.12
**Nonpriority creditor's name and mailing address**

**Canon Financial Service**

**14904 Collection Center Dr**

**Chicago, IL 60693-0149**

Date or dates debt was incurred    **12/15/2022**

Last 4 digits of account number    **7   3   3   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Copier Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,956.13

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,131.98
| **Carmen Gonzalez** | *Check all that apply.*
| | ☐ Contingent
| **4817 N Bonnie Cove Ave** | ☐ Unliquidated
| **Covina, CA 91724-1648** | ☐ Disputed
| | **Basis for the claim:** **Wages**
| Date or dates debt was incurred    **10/31/2025** | **Is the claim subject to offset?**
| Last 4 digits of account number   —— —— —— —— | ☑ No
| | ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **Cellco Partnership d/b/a Verizon Wireless** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 489** | ☐ Unliquidated
| **Newark, NJ 07101** | ☐ Disputed
| | **Basis for the claim:** **Cell Phone Service**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   —— —— —— —— | ☑ No
| | ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **Central Communications** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 95117** | ☐ Unliquidated
| **Chicago, IL 60694-5117** | ☐ Disputed
| | **Basis for the claim:** **Answering Service**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   —— —— —— —— | ☑ No
| | ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,757.09
| **Christina George** | *Check all that apply.*
| | ☐ Contingent
| **2195 Scenic Ridge Dr** | ☐ Unliquidated
| **Chino Hills, CA 91709-1008** | ☐ Disputed
| | **Basis for the claim:** **Wages**
| Date or dates debt was incurred    **10/31/2025** | **Is the claim subject to offset?**
| Last 4 digits of account number   —— —— —— —— | ☑ No
| | ☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.17

**Nonpriority creditor's name and mailing address**

**Christina Salgado**

**4637 N Trujillo Dr**

**Covina, CA 91722-2444**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $1,191.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.18

**Nonpriority creditor's name and mailing address**

**Chyanne Rodriguez**

**1735 E Francisquito Ave Apt 18**

**West Covina, CA 91791-3865**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $1,349.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.19

**Nonpriority creditor's name and mailing address**

**Citi Cards**

**PO Box 790046**

**Saint Louis, MO 63179**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.20

**Nonpriority creditor's name and mailing address**

**Cox Business**

**Po Box 1259**

**Oaks, PA 19456-1259**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Internet service**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.21** | Nonpriority creditor's name and mailing address

**D&G LLC Center Court**

**1875 Rancho Tujunga**

**Covina, CA 91724**

Date or dates debt was incurred       **11/1/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                      $21,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Corporate Office**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**D&G LLC Center Court**

**1875 Rancho Tujunga**

**Covina, CA 91724**

Date or dates debt was incurred       **11/1/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                      $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Storage Facility**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Danielle Lapena**

**2210 Canterbury Ln**

**La Habra, CA 90631-6315**

Date or dates debt was incurred       **10/31/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                      $2,138.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Darelyn Kaufman**

**1630 W Covina Blvd Spc 57**

**San Dimas, CA 91773-3426**

Date or dates debt was incurred       **10/31/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                      $3,131.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Lordon Enterprises, Inc.** | | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,315.17 |
|---|---|---|
| **Debra Guzman** | ☐ Contingent | |
| **2256 La Sierra Way** | ☐ Unliquidated | |
| **Claremont, CA 91711** | ☐ Disputed | |
| | **Basis for the claim:**  Wages | |
| Date or dates debt was incurred    10/31/2025 | Is the claim subject to offset? | |
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.07 |
|---|---|---|
| **Debra Webb** | ☐ Contingent | |
| **1749 W Holt Ave Unit 103** | ☐ Unliquidated | |
| **Pomona, CA 91768** | ☐ Disputed | |
| | **Basis for the claim:**  Wages | |
| Date or dates debt was incurred    10/31/2025 | Is the claim subject to offset? | |
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,327.60 |
|---|---|---|
| **Delana Lopez** | ☐ Contingent | |
| **133 N Lark Ellen Ave** | ☐ Unliquidated | |
| **West Covina, CA 91790** | ☐ Disputed | |
| | **Basis for the claim:**  Wages | |
| Date or dates debt was incurred    10/31/2025 | Is the claim subject to offset? | |
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.05 |
|---|---|---|
| **Denis Wilkins** | ☐ Contingent | |
| **807 Dorothea Rd** | ☐ Unliquidated | |
| **La Habra, CA 90631** | ☐ Disputed | |
| | **Basis for the claim:**  Wages | |
| Date or dates debt was incurred    10/31/2025 | Is the claim subject to offset? | |
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.29

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,365.05 |
|---|---|---|
| **Desiree Zabala** | *Check all that apply.* | |
| | ☐ Contingent | |
| **1829 E Workman Ave Apt 23** | ☐ Unliquidated | |
| **West Covina, CA 91791** | ☐ Disputed | |
| | **Basis for the claim:** **Wages** | |
| Date or dates debt was incurred    **10/31/2025** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No | |
| | ☐ Yes | |

### 3.30

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $228,000.00 |
|---|---|---|
| **Dexwell, Inc.** | *Check all that apply.* | |
| | ☐ Contingent | |
| **5962 La Place Ct** | ☐ Unliquidated | |
| **Carlsbad, CA 92008-8807** | ☐ Disputed | |
| | **Basis for the claim:** **Software** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No | |
| | ☐ Yes | |

### 3.31

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.91 |
|---|---|---|
| **Deziree Arevala** | *Check all that apply.* | |
| | ☐ Contingent | |
| **19550 E Cienega Ave Apt 4** | ☐ Unliquidated | |
| **Covina, CA 91724-4001** | ☐ Disputed | |
| | **Basis for the claim:** **Wages** | |
| Date or dates debt was incurred    **10/31/2025** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No | |
| | ☐ Yes | |

### 3.32

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.03 |
|---|---|---|
| **Diane Cisneros** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2526 Delco Ave** | ☐ Unliquidated | |
| **S El Monte, CA 91733-2138** | ☐ Disputed | |
| | **Basis for the claim:** **Wages** | |
| Date or dates debt was incurred    **10/31/2025** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No | |
| | ☐ Yes | |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> **Additional Page**

---

**3.33** Nonpriority creditor's name and mailing address

**Dianne Contreras**

**1108 S Glenview Rd**

**West Covina, CA 91791-3523**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,070.97

---

**3.34** Nonpriority creditor's name and mailing address

**DJ Sky Park, LLC**

**1230 Columbia St. Suite 1120**

**San Diego, CA 92101**

Date or dates debt was incurred    **11/1/2025**

Last 4 digits of account number    **2   0   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Irvine**

Is the claim subject to offset?
☑ No
☐ Yes

$2,426.40

---

**3.35** Nonpriority creditor's name and mailing address

**Don and Gloria Melching**

**1875 Rancho Tujunga Dr**

**Covina, CA 91724**

Date or dates debt was incurred    **11/03/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$75,000.00

---

**3.36** Nonpriority creditor's name and mailing address

**Dondra Antoni**

**10832 Red Bluff Rd**

**Ventura, CA 93004-3437**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,257.64

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

**Donnie Muldrow**

**c/o Ike Eric Orjiakor**

**15260 Ventura Blvd Ste 1200**

**Sherman Oaks, CA 91403-5347**

Date or dates debt was incurred    **09/06/2018**

Last 4 digits of account number    **0  9  8  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.38** Nonpriority creditor's name and mailing address

**Elizabeth Lopez**

**c/o Irmas Law, APC**

**325 E Hillcrest Dr Ste 195**

**Thousand Oaks, CA 91360-7795**

Date or dates debt was incurred

Last 4 digits of account number    **-  E  R  F**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.39** Nonpriority creditor's name and mailing address

**Eyda Cardenas**

**924 E Ranchcreek Rd**

**Covina, CA 91724-3651**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,107.25

---

**3.40** Nonpriority creditor's name and mailing address

**Eye Med**

**4000 Luxottica Pl**

**Mason, OH 45040-8114**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Eye Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 2:**</span> **Additional Page**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,741.07** |
|---|---|---|---|

**Faith Camperson**

**2170 Sonora St**

**Pomona, CA 91767-2413**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$58.50** |
|---|---|---|---|

**First Legal Network**

**PO Box 745087**

**Los Angeles, CA 90074-5087**

Date or dates debt was incurred      **10/20/2025**

Last 4 digits of account number      **3   4   7   0**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal Costs**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,274.05** |
|---|---|---|---|

**Francesca Sanchez**

**622 E Puente St**

**Covina, CA 91723-2824**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,870.44** |
|---|---|---|---|

**Gail Diaz de Sarkisian**

**280 N Oakland Ave #501**

**Pasadena, CA 91101-8600**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number      ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:**  **Additional Page**</td></tr>
</table>

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,700.00 |
|---|---|---|---|

**GMSR**

**6420 Wilshire Blvd Ste 1100**

**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  1  0  1

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.49 |
|---|---|---|---|

**Guadalupe Rubalcava**

**326 S Backton Ave**

**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **10/31/2025**

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ICW Group**

**Po Box 31001**

**Pasadena, CA 91110-3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  **Workers Compensation Insurance**

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,208.89 |
|---|---|---|---|

**Isabella Tashchian**

**14817 Foothill Blvd Apt 2148**

**Fontana, CA 92335-0712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **10/31/2025**

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,948.09 |
|---|---|---|---|

**Jane Freeman**

**7101 Yarmouth Ave**

**Reseda, CA 91335-4835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

Date or dates debt was incurred    **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.40 |
|---|---|---|---|

**Jasmine Castro**

**16823 E Francisquito Ave**

**West Covina, CA 91790-5413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

Date or dates debt was incurred    **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.24 |
|---|---|---|---|

**Jennifer Bryant**

**16255 E Cypress St**

**Covina, CA 91722-2321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

Date or dates debt was incurred    **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,477.48 |
|---|---|---|---|

**Jennifer Schwartz**

**1205 Cypress St Spc 215**

**San Dimas, CA 91773-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

Date or dates debt was incurred    **10/31/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2">■ **Part 2:** Additional Page</td></tr>
</table>

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.78 |
|---|---|---|---|
| | **Jessica Ruiz** | *Check all that apply.* | |
| | **1735 E. Francisquito Ave Apt 7** | ☐ Contingent | |
| | **West Covina, CA 91791** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: **Wages** | |
| | Date or dates debt was incurred  **10/31/2025** | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,444.11 |
|---|---|---|---|
| | **Joanne Young** | *Check all that apply.* | |
| | **380 Cahuenga Dr** | ☐ Contingent | |
| | **Oxnard, CA 93035-4405** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: **Wages** | |
| | Date or dates debt was incurred  **10/31/2025** | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.51 |
|---|---|---|---|
| | **Joy Bio** | *Check all that apply.* | |
| | **358 Townsite Promenade Apt 205** | ☐ Contingent | |
| | **Camarillo, CA 93010-7879** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: **Wages** | |
| | Date or dates debt was incurred  **10/31/2025** | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Kaiser Foundation** | *Check all that apply.* | |
| | **PO Box 741562** | ☐ Contingent | |
| | **Los Angeles, CA 90074-1567** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: **Employee Health Insurance** | |
| | Date or dates debt was incurred  _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

Karina Almeida

3685 N Woodhurst Dr

Covina, CA 91724-3367

Date or dates debt was incurred    10/31/2025

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$2,871.36

---

**3.58** Nonpriority creditor's name and mailing address

Karissa Hardy

400 Paseo Camarillo Apt 310

Camarillo, CA 93010-5993

Date or dates debt was incurred    10/31/2025

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$2,514.78

---

**3.59** Nonpriority creditor's name and mailing address

Kristine Concepcion

1441 Paso Real Ave Spc 200

Rowland Hghts, CA 91748-2157

Date or dates debt was incurred    10/31/2025

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$1,244.08

---

**3.60** Nonpriority creditor's name and mailing address

Lelianie Querubin

261 W Stroube St

Oxnard, CA 93036-1227

Date or dates debt was incurred    10/31/2025

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$1,394.15

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.61** Nonpriority creditor's name and mailing address

**Madison Bauer**

**1870 Rancho Tujunga Dr**

**Covina, CA 91724-3545**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: **$2,630.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**McGlinchey Stafford**

**c/o Brian Baudot, CFO**

**601 Poydras St Ste 1200**

**New Orleans, LA 70130-6057**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney Fees/Costs**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**Melissa Larios**

**3228 Frazier St Apt C**

**Baldwin Park, CA 91706-4648**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: **$1,075.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

**Michelle Soto**

**2142 S San Antonio Ave**

**Ontario, CA 91762**

Date or dates debt was incurred **10/31/2025**

Last 4 digits of account number — — — —

Remarks: On Leave

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address
**Miriam Claire Fehring**

**c/o Ellen Levin, Esq.**

**5955 De Soto Ave Ste 125**

**Woodland Hls, CA 91367-5120**

Date or dates debt was incurred   **10/29/2024**

Last 4 digits of account number   **5  2  9  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.66** Nonpriority creditor's name and mailing address
**Nordstrom Card**

**PO Box 6555**

**Englewood, CO 80155**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.67** Nonpriority creditor's name and mailing address
**Pacific Courier**

**Po Box 3035 Ste A**

**S El Monte, CA 91733-0035**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Courier Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$647.46**

---

**3.68** Nonpriority creditor's name and mailing address
**Pan Janitorial**

**Po Box 4283**

**La Puente, CA 91747-4283**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Janitorial Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,508.05**

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

---

**3.69** Nonpriority creditor's name and mailing address

**Paychex**

**911 Panorama Trl S**

**Rochester, NY 14625-2311**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:    $48,570.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paycheck Processing**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred    _____

Last 4 digits of account number    **6  6  4  2**

Remarks: Postage Lease Camarillo

As of the petition filing date, the claim is:    $594.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  4  9  4**

As of the petition filing date, the claim is:    $594.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Lease Irvine**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred    _____

Last 4 digits of account number    **6  1  8  7**

As of the petition filing date, the claim is:    $263.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Lease Covina**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,110.67 |
|---|---|---|---|

**3.73**

Nonpriority creditor's name and mailing address

**Pitney Bowes Financial**

**27 Waterview Dr**

**Shelton, CT 06484-4301**

Date or dates debt was incurred  _____

Last 4 digits of account number   5  2  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Billing**

Is the claim subject to offset?
☑ No
☐ Yes

$12,110.67

---

**3.74**

Nonpriority creditor's name and mailing address

**Pitney Bowes Presort Services, LLC**

**10110 I St**

**Omaha, NE 68127-1129**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.75**

Nonpriority creditor's name and mailing address

**Rachel Koscielniak**

**685 Burdick Dr**

**Pomona, CA 91768**

Date or dates debt was incurred  **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,319.40

---

**3.76**

Nonpriority creditor's name and mailing address

**Rae Frausto**

**453 Faxina Ave**

**La Puente, CA 91744-6167**

Date or dates debt was incurred  **10/31/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,157.44

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.77** Nonpriority creditor's name and mailing address

**Rebecca Villareal**

**662 S J St**

**San Bernardino, CA 92410**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is: **$455.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

**Ropat LP**

**c/o Mooncrest Prop. Co.**

**Po Box 719**

**Camarillo, CA 93011-0719**

Date or dates debt was incurred    **11/01/2025**

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is: **$6,878.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent - Camarillo**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

**Ruth Gallarzo**

**844 Sheridan Rd**

**San Bernardino, CA 92407**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is: **$4,104.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

**Sabrina Navarro**

**416 W Arrow Hwy Apt D**

**Upland, CA 91786-7704**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is: **$1,302.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** **Additional Page**</div>

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.52 |
|---|---|---|---|

**3.81**

Nonpriority creditor's name and mailing address

**Shaylyn Anderson**

**10855 Terra Vista Pkwy Apt 65**

**Rch Cucamonga, CA 91730-6387**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  $1,198.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82**

Nonpriority creditor's name and mailing address

**Stephaney Knight**

**10029 S Norwood Ave**

**Tulsa, OK 74137-5538**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  $1,077.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83**

Nonpriority creditor's name and mailing address

**Susan Matsune**

**921 Crystal Water Ln**

**Walnut, CA 91789**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  $1,319.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84**

Nonpriority creditor's name and mailing address

**Tammy Russell**

**1331 E Thackery Ave**

**West Covina, CA 91790-4345**

Date or dates debt was incurred     **10/31/2025**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  $1,451.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.85**

Nonpriority creditor's name and mailing address

**Tammy Whitacre**

**12263 La Mirada Blvd Pmb 429**

**La Mirada, CA 90638-1329**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,797.53

---

**3.86**

Nonpriority creditor's name and mailing address

**United Concordia Dental**

**Po Box 69420**

**Pasadena, CA 17106-9420**

Date or dates debt was incurred      _____

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Dental Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.87**

Nonpriority creditor's name and mailing address

**Veronica Villanueva**

**759 Fine St**

**Fillmore, CA 93015-1318**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,976.52

---

**3.88**

Nonpriority creditor's name and mailing address

**Wyllie Almeida**

**3977 Arrow Wood Rd**

**Sn Bernrdno, CA 92407-8962**

Date or dates debt was incurred      **10/31/2025**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,499.15

---

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.89** | Nonpriority creditor's name and mailing address

**Yuliana Marin**

**1707 Benedict Way**

**Pomona, CA 91767-3505**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $1,347.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address

**Yvonne Herendez**

**1960 Santa Lucia Ave.**

**Oxnard, CA 93030**

Date or dates debt was incurred    **10/31/2025**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $1,708.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

**Zoom Communications**

**55 Almaden Blvd # 6**

**San Jose, CA 95113-1608**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $1,896.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Zoom/Telephone **Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Yochelson, Vivian F.**<br>**5955 De Soto Ave Ste 125**<br>**Woodland Hls, CA 91367-5120** | Line **3.65**<br>☐ Not listed. Explain _____ | **5  2  9  8** |

| Debtor | **Lordon Enterprises, Inc.** | Case number *(if known)* | **2:25-bk-19832-BR** |
|---|---|---|---|
| | Name | | |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$578,093.77** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$578,093.77** |

**LORDON ENTERPRISES, INC.**

1275 CENTER COURT DR
COVINA, CA 91724-3602

**MPI LAW, P.C.**

505 N TUSTIN AVE STE 282
SANTA ANA, CA 92705

**U.S. TRUSTEE LOS ANGELES
DIVISION**

915 WILSHIRE BLVD SUITE 1850
LOS ANGELES, CA 90017

**ADRIANA RAMIREZ**

C/O THE WESTMORELAND FIRM, P.C.

609 DEEP VALLEY DR STE 200

PALOS VERDES PENINSULA, CA 90274


**ALEX TRONCOSO**

360 E. ORLANDO WAY APT N

COVINA, CA 91723


**ALISON ARNOLD**

508 OCEAN DR

OXNARD, CA 93035


**ALLY EBERHARD**

585 E WASHINGTON BLVD APT 7

PASADENA, CA 91104-2221


**AMBER MCGEACHY**

1220 W SAN BERNARDINO RD APT 134

COVINA, CA 91722-3563


**AMERICAN SOLUTIONS FOR BUSINESS**

8479 SOLUTIONS CTR

CHICAGO, IL 60677-8004


**AMY CRISTIANO**

19 RISING HILL RD

POMONA, CA 91766-4960


**ASHLEY BOARDMAN**

354 E ALGROVE ST

COVINA, CA 91723-2608

**AUDREY FAUCETTA**
8762 CANDLEWOOD ST
RCH CUCAMONGA, CA 91730-1125

**BETHANY ALVARDO**
152 N. VISTA BONITA AVE. APT. 5
COVINA, CA 91722

**BMW BANK OF NORTH AMERICA**
PO BOX 78066
PHOENIX, AZ 85062-8066

**CANON FINANCIAL SERVICE**
14904 COLLECTION CENTER DR
CHICAGO, IL 60693-0149

**CARMEN GONZALEZ**
4817 N BONNIE COVE AVE
COVINA, CA 91724-1648

**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**
PO BOX 489
NEWARK, NJ 07101

**CENTRAL COMMUNICATIONS**
PO BOX 95117
CHICAGO, IL 60694-5117

**CHRISTINA GEORGE**
2195 SCENIC RIDGE DR
CHINO HILLS, CA 91709-1008

**CHRISTINA SALGADO**

4637 N TRUJILLO DR

COVINA, CA 91722-2444


**CHYANNE RODRIGUEZ**

1735 E FRANCISQUITO AVE APT 18

WEST COVINA, CA 91791-3865


**CITI CARDS**

PO BOX 790046

SAINT LOUIS, MO 63179


**COX BUSINESS**

PO BOX 1259

OAKS, PA 19456-1259


**D&G LLC CENTER COURT**

1875 RANCHO TUJUNGA

COVINA, CA 91724


**DANIELLE LAPENA**

2210 CANTERBURY LN

LA HABRA, CA 90631-6315


**DARELYN KAUFMAN**

1630 W COVINA BLVD SPC 57

SAN DIMAS, CA 91773-3426


**DEBRA GUZMAN**

2256 LA SIERRA WAY

CLAREMONT, CA 91711

**DEBRA WEBB**

1749 W HOLT AVE UNIT 103
POMONA, CA 91768

**DELANA LOPEZ**

133 N LARK ELLEN AVE
WEST COVINA, CA 91790

**DENIS WILKINS**

807 DOROTHEA RD
LA HABRA, CA 90631

**DESIREE ZABALA**

1829 E WORKMAN AVE APT 23
WEST COVINA, CA 91791

**DEXWELL, INC.**

5962 LA PLACE CT
CARLSBAD, CA 92008-8807

**DEZIREE AREVALA**

19550 E CIENEGA AVE APT 4
COVINA, CA 91724-4001

**DIANE CISNEROS**

2526 DELCO AVE
S EL MONTE, CA 91733-2138

**DIANNE CONTRERAS**

1108 S GLENVIEW RD
WEST COVINA, CA 91791-3523

**DJ SKY PARK, LLC**

1230 COLUMBIA ST. SUITE 1120

SAN DIEGO, CA 92101

**DON AND GLORIA MELCHING**

1875 RANCHO TUJUNGA DR

COVINA, CA 91724

**DONDRA ANTONI**

10832 RED BLUFF RD

VENTURA, CA 93004-3437

**DONNIE MULDROW**

C/O IKE ERIC ORJIAKOR

15260 VENTURA BLVD STE 1200

SHERMAN OAKS, CA 91403-5347

**ELIZABETH LOPEZ**

C/O IRMAS LAW, APC

325 E HILLCREST DR STE 195

THOUSAND OAKS, CA 91360-7795

**EYDA CARDENAS**

924 E RANCHCREEK RD

COVINA, CA 91724-3651

**EYE MED**

4000 LUXOTTICA PL

MASON, OH 45040-8114

**FAITH CAMPERSON**

2170 SONORA ST

POMONA, CA 91767-2413

**FIRST LEGAL NETWORK**
PO BOX 745087
LOS ANGELES, CA 90074-5087

**FRANCESCA SANCHEZ**
622 E PUENTE ST
COVINA, CA 91723-2824

**GAIL DIAZ DE SARKISIAN**
280 N OAKLAND AVE #501
PASADENA, CA 91101-8600

**GMSR**
6420 WILSHIRE BLVD STE 1100
LOS ANGELES, CA 90048

**GOLF PROJECTS LINDERO, INC.**
C/O GARY SALOMONS, ESQ.
4558 SHERMAN OAKS AVE
SHERMAN OAKS, CA 91403-3060

**GUADALUPE RUBALCAVA**
326 S BACKTON AVE
LA PUENTE, CA 91744

**ICW GROUP**
PO BOX 31001
PASADENA, CA 91110-3421

**ISABELLA TASHCHIAN**
14817 FOOTHILL BLVD APT 2148
FONTANA, CA 92335-0712

**JANE FREEMAN**
7101 YARMOUTH AVE
RESEDA, CA 91335-4835


**JASMINE CASTRO**
16823 E FRANCISQUITO AVE
WEST COVINA, CA 91790-5413


**JENNIFER BRYANT**
16255 E CYPRESS ST
COVINA, CA 91722-2321


**JENNIFER SCHWARTZ**
1205 CYPRESS ST SPC 215
SAN DIMAS, CA 91773-3525


**JESSICA RUIZ**
1735 E. FRANCISQUITO AVE APT 7
WEST COVINA, CA 91791


**JOANNE YOUNG**
380 CAHUENGA DR
OXNARD, CA 93035-4405


**JOY BIO**
358 TOWNSITE PROMENADE APT 205
CAMARILLO, CA 93010-7879


**KAISER FOUNDATION**
PO BOX 741562
LOS ANGELES, CA 90074-1567

**KARINA ALMEIDA**

3685 N WOODHURST DR

COVINA, CA 91724-3367


**KARISSA HARDY**

400 PASEO CAMARILLO APT 310

CAMARILLO, CA 93010-5993


**KRISTINE CONCEPCION**

1441 PASO REAL AVE SPC 200

ROWLAND HGHTS, CA 91748-2157


**LELIANIE QUERUBIN**

261 W STROUBE ST

OXNARD, CA 93036-1227


**MADISON BAUER**

1870 RANCHO TUJUNGA DR

COVINA, CA 91724-3545


**MCGLINCHEY STAFFORD**

C/O BRIAN BAUDOT, CFO

601 POYDRAS ST STE 1200

NEW ORLEANS, LA 70130-6057


**MELISSA LARIOS**

3228 FRAZIER ST APT C

BALDWIN PARK, CA 91706-4648


**MICHELLE SOTO**

2142 S SAN ANTONIO AVE

ONTARIO, CA 91762

**MIRIAM CLAIRE FEHRING**

C/O ELLEN LEVIN, ESQ.

5955 DE SOTO AVE STE 125

WOODLAND HLS, CA 91367-5120


**NORDSTROM CARD**

PO BOX 6555

ENGLEWOOD, CO 80155


**PACIFIC COURIER**

PO BOX 3035 STE A

S EL MONTE, CA 91733-0035


**PAN JANITORIAL**

PO BOX 4283

LA PUENTE, CA 91747-4283


**PAYCHEX**

911 PANORAMA TRL S

ROCHESTER, NY 14625-2311


**PITNEY BOWES FINANCIAL**

27 WATERVIEW DR

SHELTON, CT 06484-4301


**PITNEY BOWES PRESORT
SERVICES, LLC**

10110 I ST

OMAHA, NE 68127-1129


**RACHEL KOSCIELNIAK**

685 BURDICK DR

POMONA, CA 91768

**RAE FRAUSTO**

453 FAXINA AVE
LA PUENTE, CA 91744-6167


**REBECCA VILLAREAL**

662 S J ST
SAN BERNARDINO, CA 92410


**ROPART, LP**

C/O MOONCREST PROPERTY
PO BOX 719
CAMARILLO, CA 93011-0719


**ROPAT LP**

C/O MOONCREST PROP. CO.
PO BOX 719
CAMARILLO, CA 93011-0719


**RUTH GALLARZO**

844 SHERIDAN RD
SAN BERNARDINO, CA 92407


**SABRINA NAVARRO**

416 W ARROW HWY APT D
UPLAND, CA 91786-7704


**SHAYLYN ANDERSON**

10855 TERRA VISTA PKWY APT 65
RCH CUCAMONGA, CA 91730-6387


**STEPHANEY KNIGHT**

10029 S NORWOOD AVE
TULSA, OK 74137-5538

**SUNWEST BANK**

660 E. WATERTOWER ST.
MERIDIAN, ID 83642


**SUSAN MATSUNE**

921 CRYSTAL WATER LN
WALNUT, CA 91789


**TAMMY RUSSELL**

1331 E THACKERY AVE
WEST COVINA, CA 91790-4345


**TAMMY WHITACRE**

12263 LA MIRADA BLVD PMB 429
LA MIRADA, CA 90638-1329


**UNITED CONCORDIA DENTAL**

PO BOX 69420
PASADENA, CA 17106-9420


**VERONICA VILLANUEVA**

759 FINE ST
FILLMORE, CA 93015-1318


**WYLLIE ALMEIDA**

3977 ARROW WOOD RD
SN BERNRDNO, CA 92407-8962


**VIVIAN F. YOCHELSON**

5955 DE SOTO AVE STE 125
WOODLAND HLS, CA 91367-5120

**YULIANA MARIN**

1707 BENEDICT WAY
POMONA, CA 91767-3505


**YVONNE HERENDEZ**

1960 SANTA LUCIA AVE.
OXNARD, CA 93030


**ZOOM COMMUNICATIONS**

55 ALMADEN BLVD # 6
SAN JOSE, CA 95113-1608

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

505 N. Tustin Ave., Suite 282, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (**specify**): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (**date**) 01/19/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven T Gubner    sgubner@bg.law, ecf@bg.law
Eamon Jafari    jafari@barringtonlegal.com, gould@barringtonlegal.com
Ron Maroko    ron.maroko@usdoj.gov
Robert S McWhorter    rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
Allan D Sarver    ADS@asarverlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov                    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (**date**) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (**date**) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

01/19/2026

| ███████ | **Misty Perry Isaacson** | /s/ Misty Perry Isaacson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015* | Page 3 | **F 1007-1.1.AMENDED.SUMMARY**