BUCHALTER LLP
ROBERT S. MCWHORTER (SBN 226186))
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Tel: (916) 945-5170
Facsimile: (916) 930-0151
Email: rmcwhorter@buchalter.com

Attorneys for Secured Creditor,
SUNWEST BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

LORDON ENTERPRISES, INC.,

    Debtor and
    Debtor-in-Possession.

Case No. 2:25-bk-19832-BR

Chapter 11

**SUNWEST BANK'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS**

BUCHALTER, LLP
SACRAMENTO

1

SUNWEST BANK'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE
AND POST-PETITION EXPENSES FROM BANK CREDITS    Case No. 2:25-bk-19832-BR

## Limited Opposition

On February 9, 2026, Debtor, Lordon Enterprises, Inc. ("Debtor") filed a motion requesting that this "Court enter an order authorizing the payment of pre- and post-petition expenses using existing Sunwest credits prior to their expiration." (Dkt. 78, p. 4:19-21.) Sunwest Bank ("Bank") does not oppose Debtor's payment of pre-petition or post-petition expenses, provided that the Debtor does not exceed the Bank's Terms and Conditions governing Debtor's business accounts. As framed, the Motion could be construed to suggest that this Court may compel payment of third-party invoices or otherwise direct the Bank to disburse funds beyond the scope of the Terms and Conditions.

Under those terms, earnings credits are not guaranteed funds to be available to the Debtor. (Declaration of Sanya Allmaras, ¶ 2.) The Bank treats earnings credits as an anticipated offset to bank service charges and the banking-related operational expenses of its eligible customers. The bank retains the contractual right to deny or limit the application of such credits if the contractual conditions are not satisfied. (*Id.*) The Terms and Conditions provide, in relevant part:

> Our account analysis service ("Service") allows you to offset most account and cash management service charges with an "earnings credit" that is based on the "investible balances" in your analyzed accounts. Each month, we pool together the investable balances of your checking accounts to calculate the earnings credit. . . .
>
> **Use of Earnings Credit**. Unlike interest, earnings credit is not paid to you and does not accumulate. Earnings credit may only be used to offset charges that are subject to analysis and that are incurred during the month covered by analysis. Unless we agree otherwise in writing, excess earnings credit is not carried forward or backward to other billing periods.

(*Id.*, Ex 1.) The terms and conditions define "Net Earnings Credit" as "the calculated amount used to offset the cost of monthly service charges. Net earnings credit is computed each month by multiplying the earnings credit rate by the number of calendar days in the billing period divided by 365; times the investable balance less any interest earned for the period of the month." (*Id.*, Ex. 1.)

Accordingly, this Court should grant the Motion. But, this Court's order should be limited to authorizing the Debtor to request application of earnings credits in a manner consistent with the

Buchalter, LLP
Sacramento

2

SUNWEST BANK'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS    Case No. 2:25-bk-19832-BR

Bank's Terms and Conditions. The Court's authorization should make clear that any application of earnings credits remains subject in all respects to the Bank's contractual rights, policies, and determinations. Any broader relief would risk converting a conditional, non-accruing contractual credit into a judicially mandated payment mechanism, contrary to both the governing agreements and established bankruptcy principles.

DATED: February 12, 2026                BUCHALTER LLP


By:    /s/ Robert S. McWhorter
       Robert S. McWhorter

       Attorneys for Creditor, Sunwest Bank

BUCHALTER, LLP
SACRAMENTO

3

SUNWEST BANK'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS    Case No. 2:25-bk-19832-BR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**500 Capitol Mall, Suite 1900, Sacramento, CA  95814**

A true and correct copy of the foregoing document entitled (*specify*):  **SUNWEST BANK'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 12, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law, ecf@bg.law

Eamon Jafari on behalf of Attorney Eamon Jafari jafari@barringtonlegal.com, gould@barringtonlegal.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Robert S McWhorter on behalf of Creditor Sunwest Bank rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com

Misty A Perry Isaacson on behalf of Attorney Salvato Boufadel, LLP misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com

Misty A Perry Isaacson on behalf of Debtor Lordon Enterprises, Inc. misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com

Allan D Sarver on behalf of Interested Party Allan Law Offices Allan Sarver ADS@asarverlaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 12, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DOUGLAS KRUSCHEN
P.O. Box 465
Agoura Hills, CA 91736

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2026 | Amy Smith | /s/ Amy Smith |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**