GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

General Counsel for Debtor and
Debtor-in-Possession
LORDON ENTERPRISES, INC.

**FILED & ENTERED**

**FEB 24 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>LORDON ENTERPRISES, INC.,<br><br>　　　DEBTOR AND DEBTOR-IN POSSESSION. | Case No. 2:25-bk-19832-BR<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS; DECLARATION OF DONALEA BAUER IN SUPPORT THEREOF<br><br>Date: February 17, 2026<br>Time: 10:00 a.m.<br>Ctrm: 1668<br>Place: 255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

A hearing on Lordon Enterprises, Inc's ("**Debtor**") Motion for Authorization to Pay Pre and Post-Petition Expenses from Bank Creditors (the "**Motion**") filed on February 9, 2026 (Claim No. 78) came on for hearing on February 17, 2026 at 10:00 a.m. Appearances were made by Misty Perry Isaacson of Salvato Boufadel, LLP for Debtor and Kevin Connelly of Buchalter for Sunwest Bank ("**Sunwest**"). No other appearances were made. The Court, having considered the Motion, the Limited Opposition by Sunwest Bank ("**Opposition**"), Debtor's Reply to the Opposition, and good cause appearing therefor;

Salvato Boufadel LLP

**IT IS HEREBY ORDERED** that:

1. The Motion is Granted, subject to the limitations set forth herein.

2. The Debtor is authorized, pursuant to 11 U.S.C. § 363(b), to request that Sunwest applies existing earnings credits (the "**Credits**") maintained with Sunwest to eligible pre-petition and post-petition expenses incurred for services provided to the Debtor. Any such request may be submitted by Debtor directly to Sunwest. Sunwest is authorized, but not directed or compelled, to honor such request even if the request is to apply, pay or remit payment for such Credits to the related party, D & G Investments LLC, an entity owned or controlled by Donald J. Melching, the owner of Debtor.

3. Nothing in this Order shall be construed as (a) directing or compelling Sunwest to apply or pay any Credits, (b) modifying, enlarging, altering, expanding, or impairing any rights, remedies, or defenses of Sunwest or Debtor, or (c) requiring the turnover, payment, or release of any funds or Credits. Any application or payment of funds based on the Credits shall be solely at Sunwest's discretion and strictly subject to, and consistent with, the applicable account agreements, terms and conditions, and contractual rights governing the Credits.

4. This Order is without prejudice to Sunwest's rights under its governing agreements and applicable law.

###

Date: February 24, 2026

_____
Barry Russell
United States Bankruptcy Judge

Main Document    Page 3 of 3

| | | |
|---|---|---|
| 1 | Approved as to Form and Content: | |
| 2 | Date: February 18, 2026 | BUCHALTER LLP |
| 3 | | *[signature]* |
| 4 | | Robert W. McWhorter<br>Attorneys for Sunwest Bank |
| 5 | | |
| 6 | Date: February 18, 2026 | SALVATO BOUFADEL, LLP |
| 7 | | /s/ Misty Perry Isaacson |
| 8 | | Misty Perry Isaacson |
| 9 | | Attorneys for Lordon Enterprises, Inc. |

Order Granting Motion for
Use of Bank Credits

-3-

*In re Lordon Enterprises, Inc., Debtor.*
Chapter 11 Case No.2:25-bk-19832-BR