| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Misty Perry Isaacson, CA SBN 193204<br>SALVATO BOUFADEL LLP<br>505 N. Tustin Avenue, Suite 282<br>Santa Ana, California, 92705<br>Telephone: (213) 484-8400<br>Email: misty@salvatoboufadel.com | FOR COURT USE ONLY |
|---|---|
| ☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>LORDON ENTERPRISES, INC.<br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-19832-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>Debtor's Motion to Approve Compromise with Golf Projects Lindero and Dismissal of Case</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Granting Debtor's Motion to Approve Compromise with Golf Projects Lindero and Dismissal of Chapter 11 Case</u> was lodged on (*date*) <u>02/24/2026</u> and is attached. This order relates to the motion which is docket number <u>71</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
  Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

General Counsel for Debtor and
Debtor-in-Possession
LORDON ENTERPRISES, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>LORDON ENTERPRISES, INC.,<br><br>    DEBTOR AND DEBTOR-IN POSSESSION. | Case No. 2:25-bk-19832-BR<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE WITH GOLF PROJECTS LINDERO AND DISMISSAL OF CHAPTER 11 CASE<br><br>Date:  February 24, 2026<br>Time:  10:00 a.m.<br>Ctrm:  1668<br>Place:  255 E. Temple Street<br>        Los Angeles, CA 90012 |

A hearing on Lordon Enterprises, Inc's ("**Debtor**") Motion to Approve Compromise with Golf Projects Lindero and for Dismissal of its Chapter 11 Case (the "**Motion**") filed on February 2, 2026 (Claim No. 71) came on for hearing on February 24, 2026 at 10:00 a.m. Appearances were made by Misty Perry Isaacson of Salvato Boufadel, LLP for Debtor and Jessica Bagdanov of BG LAW for Golf Projects Lindero ("**GPL**"). No other appearances were made. The Court, having considered the Motion, and good cause appearing therefor;

Salvato Boufadel LLP

Order Granting Motion to Compromise and Dismiss Case      -1-      *In re Lordon Enterprises, Inc., Debtor.*
Chapter 11 Case No.2:25-bk-19832-BR

**IT IS HEREBY ORDERED** that:

1. The untimely filed objection of Douglas Kruschen [Doc. No. 86] is disallowed;

2. The Motion is granted;

2. The confidential Settlement Agreement entered into between the Debtor and GPL is approved; and

3. The Debtor's Chapter 11 case shall be dismissed.

###

Salvato Boufadel LLP

Order Granting Motion to Compromise and Dismiss Case — -2- — *In re Lordon Enterprises, Inc., Debtor.* Chapter 11 Case No.2:25-bk-19832-BR

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
505 N. Tustin Avenue, Suite 282, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/24/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Eamon Jafari**    jafari@barringtonlegal.com, gould@barringtonlegal.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Robert S McWhorter**    rmcwhorter@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **02/24/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
255 E. Temple Street, Suite 1660
Santa Ana, CA 90012
(Judge's Copy)

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/24/2026 | Misty Perry Isaacson | /s/ Misty Perry Isaacson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT