United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-19832-BR |
| Lordon Enterprises, Inc. | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lordon Enterprises, Inc., 1275 Center Court Dr, Covina, CA 91724-3602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Interested Party Allan Law Offices Allan Sarver ADS@asarverlaw.com |
| Eamon Jafari | on behalf of Attorney Eamon Jafari jafari@barringtonlegal.com  gould@barringtonlegal.com |
| Misty A Perry Isaacson | on behalf of Debtor Lordon Enterprises  Inc. misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com |
| Misty A Perry Isaacson | on behalf of Attorney Salvato Boufadel  LLP misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com |
| Robert S McWhorter | on behalf of Creditor Sunwest Bank rmcwhorter@buchalter.com  asmith@buchalter.com;dpowers@buchalter.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Steven T Gubner | on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (LA)
                  ustpregion16.la.ecf@usdoj.gov

TOTAL: 8

GREGORY M. SALVATO (SBN 126285)
 Gsalvato@salvatoboufadel.com
MISTY PERRY ISAACSON (SBN 193204)
 Misty@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
 Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
505 N. Tustin Avenue, Suite 282
Santa Ana, California 92705
Telephone: (213) 484-8400

General Counsel for Debtor and
Debtor-in-Possession
LORDON ENTERPRISES, INC.

**FILED & ENTERED**

**FEB 24 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>LORDON ENTERPRISES, INC.,<br><br>    DEBTOR AND DEBTOR-IN POSSESSION. | Case No. 2:25-bk-19832-BR<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE AND POST-PETITION EXPENSES FROM BANK CREDITS; DECLARATION OF DONALEA BAUER IN SUPPORT THEREOF<br><br>Date:  February 17, 2026<br>Time:  10:00 a.m.<br>Ctrm:  1668<br>Place: 255 E. Temple Street<br>           Los Angeles, CA 90012 |

A hearing on Lordon Enterprises, Inc's ("**Debtor**") Motion for Authorization to Pay Pre and Post-Petition Expenses from Bank Creditors (the "**Motion**") filed on February 9, 2026 (Claim No. 78) came on for hearing on February 17, 2026 at 10:00 a.m.  Appearances were made by Misty Perry Isaacson of Salvato Boufadel, LLP for Debtor and Kevin Connelly of Buchalter for Sunwest Bank ("**Sunwest**").  No other appearances were made. The Court, having considered the Motion, the Limited Opposition by Sunwest Bank ("**Opposition**"), Debtor's Reply to the Opposition, and good cause appearing therefor;

Salvato Boufadel LLP

Order Granting Motion for
Use of Bank Credits

-1-

In re Lordon Enterprises, Inc., Debtor.
Chapter 11 Case No.2:25-bk-19832-BR

**IT IS HEREBY ORDERED** that:

1. The Motion is Granted, subject to the limitations set forth herein.

2. The Debtor is authorized, pursuant to 11 U.S.C. § 363(b), to request that Sunwest applies existing earnings credits (the "**Credits**") maintained with Sunwest to eligible pre-petition and post-petition expenses incurred for services provided to the Debtor. Any such request may be submitted by Debtor directly to Sunwest. Sunwest is authorized, but not directed or compelled, to honor such request even if the request is to apply, pay or remit payment for such Credits to the related party, D & G Investments LLC, an entity owned or controlled by Donald J. Melching, the owner of Debtor.

3. Nothing in this Order shall be construed as (a) directing or compelling Sunwest to apply or pay any Credits, (b) modifying, enlarging, altering, expanding, or impairing any rights, remedies, or defenses of Sunwest or Debtor, or (c) requiring the turnover, payment, or release of any funds or Credits. Any application or payment of funds based on the Credits shall be solely at Sunwest's discretion and strictly subject to, and consistent with, the applicable account agreements, terms and conditions, and contractual rights governing the Credits.

4. This Order is without prejudice to Sunwest's rights under its governing agreements and applicable law.

###

Date: February 24, 2026

_____
Barry Russell
United States Bankruptcy Judge

Approved as to Form and Content:

Date: February 18, 2026          BUCHALTER LLP

_____
Robert W. McWhorter
Attorneys for Sunwest Bank

Date: February 18, 2026          SALVATO BOUFADEL, LLP

/s/ Misty Perry Isaacson
_____
Misty Perry Isaacson
Attorneys for Lordon Enterprises, Inc.